# United States Bankruptcy Court
## Western District of Texas

In re    **Pure Energy Group, Inc.** _____,
                                                    Debtor

Case No. _____**01-55536-C**_____

Chapter_____**11**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 16,000,000.00 | | |
| B - Personal Property | Yes | 3 | 7,865,170.46 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 7,703,675.98 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | 62,825.47 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 6,475,369.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 23,865,170.46 | | |
| Total Liabilities | | | | 14,241,870.73 | |

In re   **Pure Energy Group, Inc.**                        Case No.   **01-55536-C**

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **An undivided 50% interest in some 790,000 gross (286,000 net) mineral acres in the following Counties in New Mexico, U.S.A.: Chaves County, De Baca County, Eddy County, Grant County, Hidalgo County, Lea County, Roosevelt County, Sierra County, and Socarro County. See Exhibits "A" and "A-1" for a description of the properties.** | **Some fee simple/some leasehold/some royalty/some licenses, farmouts, and others** | - | 16,000,000.00 | 7,620,165.40 |

|  |  |  |
|---|---|---|
| Sub-Total > | 16,000,000.00 | (Total of this page) |
| Total > | 16,000,000.00 |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re   **Pure Energy Group, Inc.**                                    Case No.   **01-55536-C**

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the property is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Frost National Bank - Checking Account (Balance = -$1,446.35)** | - | 0.00 |
| | | | **Community National, Midland, Texas** | - | 63.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous pictures and art objects** | - | 6,773.51 |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >      **6,836.51**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

In re **Pure Energy Group, Inc.** _____, Case No. **01-55536-C** _____
                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **USI, Inc. (one month rent)** | - | 1,500.00 |
| | | **Bird Dog Resources,**      **- loan** | - | 3,877.63 |
| | | **Various oil and gas run checks from some 20 producing wells (market value is estimated)** | - | 100,000.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Receivables from stockholder Bradley James** | - | 1,400,989.81 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     1,506,367.44
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential claim against Aquilla Energy** | - | 3,000,000.00 |
| | | **Usury claim against Manix Energy, L.L.C. (market value does not include forgiveness of principal, prejudgment interest, and attorneys' fees)** | - | 2,321,203.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | **Land records, geological and engineering information on Debtor's oil and gas properties (estimate)** | - | 1,000,000.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | **Preferential right to purchase from 1964 Operating Agreemeent between Tenneco Oil Co. and Continental Oil Co.** | - | Unknown |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Land Rover Range Rover** | - | 21,990.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Computers, monitors, network cards, etc.** | - | 2,000.00 |
| | | **Telephone system, furniture and furnishings** | - | 6,773.51 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 6,351,966.51 |
| (Total of this page) | |
| Total > | 7,865,170.46 |

(Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Pure Energy Group, Inc.** _____,    Case No. ___**01-55536-C**_____
                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **74-2929433** | | | | | **Federal Tax Lien for Payroll Records** | | | | | |
| **Internal Revenue Service** **Austin, TX 73301** | | - | | | **Real & personal property in Bexar County, Texas, real property in New Mexico** | | | | | |
| | | | | | Value $              67,510.58 | | | | 67,510.58 | 0.00 |
| Account No. | | | | | **Mortgage** | | | | | |
| **Manix Energy, L.L.C.** **P.O. Box 2818** **Midland, TX 79702** | X | - | | | **An undivided 50% interest in some 790,000 gross (286,000 net) mineral acres in the following Counties in New Mexico, U.S.A.: Chaves County, De Baca County, Edd** | X | X | X | | |
| | | | | | Value $         16,000,000.00 | | | | 7,620,165.40 | 0.00 |
| Account No. **4369082020** | | | | | **1997 Land Rover Range Rover** | | | | | |
| **Security Service Federal Credit Union** **P.O. Box 27397** **San Antonio, TX 78227** | | - | | | | | | | | |
| | | | | | Value $              21,990.00 | | | | 16,000.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__   continuation sheets attached

|  | Subtotal (Total of this page) | 7,703,675.98 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 7,703,675.98 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                            __2__  continuation sheets attached

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re __Pure Energy Group, Inc._____ ,    Case No. ___01-55536-C_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

<u>Wages, salaries, and commissions</u>
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Unpaid wages | | | | | |
| Bradley James 700 N. St. Mary's, Ste. 1925 San Antonio, TX 78205 | | - | | | | | | 6,374.75 | 6,374.75 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    6,374.75

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Pure Energy Group, Inc.**                                              Case No.    **01-55536-C**
                                         _____ ,
                                                           Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **74-2929433**<br><br>**Internal Revenue Service**<br>**Austin, TX 73301** | | - | **Payroll taxes** | | | | 56,259.18 | 56,259.18 |
| Account No. **74-2929433**<br><br>**Internal Revenue Service**<br>**Austin, TX 73301** | | - | **SUTA taxes/late payment** | | | | 9.40 | 9.40 |
| Account No. **91609-724-3800**<br><br>**Sylvia S. Romo, Tax Collector**<br>**Bexar County Tax Assessor**<br>**233 N. Pecos La Trinidad**<br>**P.O. Box 839950**<br>**San Antonio, TX 78283-3950** | | - | **Property taxes** | | | | 182.14 | 182.14 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 56,450.72 |
| Total<br>(Report on Summary of Schedules) | 62,825.47 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

In re   **Pure Energy Group, Inc.** _____ ,   Case No. ____01-55536-C____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **437-008195** <br><br> **Aaron Office Furniture** <br> **11500 IH 10 West, Bldg. 1** <br> **San Antonio, TX 78230** | | - | **Office furniture rental** | | | | 376.45 |
| Account No. **3624** <br><br> **Aerostar Executive Aviation** <br> **P.O. Box 691634** <br> **San Antonio, TX 78269-1634** | | - | **Charter air service** | | | | 9,528.11 |
| Account No. <br><br> **Alicia James** <br> **438 E. Rosewood Ave.** <br> **San Antonio, TX 78212** | | - | **Subrogation claim for payment made pursuant to Guaranty** | | | | 327,444.37 |
| Account No. **3715-602604-21007** <br><br> **American Express** <br> **Suite 0001** <br> **Chicago, IL 60679-0002** | | - | **Credit card** | | | | 16,845.79 |

__12__  continuation sheets attached

| | |
|---|---|
| Subtotal <br> (Total of this page) | **354,194.72** |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **Pure Energy Group, Inc.**          Case No. __01-55536-C__

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3727-122092-31000** <br><br> **American Express Gold** <br> **Attn: RPC** <br> **300 Riverside Plaza** <br> **9th Floor South** <br> **Chicago, IL 60606** | - | | Credit card | | | | 29.00 |
| Account No. **Partner No. 70012424** <br><br> **ARCO Permian** <br> **P.O. Box 910336** <br> **Dallas, TX 75391-0336** | - | | Joint interest drilling/operating expense | | | | 88,767.49 |
| Account No. **057 291-0667 001** <br><br> **AT&T Air One** <br> **P.O. Box 2971** <br> **Omaha, NE 68103-2971** | - | | Air phone charges | | | X | 176.61 |
| Account No. **32250599** <br><br> **AT&T Wireless** <br> **P.O. Box 650054** <br> **Dallas, TX 75265-0054** | - | | Cellular phone charges | | | | 159.43 |
| Account No. **35997** <br><br> **Bass Enterprises Production Co.** <br> **P.O. Box 916110** <br> **Fort Worth, TX 76191-6110** | - | | Joint interest drilling/operating expense | | | | 349.36 |

Sheet no. __1__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **89,481.89**

In re  **Pure Energy Group, Inc.**                                                    Case No. __01-55536-C__
_____,
                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Capataz Operating, Inc.**<br>**P.O. Box 10549**<br>**Midland, TX 79702** | - | | Joint interest drilling/operating expense | | | | 12,145.65 |
| Account No. **4791-2416-4374-2419**<br><br>**Capital One**<br>**P.O. Box 85184**<br>**Richmond, VA 23285-5184** | - | | Credit card | | | | 436.89 |
| Account No.<br><br>**Carl A. Gravell Agency**<br>**1600 N.E. Loop 410, Ste. 117**<br>**San Antonio, TX 78209** | - | | General liability insurance | | | | 630.60 |
| Account No. **600020**<br><br>**Chesapeak Operating, Inc.**<br>**P.O. Box 99809**<br>**Oklahoma City, OK 73199** | - | | Joint interest drilling/operating expense | | | | 124,219.66 |
| Account No. **0072240**<br><br>**Chi Operating, Inc.**<br>**P.O. Box 1799**<br>**Midland, TX 79702** | - | | Joint interest drilling/operating expense | | | | 5,008.34 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    142,441.14

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Pure Energy Group, Inc.** _____ ,   Case No. __**01-55536-C**__
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **472261684**<br><br>**Cingular Wireless**<br>**P.O. Box 4460**<br>**Houston, TX 77097-0082** | | - | **Cellular phone charges** | | | | 1,508.08 |
| Account No. **Bill Esping**<br><br>**EFO Holdings**<br>**2626 Cole Ave., Ste. 700**<br>**Dallas, TX 75204** | X | - | **June 27, 2000**<br>**Loan to obtain financing** | | | | 1,821,756.06 |
| Account No. **129462R**<br><br>**EOG Resources, Inc.**<br>**P.O. Box 840319**<br>**Dallas, TX 75284-0319** | | - | **Joint interest drilling/operating expense** | | | | 8,862.21 |
| Account No. **4116**<br><br>**Exco Resources, Inc.**<br>**P.O. Box 847530**<br>**San Antonio, TX 78284-7530** | | - | **Joint interest drilling/operating expense** | | | | 4.27 |
| Account No. **2103-3537-4**<br><br>**Federal Express**<br>**P.O. Box 1140**<br>**Memphis, TN 38101-1140** | | - | **Express mail services** | | | | 705.23 |

Sheet no. __3__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     | **1,832,835.85**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **Pure Energy Group, Inc.** _____, Case No. __**01-55536-C**__

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Frank James**<br>**526 E. 89th Street**<br>**New York, NY 10128** | | - | **Loans to Debtor, assumption of Frost Bank Note** | | | | 1,639,872.91 |
| Account No. **HAMMER - PURE**<br><br>**Graphix Solutions by Paper Chase**<br>**425 N. St. Mary's St.**<br>**San Antonio, TX 78205** | | - | **Copying charges** | | | | 2,475.76 |
| Account No.<br><br>**H.D. O'Neill**<br>**P.O. Box 4831**<br>**Midland, TX 79704** | | - | **Land work/contract landman** | | | X | 6,747.59 |
| Account No. **File No. 41336**<br><br>**IHS Energy Group**<br>**Dept. No. 142**<br>**Denver, CO 80271-0142** | | - | **Dues/publications/newsletter** | | | | 4,775.59 |
| Account No. **WD0830**<br><br>**Ikon Office Solutions**<br>**Texas District**<br>**P.O. Box 730712**<br>**Dallas, TX 75373-0712** | | - | **Copier lease** | | | | 1,088.12 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,654,959.97

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __Pure Energy Group, Inc.__ , Case No. __01-55536-C__
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internet Direct<br>722-A Isom Road<br>San Antonio, TX 78216** | | - | **Internet Services** | | | | 215.76 |
| Account No. **Bird Dog Resources**<br><br>**IPAA<br>P.O. Box 79584<br>Baltimore, MD 21279-0584** | | - | **Dues** | | | | 350.00 |
| Account No.<br><br>**Jeff Hamm<br>274 Wood Valley<br>Adkins, TX 78101** | | - | | X | X | X | 0.00 |
| Account No.<br><br>**K.E. Richison & Associates<br>11900 Aqueduct Rd<br>Houston, TX 77044** | | - | **Contractor/engineering reports** | | | | 53,110.65 |
| Account No. **43-75935-6**<br><br>**Logix Communications<br>P.O. Box 3608<br>Houston, TX 77253-3608** | | - | **Telephone services** | | | | 0.00 |

Sheet no. __5__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,676.41

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re     **Pure Energy Group, Inc.**                                                      ,     Case No.     **01-55536-C**
_____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **47813** <br><br> **Lone Star Overnight** <br> **P.O. Box 149225** <br> **Austin, TX 78714-9225** | | - | Express delivery charges | | | | 118.49 |
| Account No. **Hammer** <br><br> **LOU JON Construction Company** <br> **P.O. Box 792107** <br> **San Antonio, TX 78279** | | - | Leasehold improvements | | | X | 1,616.25 |
| Account No. **Owner No. 086254** <br><br> **Louis Dreyfus Natural Gas Corporation** <br> **P.O. Box 847764** <br> **Dallas, TX 75284-7764** | | - | Joint interest drilling/operating expense | | | | 11,717.25 |
| Account No. **008423** <br><br> **Mack Energy Corporation** <br> **P.O. Box 960** <br> **Artesia, NM 88211-0960** | | - | Joint interest drilling/operating expense | | | | 3,013.23 |
| Account No. **29237** <br><br> **Marbob Energy Corporation** <br> **P.O. Box 227** <br> **Artesia, NM 88211** | | - | Joint interest drilling/operating expense | | | | 123,026.67 |

Sheet no. __**6**__ of __**12**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               139,491.89

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re  **Pure Energy Group, Inc.**                                     ,  Case No. __01-55536-C__
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 08667399893 | | | Long distance charges | | | | |
| **MCI Worldcom** P.O. Box 856053 Louisville, KY 40285-6053 | | - | | | | | 318.47 |
| Account No. PUR301 | | | Map services | | | | |
| **Midland Map Company** P.O. Box 1229 Midland, TX 79702 | | - | | | | | 388.99 |
| Account No. 89794-1 | | | Joint interest drilling/operating expense | | | | |
| **Mission Resources Corporation** P.O. Box 201155 Houston, TX 77216-1155 | | - | | | | | 203,118.09 |
| Account No. 7419 | | | Office supplies | | | | |
| **Office Resource Center** 10751 Sentinel San Antonio, TX 78217 | | - | | | | | 152.29 |
| Account No. 408-002573-000 | | | Temporary office help | | | | |
| **Office Team** File 73484 P.O. Box 60000 San Francisco, CA 94160-3484 | | - | | | | | 1,160.25 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          205,138.09

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Pure Energy Group, Inc.**                                    ,   Case No.   __01-55536-C__
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Hammer Energy Assets** <br><br> **One Riverwalk Place, L.L.C.** <br> **700 N. St. Mary's, Ste. 402** <br> **San Antonio, TX 78205** | X | - | Rent, parking | | | | 16,475.12 |
| Account No. **201-048524** <br><br> **Oxy USA, Inc.** <br> **P.O. Box 841784** <br> **Dallas, TX 75284-1784** | | - | Joint interest drilling/operating expense | | | | 286,177.67 |
| Account No. <br><br> **Petroleum Financial, Inc.** <br> **306 W. 7th, Ste. 1025** <br> **Fort Worth, TX 76102** | | - | Oil and gas account; lease operating statements | | | | 11,529.74 |
| Account No. <br><br> **Petroleum Listing Service** <br> **1331 Lamar, Ste. 1430** <br> **Houston, TX 77010** | | - | Dues/subscription | | | | 1,118.46 |
| Account No. <br><br> **Phil Brewer, Attorney** <br> **P.O. Box 298** <br> **Roswell, NM 88202-0298** | | - | Title search | | | | 14,993.03 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                330,294.02

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    **Pure Energy Group, Inc.**                                                   Case No.    **01-55536-C**
_____,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11654** <br><br> **Philip Services Corporation** <br> **P.O. Box 201056** <br> **Houston, TX 77216** | - | | Engineering reports | | | X | 3,181.89 |
| Account No. **1823 9471 86 7** <br><br> **Pitney Bowes Purchase Power** <br> **P.O. Box 856042** <br> **Louisville, KY 40285-6460** | - | | Postage | | | | 167.42 |
| Account No. **4899887** <br><br> **Pitney Bowes, Inc.** <br> **P.O. Box 856460** <br> **Louisville, KY 40285-6460** | - | | Postage meter rental | | | | 329.29 |
| Account No. **Owner #51782** <br><br> **Pure Resources, Inc.** <br> **500 West Illinois** <br> **Midland, TX 79701** | - | | Joint interest drilling/operating expense | | | | 138.68 |
| Account No. **Claim No. 179716022** <br><br> **R.A. Lenser & Associates** <br> **1200 Smith St., Ste. 1140** <br> **Houston, TX 77002** | - | | Engineering work performed for Hammer Energy Assets | | | X | 4,372.11 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 8,189.39 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re __Pure Energy Group, Inc._____, Case No. __01-55536-C_____
                                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan to Debtor | | | | |
| Ralph Perry<br>14115 Champions Hamlet Court<br>Houston, TX 77069 | | - | | | | | 1,595,500.00 |
| Account No. | | | Joint interest drilling/operating expense | | | | |
| Read & Stevens, Inc.<br>P.O. Box 1518<br>Roswell, NM 88202-1518 | | - | | | | | 38.62 |
| Account No. | | | Contractor - geologist services | | | | |
| Richard J. Jordan, Ph.D.<br>511 W. Ohio Ave., Ste. 601<br>Midland, TX 79701 | | - | | | | | 1,545.00 |
| Account No. 88094 | | | Office groceries | | | | |
| Sara Lee Coffee & Tea<br>P.O. Box 730861<br>Dallas, TX 75373-0861 | | - | | | | | 91.77 |
| Account No. | | | Legal services | | | | |
| Singleton, Cooksey, Hanson & Lamberth<br>6363 Woodway, Ste. 610<br>Houston, TX 77057 | | - | | | | | 13,910.55 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            1,611,085.94

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __Pure Energy Group, Inc._____, Case No. ___01-55536-C_____
_____Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community  H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **210-226-6700-099-8**<br><br>**Southwestern Bell Telephone**<br>**P.O. Box 4699**<br>**Houston, TX 77097-0075** | | - | **Telephone charges** | | | | 333.93 |
| Account No.<br><br>**Southwestern Energy Corporation**<br>**P.O. Box 1408**<br>**Fayetteville, AR 72702-1408** | | - | **Joint interest drilling/operating expense** | | | | 29,406.00 |
| Account No. **0000423110-1**<br><br>**Sprint PCS**<br>**P.O. Box 790105**<br>**Saint Louis, MO 63179-0105** | | - | **Cellular telephone charges** | | | | 456.30 |
| Account No. **55544**<br><br>**Stutzman & Bromberg, P.C.**<br>**2323 Bryan Str., Ste. 2200**<br>**Dallas, TX 75201-2689** | | - | **Legal services** | | | | 2,797.50 |
| Account No.<br><br>**Time Warner Cable Business Svcs.**<br>**P.O. Box 650734**<br>**Dallas, TX 75265-0734** | | - | **Cable services** | | | | 121.08 |

Sheet no. __11__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 33,114.81 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Pure Energy Group, Inc.**                                          Case No.  **01-55536-C**
_____ ,
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **TWC Aviation** <br> **430 Parkson Rd.** <br> **Henderson, NV 89015-4045** | | - | Airline services | | | | 13,429.65 |
| Account No. <br><br> **United Healthcare** <br> **Small Group Accounting** <br> **P.O. Box 41738** <br> **Philadelphia, PA 19101-1738** | | - | Health insurance | | | | 1,140.16 |
| Account No. 0013212020-5 <br><br> **Verizon Wireless** <br> **P.O. Box 630062** <br> **Dallas, TX 75263-0062** | | - | Wireless phone services | | | | 499.68 |
| Account No. **Paul Thompson** <br><br> **Walsh Engineering & Production Corp.** <br> **7415 E. Main** <br> **Farmington, NM 87402** | | - | Engineering services | | | | 2,526.11 |
| Account No. 721726 <br><br> **Yates Petroleum Corporation** <br> **105 S. 4th St.** <br> **Artesia, NM 88210** | | - | Joint interest drilling/operating expense | | | | 2,869.56 |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 20,465.16 |
| Total <br> (Report on Summary of Schedules) | 6,475,369.28 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **One Riverwalk Place, L.L.C.** **700 N. St. Mary's, Ste. 402** **San Antonio, TX 78205** | **Rent/Lease Agreement (in name of Hammer** **Energy Assets, Inc.)** |
| **Oxy USA, Inc.** **P.O. Box 50250** **Midland, TX 79710** | **Operating Agreement and Term** **Assignment/Farmout Agreement with Debtor** |
| **Mission Resources Corporation** **P.O. Box 201155** **Houston, TX 77216-1155** | **Operating Agreement between Bellwether** **Exploration Company (now Mission Resources** **Corporation) and Debtor** |
| **EOG Resources, Inc.** **P.O. Box 840319** **Dallas, TX 75284-0319** | **Two Operating Agreements with Debtor** |
| **Yates Petroleum Corporation** **105 S. 4th St.** **Artesia, NM 88210** | **Operating Agreement and Term** **Assignments/Farmout Agreements with Debtor** |
| **Chi Operating, Inc.** **P.O. Box 1799** **Midland, TX 79702** | **Operating Agreement with Debtor and Term** **Assignment/Farmout Agreements with Debtor** |
| **Louis Dreyfus Natural Gas Corporation** **P.O. Box 847764** **Dallas, TX 75284-7764** | **Operating Agreement with Debtor** |
| **Nearburg Producing Co.** **Glen Lakes Drive** **Dallas, TX 75231** | **Operating Agreement with Debtor** |
| **Southwestern Energy Prod.** **P.O. Box 1408** **Fayetteville, TX 78940** | **Operating Agreement with Debtor** |
| **Tenneco Oil Co.** **Total/Fina** **P.O. Box 2511** **Houston, TX 77252** | **Preferential Rights Agreement** |
| **Capataz Operating, Inc.** **P.O. Box 10549** **Midland, TX 79702** | **Operating Agreement with Debtor** |

__3__   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Hanagan Petroleum Corp.<br>400 Kentucky Ave.<br>Roswell, NM 88201 | Operating Agreement with Debtor |
| Martin Yates, III (Marbob Energy Corp.)<br>P.O. Box 227<br>Artesia, NM 88211 | Operating Agreement with Debtor |
| Nearburg Exploration Co., L.L.C.<br>3300 N. "A" St., Ste. 120<br>Midland, TX 79705 | Term Assignments/Farmout Agreements with Debtor |
| Xeric Oil & Gas Corp.<br>1801 West Texas<br>Midland, TX 79702 | Term Assignments/Farmout Agreements with Debtor |
| Concho Resources (Conoco)<br>P.O. Box 1267<br>Oakland, CA 94602-1267 | Term Assignment/Farmout Agreement with Debtor |
| Elk Oil Co.<br>500 N. Main St., #814<br>Roswell, NM 88201 | Term Assignment/Farmout Agreement with Debtor |
| Beach Exploration, Inc.<br>800 N. Marienfeld, Ste. 200<br>Midland, TX 79701 | Term Assignments/Farmout Agreements with Debtor |
| Stratex, L.P.<br>1801 W. Texas<br>Midland, TX 79702 | Term Assignments/Farmout Agreements with Debtor |
| Howard Exploration<br>515 W. Green Rd.<br>Houston, TX 77067 | Term Assignment/Farmout Agreement with Debtor |
| Marbob Energy Corp.<br>P.O. Box 227<br>Artesia, NM 88211 | Term Assignment/Farmout Agreement with Debtor |
| SDK Resources<br>511 W. Ohio, Ste. 601<br>Midland, TX 79701 | Term Assignment/Farmout Agreement with Debtor |
| Murchison Oil & Gas<br>1445 Rose Ave., Ste. 530<br>Dallas, TX 75202 | Term Assignment/Farmout Agreement with Debtor |
| Petroleum Financial Corp.<br>306 W. 7th St., Ste. 1025<br>Fort Worth, TX 76102 | Agreement to provide LOS each month |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Exco Resources, Inc.<br>P.O. Box 847530<br>San Antonio, TX 78284-7530 | Bookkeeping Services |
| ARCO Permian<br>P.O. Box 910336<br>Dallas, TX 75391-0336 | Operating Agreement with Debtor |
| Mack Energy Corporation<br>P.O. Box 960<br>Artesia, NM 88211-0960 | Operating Agreement with Debtor |
| Bass Enterprises Production Co.<br>P.O. Box 916110<br>Fort Worth, TX 76191-6110 | Operating Agreement with Debtor |
| Read & Stevens, Inc.<br>P.O. Box 1518<br>Roswell, NM 88202-1518 | Operating Agreement with Debtor |
| Altura Energy, Ltd.<br>P.O. Box 22057<br>Tulsa, OK 74121 | Operating Agreement with Debtor |
| USI<br>Attn: Richard S. Bertasi<br>Two Stamford Plaza, 7th Floor<br>281 Tresser Blvd.<br>Stamford, CT 06901-3238 | Unsigned Sub-Lease Agreement |
| David H. Arrington Oil & Gas, Inc.<br>P.O. Box 2071<br>Midland, TX 79702 | Term Assignment Agreement with Debtor |
| Fenix Royalty, L.L.C.<br>P.O. Box 2818<br>Midland, TX 79702 | Royalty in Manix properties |
| GPM Gas Corporation<br>P.O. Box 50020<br>Midland, TX 79710-0020 | Gas Purchase |
| Navajo Refining & Crude Marketing<br>P.O. Box 159<br>Artesia, NM 88211-0159 | Operating Agreement with Debtor/Gas Purchase |
| Pure Resources (formerly Hallwood)<br>P.O. Box 910552<br>Dallas, TX 75391-0552 | Operating Agreement with Debtor |
| Chesapeak Operating, Inc.<br>P.O. Box 99809<br>Oklahoma City, OK 73199 | Operating Agreement with Debtor |

Sheet  **2**  of  **3**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Ikon Office Solutions**<br>**Texas District**<br>**P.O. Box 730712**<br>**Dallas, TX 75373-0712** | **Fax/copier lease** |
| **Verizon Wireless**<br>**P.O. Box 630062**<br>**Dallas, TX 75263-0062** | **Cellular phone services** |
| **Aaron Office Furniture**<br>**11500 IH 10 West, Bldg. 1**<br>**San Antonio, TX 78230** | **Rental for office furniture** |
| **Sprint PCS**<br>**P.O. Box 790105**<br>**Saint Louis, MO 63179-0105** | **Phone services** |
| **AT&T Wireless**<br>**P.O. Box 650054**<br>**Dallas, TX 75265-0054** | **Cellular phone services** |
| **Cingular Wireless**<br>**P.O. Box 4460**<br>**Houston, TX 77097-0082** | **Cellular phone services** |
| **Time Warner Cable Business Svcs.**<br>**P.O. Box 650734**<br>**Dallas, TX 75265-0734** | **Cable services** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Pure Energy Group, Inc.**                                             ,      Case No.    **01-55536-C**

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Brad James<br>700 N. St. Mary's Str., Ste. 1925<br>San Antonio, TX 78205 | EFO Holdings<br>2626 Cole Ave., Ste. 700<br>Dallas, TX 75204 |
| Frank James<br>526 E. 89th Street<br>New York, NY 10128 | EFO Holdings<br>2626 Cole Ave., Ste. 700<br>Dallas, TX 75204 |
| Brad James<br>700 N. St. Mary's, Suite 1925<br>San Antonio, TX 78205 | One Riverwalk Place, L.L.C.<br>700 N. St. Mary's, Ste. 402<br>San Antonio, TX 78205 |
| Ralph Perry<br>14115 Champions Hamlet Court<br>Houston, TX 77069 | EFO Holdings<br>2626 Cole Ave., Ste. 700<br>Dallas, TX 75204 |
| Brad James<br>700 N. St. Mary's Str., Ste. 1925<br>San Antonio, TX 78205 | Manix Energy, L.L.C.<br>P.O. Box 2818<br>Midland, TX 79702 |
| Alicia James<br>438 E. Rosewood Ave.<br>San Antonio, TX 78212 | EFO Holdings<br>2626 Cole Ave., Ste. 700<br>Dallas, TX 75204 |
| Alicia James<br>438 E. Rosewood Ave.<br>San Antonio, TX 78212 | Manix Energy, L.L.C.<br>P.O. Box 2818<br>Midland, TX 79702 |
| Jeff Hamm<br>274 Wood Valley<br>Adkins, TX 78101 | Manix Energy, L.L.C.<br>P.O. Box 2818<br>Midland, TX 79702 |
| Patty Hamm<br>274 Wood Valley<br>Adkins, TX 78101 | Manix Energy, L.L.C.<br>P.O. Box 2818<br>Midland, TX 79702 |
| Hammer Energy<br>115 E. Travis Str., Ste. 412<br>San Antonio, TX 78205 | One Riverwalk Place, L.L.C.<br>700 N. St. Mary's, Ste. 402<br>San Antonio, TX 78205 |

**0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas

In re   **Pure Energy Group, Inc.** _____   Case No.   01-55536-C
                                    Debtor(s)            Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**27**___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 6, 2001** _____   Signature _____

**Bradley M. James**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.