In re    **Pure Energy Group, Inc.**

_____

Debtor

Case No. _____ **01-55536-C**

## SCHEDULE A. REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **An undivided 50% interest in some 790,000 gross (286,000 net) mineral acres in the following Counties in New Mexico, U.S.A.: Chaves County, De Baca County, Eddy County, Grant County, Hidalgo County, Lea County, Roosevelt County, Sierra County, and Socarro County. See Exhibits "A" and "A-1" for a description of the properties.** | **Some fee simple/some leasehold/some royalty/some licenses, farmouts, and others** | - | 16,000,000.00 | 7,620,165.40 |

| | Sub-Total > | 16,000,000.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 16,000,000.00 | |

__**0**__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas

In re   **Pure Energy Group, Inc.** _____

Debtor(s)

Case No.   **01-55536-C** _____

Chapter   **11** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   _01/30/02_ _____

Signature _____

**Bradley M. James**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## EXHIBIT "A"

Attached to and made a part of that certain First Amended Purchase and Sale Agreement
by and between Manix Energy, LLC, as Seller, and Pure Energy Group, Inc.,
and Bellwether Exploration Company, as Buyer.

## DESCRIPTION OF LEASES AND LANDS

## WELLS AND INTEREST

| PROPERTY NO. | WELL NAME | FIELD | OPERATOR | WI % | N.R.I. % | RECORDING |
|---|---|---|---|---|---|---|
| 1 | Bass Federal #1 (new recompletion) | Hat Mesa (Delaware) | Hallwood Petroleum | 0.7050010% | 0.548382735% | |
| 2 | Bass Federal #4 (new well) | Hat Mesa (Delaware) | Hallwood Petroleum | 0.7050010% | 0.548382735% | |
| 3 | Hat Mesa 31 #1 | Hat Mesa (Delaware) | Bass Enterprises | 0.7050010% | 0.548382735% | |
| 4 | Hat Mesa 31 #2 | Hat Mesa (Delaware) | Bass Enterprises | 0.7050010% | 0.548382735% | |
| 5 | Empire Abo Unit | Empire (Abo) | Anco Permian - Vastar | 1.9791170% | 1.533569754% | |
| 6 | Roscoe Federal Com #1 (new well) | Logan Draw (Morrow) | Oxy USA | 28.1315620% | 21.802261225% | |
| 7 | Duke ARP Federal Com #1 (completing) | Logan Draw (Morrow) | Yates Petroleum | 8.2500000% | 4.843750000% | |
| 8 | Cannonball #1 | Crow Flats SE (Morrow) | Oti Operating | 12.5000000% | 9.8875000% | |
| 9 | Little Hammer #1 (building location) | Logan Draw (Morrow) | Oxy USA | 25.0000000% | to be determined | |
| 10 | Delhi - Federal Com #1 | Lusk (Strawn) | Fina | 25.2350300% | 19.557148225% | |
| 11 | Federal "Hill" 33 #1 | Lusk E. (Atoka) | Fina | 100.0000000% | 77.500000000% | |
| 12 | Johns "B" Federal #4 | Lusk (Yates - Seven Rivers) | Fina | 66.6700000% | 51.041870000% | |
| 13 | State "HL" 2 #1-Y | Turkey Track | Fina | 100.0000000% | 77.500000000% | |
| 14 | State "HL" 11 #1 | Turkey Track | Fina | 87.5000000% | 67.81250000% | |
| 15 | | | | | | |

LEASES (INSOFAR AND ONLY INSOFAR AS SAID LEASES PERTAIN TO THE PRORATION UNITS ASSOCIATED WITH THE WELLS AND INTEREST ABOVE

## EDDY COUNTY, NEW MEXICO

| LEASE NUMBER | LESSOR | LESSEE | DATE | TRACT | SECTION | RANGE | TOWNSHIP | LEGAL DESCRIPTION | RECORDING BK PG |
|---|---|---|---|---|---|---|---|---|---|
| 01MA02474-000 | USA:NM-024/28 | CLYDE GUY | 05/10/1939 | 01 | 0010 | 029E | 019S | NW/4 NW/4 | NOT AVAILABLE |
| 01MA02479-000 | USA:LC 071-054253 | JULIA BRANNARD | 12/28/1938 | 01 | 0010 | 029E | 019S | E/2 NW/4 | NOT AVAILABLE |
| 01MA024/64-001 | STATE OF NEW MEXICO B-1959 25 | VAN F WELCH JR | 08/10/1933 | 01 | 0021 | 029E | 017S | NE/4SE/4 AND SE/4SE/4 | NOT AVAILABLE |
| 01MA02495-000 | STATE OF NEW MEXICO B-1111-B | VAN F. WELCH. JR | 08/10/1952 | 01 | 0026 | 029E | 017S | NE/4 NE/4 | |
| 01MA02529-000 | STATE OF NEW MEXICO B-2071 | FOREST E LEVERS | 08/10/1933 | 01 | 0031 | 029E | 017S | NW/2 SE/4 | UNRECORDED |
| 09MA02638-000 | USA:NM-029-31847-4-0 | ROBERT HOLT | 11/01/1962 | 01 | 0029 | 030E | 019S | 40.000 ACS BEING THE SE/4 SW/4 OF SECTION 29 | N/A |
| 09MA02892-000 | STATE OF NEW MEXICO B-7717-9 | HUMBLE OIL & REFG. | 06/10/1938 | 01 | 0002 | 029E | 019S | 40.000 ACS BEING THE SE/4 NW/4 (STATE H-1, 2-1Y) 80.000 ACS BEING THE SW/4 SX/W4 AND NE/4 SW4 | N/A |
| | | | | 02 | 0002 | 029E | 019S | 80.000 ACS MORE PARTICULARLY DESCRIBED AS FOLLOWS: 40.040 ACS BEING LOT 2 (NE/4 NW/4) OF SECTION 2. 40.010 ACS BEING LOT 4 (NW/4 NW/4) OF SECTION 2 | N/A |
| | | | | 03 | 0001 | 029E | 019S | 40.040 ACS BEING THE NW/4 NE/4 (STATE H-11, 1-3) 40.040 ACS BEING THE NE/4 NW/4 (STATE HL 1-2)——80 100 ACS | N/A |

| ID | Lessor | Date | Sec | Twp | Rge | Sub | Description | Status |
|---|---|---|---|---|---|---|---|---|
| | | | 04 | 019S | 029E | 0001 | 40.000 ACS BEING THE SE/4 SE/4 (LLEDBETTER STATE 'A' #3) 40.000 ACS BEING THE SE/4 SW/4 (LEDBETTER STATE #2) 40.000 ACS BEING THE NE/4 SE/4 | N/A |
| | | | 05 | 019S | 029E | 0001 | 40.000 ACS BEING THE NW/4 NW/4 / P J STATE 'A' #1, 40.000 ACS BEING THE SE/4 NW/4 / P J STATE 'A' #3, 40.000 ACS BEING THE SW/4 NW/4 / P J STATE 'A' #4 DEP | N/A |
| | | | 06 | 019S | 029E | 0002 | 40 ACS BEING THE SE/4 NE/4, SECTION 2 | N/A |
| | | | 07 | 019S | 029E | 0012 | 80.000 ACS BEING THE S/2 SW/4 OF SECTION 12 | N/A |
| | | | 08 | 019S | 029E | 0012 | 40.000 ACS BEING THE NW/4 NE/4 OF SECTION 12, 200.000 ACS BEING THE N/2 NW/4, SE/4 NW/4, AND S/2 NE/4 | N/A |
| | | | 09 | 019S | 029E | 0002 | 40.00 ACRES BEING THE SE/4 NW/4 SECTION 2, 40 ACRES BEING THE SW/4 SE/4 SECTION 2, 40 ACRES BEING THE NW/4 SE/4 SECTION 2, 40.00 ACRES BEING NE/4 SE/4 SE/4 | N/A |
| | | | 10 | 019S | 029E | 0002 | 170.17 ACS BEING THE W/2 NE/4 AND NE/4 NW/4 SECTION 2 | N/A |
| | | | 11 | 019S | 029E | 0001 | 40.00 ACS BEING THE NW/4 SE/4 / P J STATE 'A' #5 | N/A |
| | | | 12 | 019S | 029E | 0001 | 40.00 ACS BEING THE NE/4 SW/4 / P J STATE 'A' #6, 40.000 ACS BEING THE NW/4 SW/4 / P J STATE 'A' #8, 40.000 ACS BEING THE SW/4 / P J STATE 'A' #11 | N/A |
| | | | 13 | 019S | 029E | 0002 | 40.000 ACS BEING THE NW/4 SW/4 (STATE N, 2,3) | N/A |
| STATE OF NEW MEXICO B-9739-19 | BERNICE R. PIATT | 07/10/1942 | 01 | 019S | 029E | 0002 | 40.000 ACS BEING THE NW/4 NE/4 OF SECTION 12 | N/A |
| 09NM002993-000 | | | 02 | 019S | 029E | 0012 | 40.000 ACS BEING THE NE/4 OF SECTION 12 | N/A |
| | | | 03 | 019S | 029E | 0011 | W/2 NW/4 AND W/2 NE/4 SECTION 11 NE/4 SW/4 (SAND DUNE STATE #1) **CONTRACTUAL INTEREST** THIS ACREAGE NOT COUNTED** NW/4 SE/4 (SAND DUNE STATE #3) SE/4 SW/4 (SAND DUNE STATE #5) | |
| | | | 04 | 019S | 029E | 0011 | **CONTRACTUAL INTEREST** THIS ACREAGE NOT COUNTED** NW/4 SW/4 (SAND DUNE, ST #4), SW/4 SW/4 (SAND DUNE #7) | N/A |
| | | | 05 | 019S | 029E | 0011 | NE/4 SE/4 (P2), SW/4 SE/4 (#4), SE/4 SE/4 (UNDEV.) | N/A |
| | | | 06 | 019S | 029E | 0011 | SE/4 NW/4, NE/4 NW/4 | N/A |

28A

EXHIBIT "A"

ATTACHED TO AND MADE A PART OF THAT CERTAIN PURCHASE AND SALE AGREEMENT
BY AND BETWEEN MANIK ENERGY, LLC, AS SELLER AND PURE ENERGY GROUP, INC., AS BUYER

| ID | Lease | Lessor | Date | | | | | Description | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 09NMX02699-000 | STATE OF NEW MEXICO E-2715-3 | LEONARD OIL CO. | 06/10/1949 | 01 | 016S | 026E | 0005 | 40.000 ACS BEING THE SE/4 NW/4 OF SECTION 5 | V-085 P-518 |
| | | | | 02 | 016S | 026E | 0008 | 40.000 ACS BEING THE NW/4 NW/4 OF SECTION 7 | V-085 P-518 |
| 09NMX02742-000 | STATE OF NEW MEXICO B-4575 | MARCIE HERTZMARKC | 07/10/1935 | 01 | 017S | 026E | 0007 | 160.000 ACS BEING THE SE/4 OF SECTION 28 | V-057 P-203 |
| | | | | 02 | 017S | 026E | 0008 | 40.000 ACS BEING THE SE/4 SW/4 OF SECTION 28 | |
| | | | | 03 | 017S | 026E | 0028 | 40.000 ACS BEING THE SE/4 SE/4 OF SECTION 28 | |
| | | | | 04 | 017S | 026E | 0029 | 40.000 ACS BEING THE SW/4 SW/4 OF SECTION 29 | |
| | | | | 05 | 017S | 026E | 0028 | 40.000 ACS BEING THE NE/4 SW/4 OF SECTION 28 | |
| | | | | 06 | 017S | 026E | 0019 | 40.000 ACS BEING THE NW/4 NW/4 OF SECTION 19 | |
| | | | | 07 | 017S | 026E | 0033 | 40.000 ACS BEING THE NW/4 NW/4 OF SECTION 33 | |
| 09NMX02743-000 | STATE OF NEW MEXICO B-11538 | SOUTHERN UNION GAS CO. | 10/10/1944 | 01 | 017S | 027E | 0036 | 40.000 ACS BEING THE NE/4 NW/4 OF SECTION 36 | V-052 P-484 |
| | | | | 02 | 017S | 027E | 0036 | 40.000 ACS BEING THE NW/4 SW/4 OF SECTION 36 | V-052 P-484 |
| | | | | 03 | 017S | 027E | 0036 | 40.007 /C6 BEING THE SW/4 NW/4 OF SECTION 36 | V-052 P-484 |
| | | | | 04 | 017S | 026E | 0030 | 40.000 ACS BEING THE SW/4 NE/4 OF SECTION 30 | V-052 P-484 |
| | | | | 05 | 017S | 026E | 0030 | 40.000 ACS BEING THE SW/4 SW/4 OF SECTION 30 | V-052 P-484 |
| | | | | 06 | 017S | 026E | 0030 | 40.000 ACS BEING THE NE/4 SW/4 OF SECTION 30 | V-052 P-484 |
| | | | | 07 | 017S | 026E | 0029 | 80.000 ACS BEING THE NE/4 NW/4 AND NW/4 NE/4 OF SEC-29 | V-052 P-484 |
| | | | | 09 | 017S | 026E | 0034 | 80.000 /CS BEING THE SW/4 SE/4 AND SE/4 SW/4 OF SEC-34 0 | V-052 P-484 |
| | | | | 10 | 017S | 026E | 0032 | 40.000 ACS BEING THE SW/4 SW/4 OF SECTION 32 | V-052 P-484 |
| 09NMX02744-000 | STATE OF NEW MEXICO B-135-4 | SOUTHERN UNION GAS CO. | 02/10/1945 | 01 | 017S | 026E | 0022 | 40.000 ACS BEING THE NE/4 NE/4 OF SECTION 22 | V-052 P-489 |
| | | | | 02 | 017S | 027E | 0025 | 40.000 ACS BEING THE SE/4 NW/4 OF SECTION 25 | V-052 P-489 |
| | | | | 03 | 017S | 026E | 0027 | 40.000 ACS BEING THE SE/4 SW/4 OF SECTION 27 | V-052 P-489 |
| | | | | 04 | 017S | 026E | 0028 | 40.000 ACS BEING THE NE/4 NE/4 OF SECTION 28 | V-052 P-489 |
| 09NMX02745-000 | STATE OF NEW MEXICO B-4456-14 | MANUEL A. SANCHEZ | 06/10/1935 | 01 | 017S | 026E | 0014 | 40.000 ACS BEING THE NW/4 NW/4 OF SECTION 14 | V-060 P-151 |
| | | | | 02 | 017S | 026E | 0024 | 40.000 ACS BEING THE SE/4 NW/4 OF SECTION 24 | V-060 P-151 |
| | | | | 03 | 017S | 026E | 0019 | 120.000 ACS BEING THE W/2 SE/4 AND SW/4 SE/4 OF SEC-19 | V-060 P-151 |
| | | | | 04 | 017S | 026E | 0035 | 120.000 ACS BEING THE S/2 SE/4 AND SE/4 SW/4 OF SEC-35 | V-060 P-151 |

28B

| Property ID | Lease No. | Lessor | Date | Tract | Twp | Rng | Sec | Description | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 09NM002748-000 | USA NM 029-0100597 | CHARLES E. JONES | 01/01/1940 | 01 | 019S | 032E | 0030 | 40.847 ACS BEING LOT 1 (NW4 NW4) OF SECTION 30 | N/A |
|  |  |  |  | 02 | 019S | 032E | 0030 | 40.68 ACS BEING LOT 2 (SW4 NW4) OF SECTION 30 | N/A |
| 09NM002750-000 | STATE OF NEW MEXICO B-3178-16 | VAN THOMPSON | 10/10/1933 | 01 | 017S | 028E | 0002 | 198.480 ACS BEING THE N2 NW4 NW4, SW4 NW4 AND THE E2 SW4 OF SECTION 2 TOC AND CONOCO OWN OIL AND GAS RIGHTS AS TO LOT 4 (NW4 NW4) AND SE4 SW4 TOC AND CONOCO OWN GAS RIGHTS ONLY AS TO LOT 3 (NE4 NW4), NE4 SW4 AND SW4 NW4 | N/A |
| 09NM002752-000 | USA NM LC-048479-A | DELHI-TAYLOR OIL CORP | 09/01/1989 | 01 | 017S | 028E | 0004 | 119.540 ACS BEING LOT 3 (NE4 NW4) AND THE NW2 SW4 OF SECTION 4 | N/A |
|  |  |  |  | 02 | 017S | 028E | 0008 | 240.000 ACS BEING THE SE4 AND S2 NE4 OF SECTION 8 | N/A |
|  |  |  |  | 03 | 017S | 028E | 0002 | 160.000 ACS BEING THE SE4 NW4 OF SECTION 2 | N/A |
| 09NM002753-000 | USA NM LC 071-029456-0 | VAN P. WELCH, JR. | 12/20/1938 | 01 | 017S | 028E | 0020 | 40.000 ACS BEING THE SE4 NW4 OF SECTION 20 | N/A |
| 09NM002754-000 | USA NM LC-048479-B | DELHI-TAYLOR OIL CORP | 11/00/1981 | 01 | 017S | 028E | 0019 | 40.000 ACS BEING THE SE4 NW4 OF SECTION 19 | N/A |
| 09NM002757-000 | ST OF NM 847-306 | MARTIN YATES, JR | 11/14/1922 | 01 | 017S | 028E | 0020 | 40.000 ACS BEING THE SE4 NE4 OF SECTION 20 | N/A |
| 09NM002758-000 | ST OF NM B-5084 | CHARLES A PRATT | 10/10/1935 | 01 | 017S | 028E | 0020 | 80.000 ACS BEING THE NE4 NW4 AND SW4 NW4 OF SEC-20 | V-122 P-563 |
| 09NM002787-000 | USA (NEW MEXICO LC-029375-B | THREE STATES ET AL | 02/01/1989 | 01 | 017S | 027E | 0029 | 40.000 ACS BEING THE NW4 NW4 OF SECTION 29 | N/A |
|  |  |  |  |  | 017S | 027E | 0004 | 242.000 ACS BEING LOTS 2, 3, 4, SW4 NE4, SE4 NW4 | N/A |
|  |  |  |  |  | 017S | 027E | 0005 | 240.000 ACS BEING THE SE4 NE4, S2 SW4, S2 SE4 AND THE NW4 SE4 OF SECTION 5 | N/A |
|  |  |  |  |  | 017S | 027E | 0008 | 80.422 ACS BEING LOT 1 AND THE SE4 NE4 OF SECTION 6 | N/A |
|  |  |  |  |  | 017S | 027E | 0014 | 40.000 ACS BEING THE NW4 SE4 OF SECTION 14 | N/A |
|  |  |  |  | 02 | 017S | 027E | 0004 | S/2 SW4 AND NW SE4 | N/A |
|  |  |  |  |  | 017S | 027E | 0009 | BEING NE/4 NW4 AND N/E NE4 | N/A |
|  |  |  |  | 03 | 017S | 027E | 0003 | 122.18 FC/3 MOL BEING LOTS 2 3 & 4 | N/A |
|  |  |  |  | 04 | 017S | 027E | 0010 | 40 ACS MOL BEING THE NE4NE4 | N/A |
|  |  |  |  |  | 017S | 027E | 0011 | 160 ACS MOL BEING THE SE4/SW4, NW4NW4 AND S/2SE/4 | N/A |
| 09NM002984-000 | USA NM 030-0272282-0 | ROBERT HOLT | 11/00/1982 | 01 | 018S | 030E | 0029 | 40.000 ACS BEING THE SW4 SW4 OF SECTION 29 | N/A |

| | LESSOR | LESSEE | | DATE | TRACT | TOWNSHIP | RANGE | SECTION | LEGAL DESCRIPTION | RECORDING |
|---|---|---|---|---|---|---|---|---|---|---|
| 09NM002981-000 | USA NM LC-082407 | MABEL F LEONARD | | 01/01/1944 | 01 | 017S | 026E | 0030 | W/2 OF SE/4, SECTION 30, T17S, R28E | VOL 23 PG 207 |
| 01NM002494-001 | STATE OF NEW MEXICO B-1989-25 | WAM F MELCH JR | | 09/10/1933 | 01 | 017S | 026E | 0031 | NE/4SE/4 AND SE/4SE/4 | N/A |
| 09NM002759-000 | USA NM-LC-071-044401-A | EUGENE E NEARBURG | | 04/01/1989 | 01 | 017S | 027E | 0013 | 120.000 ACS BEING THE W/2 NE/4 NE/4 NW/4 | N/A |
| 01NM002990-000 | STATE OF NEW MEXICO B-11594 | BERT ASTON | | 11/10/1944 | 01 | 018S | 026E | 0005 | SECTION 5: NW/4 NW/4 | BK 185, PG 543 |
| | | | | | | 018S | 026E | 0006 | SECTION 6: LOTS 3, 5, AND 6, SE/4 N | |
| 01NM002908-000 | STATE OF NEW MEXICO B-7966-20 | H. F. MCKENNEY | | 01/10/1939 | 01 | 017S | 028E | 0031 | SECTION 31: SE/4 SW/4 | UNRECORDE |

## Lea County, New Mexico

| LEASE NUMBER | LESSOR | LESSEE | DATE | TRACT | TOWNSHIP | RANGE | SECTION | LEGAL DESCRIPTION | RECORDING |
|---|---|---|---|---|---|---|---|---|---|
| 01NM002530-000 | USA LC-071-058408-B | FAIR OIL & R L RAY | 12/01/1969 | 01 | 017S | 032E | 0026 | S/2 SE/4, NE/4 SE/4 -SEC 26 | BK  PG |
| 09NM002709-000 | USA NM 029-01135 | LEONARD OIL CO. | 03/01/1950 | 01 | 019S | 032E | 0033 | 320.000 ACS BEING THE N/2 OF SECTION 33 | N/A |
| | | | | 02 | 019S | 032E | 0033 | 320.000 ACS BEING THE S/2 OF SECTION 33 | N/A |
| 09NM002979-000 | USA NM 029-0631 | EDWARD C. DONOHUE | 05/01/1951 | 02 | 019S | 032E | 0034 | 478.010 ACS BEING THE N/2 SW/4, N/2 AND LOTS 1 AND 2 OF SECTION 34 | N/A |
| | | | | 01 | 020S | 034E | 0011 | SECTION 11: W/2 | |
| 09RPNM1465-001 | TENNECO OIL COMPANY | FELMONT OIL CORPORATION | 10/26/1964 | 01 | 011S | 033E | 0009 | 160.000 ACS BEING THE NE/4 OF SECTION 9 | V-233 P-463 |
| 09RPNM1493-000 | LEONARD OIL COMPANY | | 10/01/1965 | 01 | 020S | 032E | 0025 | 160.000 ACS BEING THE SE/4 OF SECTION 25 | V-246 P-124 |
| 09RPNM1758-000 | ST. OF NEW MEXICO ROW 25523 | FINA OIL AND CHEMICAL COMPANY | 01/05/1995 | 01 | 019S | 032E | 0032 | AN ELECTRIC LINE EASEMENT CROSSING THE STATE OF NEW MEXICO LAND LOCATED IN SECTION 32-19S-32E. N M P M LEA COUNTY, NEW MEXICO (FEDERAL HH 133) | |

## EXHIBIT "A-1"

Attached to and made a part of that certain Purchase and Sale Agreement by and between Manix Energy, LLC, as Seller, and Pure Energy Group, Inc., as Buyer.

## DESCRIPTION OF PROPERTIES

SEE ATTACHED

COMPANY 001
STATE NM

FINA OIL AND CHEMICAL COMPANY
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE BK CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 01NM00245 1/000 TRACT 01 T 8 S R 32 E SEC 25 NE/4 | FLORENCE L. WOODS ET VIR GARRETSON | | BILLY J. MOORE NM CHAVES | | 160.000 | 04/28/1994 BK PG 160.000 | 04/28/1999 BK PG .000 | .0000000 | .125000 | .005000 |
| | | | | | | | | .0000000 | .125000 | .005000 |
| 01NM00245 1/000 TRACT 02 T 8 S R 32 E SEC 25 E/2NW/4, SW/4, N/2SE/4, SW/4SE/4 | FLORENCE L. WOODS ET VIR GARRETSON | | BILLY J. MOORE NM CHAVES | | 360.000 | 04/28/1994 BK PG 360.000 | 04/28/1999 BK PG 120.000 | .33333333 | .125000 | .005000 |
| | | | | | | | | .00000000 | .000000 | .005000 |
| 09RPNM1727/001 TRACT 01 T 8 S R 28 E SEC 13 | FINA OIL AND CHEMICAL COMPANY (TNM294024) | CATO, WEST | PETROLEUM STRATEGIES, INC. NM CHAVES | | 40.000 | 09/01/1991 VOL 116, PG 302 2.500 | 10/30/2099 .000 | .00000000 | .000000 | .000000 |

SECTION 13: SE/4 SE/4, LIMITED FROM THE SURFACE DOWN
TO THE BASE OF THE SAN ANDRES DOLOMITE.
APPROXIMATELY 2,810 FEET

FOCC-TENNECO ACQUISITION
NEW MEXICO

| COMPANY STATE | LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE RECORDED CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 009 NM | | | | | | | | | | | |

O9NM0026900/000   USA NM 029-007306-O   BITTER CREEK   ILA L. WHITE   NM CHAVES
(TN#290215)

04/01/1952  03/31/2099
V-075  P-405

TRACT 01
T 10 S  R 25 E
SEC 26
40.000 ACS BEING THE SE/4 SW/4 OF SECTION 26
DEPTH A - DEPTHS BELOW 1,335'
DEPTH B - SURFACE TO A DEPTH OF 1,335'

SEC 35
40.000 ACS BEING THE NW/4 NE/4 OF SECTION 35
DEPTH A - DEPTHS BELOW 1,335'
DEPTH B - FROM SURFACE TO A DEPTH OF 1,335'

80.000    80.000  80.000 1.00000000   .125000   .010000

....00000000

O9NM0026900/000   USA NM 029-007306-O   BITTER CREEK   ILA L. WHITE   NM CHAVES
(TN#290215)

04/01/1952  03/31/2099
V-075  P-405

TRACT 02
T 10 S  R 25 E
SEC 26
80.000 ACS BEING THE W/2 SW/4 OF SECTION 26
DEPTH A - DEPTHS BELOW 2,000'
DEPTH B - FROM SURFACE TO A DEPTH OF 1,107'
DEPTH C - FROM 1,107' DOWN TO 2,000'

SEC 27
160.000 ACS BEING THE SE/4 NE/4, NW/4 NE/4 AND THE
E/2 SE/4 OF SECTION 27
DEPTH A - DEPTHS BELOW 2,000'
DEPTH B - FROM SURFACE TO A DEPTH OF 2,000'
DEPTH C - FROM 1,107' DOWN TO 2,000'

SEC 34
160.000 ACS BEING THE E/2 E/2 OF SECTION 34
DEPTH A - DEPTHS BELOW 2,000'
DEPTH B - FROM SURFACE TO A DEPTH OF 2,000'

SEC 35
440.000 ACS BEING THE W/2 W/2, SE/4, S/2 NE/4 AND
THE NE/4 NE/4 OF SECTION 35
DEPTH A - DEPTHS BELOW 2,000'
DEPTH B - FROM SURFACE TO A DEPTH OF 1,107'
DEPTH B - FROM SURFACE TO A DEPTH OF 2,000'
DEPTH C - FROM 1,107' DOWN TO 2,000'

840.000   840.000  840.000 1.00000000   .125000   .010000

....00000000

O9NM0026900/000   USA NM 029-007306-O   BITTER CREEK   ILA L. WHITE   NM CHAVES
(TN#290215)

04/01/1952  03/31/2099
V-075  P-405

TRACT 03
T 10 S  R 25 E
SEC 27
40.000 ACS BEING THE SW/4 NE/4 OF SECTION 27
DEPTH A - DEPTHS BELOW 2,000'
DEPTH B - FROM SURFACE TO A DEPTH OF 2,000'

40.000   40.000  40.000 1.00000000   .125000   .010000

....00000000

O9NM0027120/000   ST OF NM B-10419   NEVILLE G. PENROSE, INC.   07/06/1943  07/06/2099

COMPANY  009
STATE    NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| J9NM002723/000 | USA NM-LC-060811 | CAPROCK QUEEN (TN#290309) | UNION OIL CO. OF CALIFORNIA | NM CHAVES | 40.000 | 09/01/1944 / N/A / N/A | 09/01/2099 / 5.000 | .12500000 | .125000 | .089843 |
| | | | | | 80.000 | / N/A / N/A | / 10.000 | .12500000 | .125000 | .102344 |
| 09NM002724/000 | STELLA ZIMMERMAN ET AL | CAPROCK QUEEN (TN#290309) | UNION OIL OF CALIFORNIA | NM CHAVES | 280.000 | 10/08/1947 / V-025 P-007 / 280.000 | 10/08/2099 / 35.000 | .12500000 | .125000 | .062500 |
| 09NM002724/000 | STELLA ZIMMERMAN ET AL | CAPROCK QUEEN (TN#290309) | UNION OIL OF CALIFORNIA | NM CHAVES | 40.000 | 10/08/1947 / V-025 P-007 / 40.000 | 10/08/2099 / 5.000 | .12500000 | .125000 | .062500 |

**J9NM002723/000**

TRACT 01
SEC 16
T 14 S  R 31 E
40.00 ACS BEING THE NW/4 SW/4 OF SECTION 16
DEPTH A - SURFACE TO 5,000'; EXCEPT THE QUEEN SAND FORM.
DEPTH B - QUEEN SAND FORMATION
DEPTH C - BELOW 5,000 FT.

TRACT 01
SEC 15
T 14 S  R 31 E
80.000 ACS BEING THE W/2 SW/4 OF SECTION 15
DEPTH A - FROM SURFACE TO TOP OF QUEEN FORMATION
DEPTH B - FROM BASE OF QUEEN SAND FORMATION
DEPTH C - QUEEN SAND FORMATION TO 5,000'
DEPTH D - BELOW 5,000'

**09NM002724/000**

TRACT 01
SEC 14
T 14 S  R 31 E
120.000 ACS BEING THE W/2 NW/4 AND SE/4 NW/4 OF SEC-14
DEPTH A - SURFACE TO TOP OF QUEEN SAND FORMATION
DEPTH B - THE QUEEN SAND FORMATION
DEPTH C - BASE OF QUEEN SAND FORMATION TO 5,000'
DEPTH D - DEPTHS BELOW 5,000'

SEC 15
160.000 ACS BEING THE NW/4 NW/4, SE/4 NW/4 AND THE
N/2 NE/4 OF SECTION 15
DEPTH A - SURFACE TO TOP OF QUEEN SAND FORMATION
DEPTH B - THE QUEEN SAND FORMATION
DEPTH C - BASE OF QUEEN SAND FORMATION TO 5,000'
DEPTH D - DEPTHS BELOW 5,000'

.00000000

**09NM002724/000   STELLA ZIMMERMAN ET AL**

TRACT 02
SEC 15
T 14 S  R 31 E
40.00 ACRES BEING THE NE/4 NW/4 OF SECTION 15
DEPTH A - SURFACE TO TOP OF QUEEN SAND FORMATION
DEPTH B - THE QUEEN SAND FORMATION
DEPTH C - BASE OF QUEEN SAND FORMATION TO 3,150'
DEPTH D - DEPTHS BELOW 3,150'

.00000000

COMPANY OO9
STATE NM

FGCC-TENNECO ACQUISITION
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|
| 09NMOO2724/000 ST OF NM B-1O420-184<br>TRACT 03<br>T 14 S R 31 E<br>SEC 14<br>40.00 ACRES BEING THE SW/4 NE/4 OF SECTION 14<br>DEPTH A - SURFACE TO 5,000'<br>DEPTH B - BELOW 5,000' | STELLA ZIMMERMAN ET AL<br>CAPROCK QUEEN | | UNION OIL OF CALIFORNIA<br>(TN#290309) NM CHAVES | 40.000 | 10/08/1947 10/08/2099<br>V-085 P-007<br>40.000 5.000 | | .1250000 | .125000 | .062500 |
| 09NMOO2725/000 ST OF NM B-1O420-184<br>TRACT 01<br>T 14 S R 31 E<br>SEC 16<br>80.000 ACS BEING THE E/2 NE/4 OF SECTION 16<br>DEPTH A - FROM SURFACE TO TOP OF QUEEN FORMATION<br>DEPTH B - BELOW BASE OF QUEEN SAND FORMATION<br>DEPTH C - QUEEN SAND FORMATION | CAPROCK QUEEN | | GEROR OIL CORP.<br>(TN#290309) NM CHAVES | 80.000 | 07/06/1943 07/06/2099<br>N/A<br>80.000 10.000 | | .12500000 | .125000 | .050000 |
| 09NMOO2726/000 ST OF NM E-5665<br>TRACT 01<br>T 14 S R 31 E<br>SEC 2<br>40.050 ACS BEING THE NE/4 NE/4 OF SECTION 2<br>DEPTH A - SURFACE TO TOP OF QUEEN FORMATION<br>DEPTH B - THE QUEEN SAND FORMATION<br>DEPTH C - TOP OF QUEEN SAND FORMATION TO 3,300'<br>DEPTH D - DEPTHS BELOW 3,300' | CAPROCK QUEEN | | GULF OIL CORP.<br>(TN#290309) NM CHAVES | 40.050 | 10/10/1951 10/10/2099<br>N/A<br>40.050 .445 | | .01110000 | .125000 | .093750 |
| 09NMOO2727/000 ST OF NM E-2858-1<br>TRACT 01<br>T 14 S R 31 E<br>SEC 16<br>40.000 ACS BEING THE NE/4 SW/4 OF SECTION 16<br>DEPTH A - SURFACE TO TOP OF THE QUEEN FORMATION<br>DEPTH B - BASE OF QUEEN SAND FORMATION TO 5,000'<br>DEPTH C - THE QUEEN SAND FORMATION<br>DEPTH D - DEPTHS BELOW 5,000' | CAPROCK QUEEN | | NEVILLE G. PENROSE,INC.<br>(TN#290309) NM CHAVES | 40.000 | 08/10/1949 08/10/2099<br>N/A<br>40.000 5.000 | | .12500000 | .125000 | .062500 |
| 09NMOO2741/000 ST OF NM B-1O417<br>TRACT 01<br>T 14 S R 31 E<br>SEC 16<br>40.000 ACS BEING THE NE/4 SE/4 OF SECTION 16<br>DEPTH A - FROM SURFACE TO TOP OF QUEEN SAND FORMATION<br>DEPTH B - BELOW QUEEN SAND FORMATION<br>DEPTH C - QUEEN SAND FORMATION | CAPROCK QUEEN | | W.E. PITTMAN<br>(TN#290309) NM CHAVES | 40.000 | 07/06/1943 07/06/2099<br>40.000 .440 | | .0109000 | .125000 | .109400 |

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED | NET ACRES | EXPIRE DTE CO NET ACS | COMP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09NMOO2B845/000 TRACT 02<br>T 15 S R 29 E<br>SEC 26<br>SEC 35<br>160.000 ACS BEING THE NW/4 OF SECTION 26<br>480.000 ACS BEING S/2, NE/4 | USA NM 029-282501-A | LUCKY LAKE, SOUTH | UV INDUSTRIES, INC. (TN#294011) | NM CHAVES | 640.000 | 06/01/1962<br>N/A | 640.000 | 06/01/2099<br>V-184 P-036<br>640.000 | 1.00000000 | .125000 | .020000 |
| 09NMOO2B845/000 TRACT 03<br>T 15 S R 29 E<br>SEC 26<br>240.000 ACS BEING THE NW/4 AND SW/4 OF SEC-26 | USA NM 029-282501-A | LUCKY LAKE, SOUTH | UV INDUSTRIES, INC. (TN#294011) | NM CHAVES | 240.000 | 06/01/1962<br>N/A | 240.000 | 06/01/2099<br>V-184 P-036<br>240.000 | 1.00000000 | .125000 | .096250 |
| 3NMOO2B845/000 TRACT 01<br>T 15 S R 29 E<br>SEC 35<br>160.000 ACS BEING THE NW/4 AND SE/4 SW/4 OF SEC-35 | USA NM 029-282501-A | LUCKY LAKE, SOUTH | UV INDUSTRIES, INC. (TN#294011) | NM CHAVES | 80.000 | 06/01/1962<br>N/A | 80.000 | 06/01/2099<br>80.000 | 1.00000000 | .125000 | .125000 |
| 09RPNMOO39/000 TRACT 01<br>T 10 S R 28 E<br>SEC 27<br>640.000 ACS BEING ALL OF SECTION 27 | UV INDUSTRIES INC<br>RACETRACK | RACETRACK | UV INDUSTRIES INC RACETRACK (TN#294034) | NM CHAVES | 640.000 | 10/02/1979<br>V-184 P-036 | 80.000 | 06/15/2099<br>80.000 | 1.00000000 | .000000 | .070000 |
| 09RPNMO0113/000 TRACT 01<br>T 11 S R 29 E<br>SEC 10<br>640.000 ACS BEING ALL OF SECTION 10 | UV INDUSTRIES INC<br>WHITE RANCH | WHITE RANCH | UV INDUSTRIES INC WHITE RANCH (TN#294037) | NM CHAVES | 640.000 | 10/02/1979<br>V-184 P-036 | 80.000 | 06/15/2099<br>80.000 | 1.00000000 | .000000 | .050000 |
| 09RPNMO0114/000 TRACT 01<br>T 11 S R 29 E<br>SEC 11<br>640.000 ACS BEING ALL OF SECTION 11 | UV INDUSTRIES INC<br>WHITE RANCH | WHITE RANCH | UV INDUSTRIES INC WHITE RANCH (TN#294037) | NM CHAVES | 640.000 | 10/02/1979<br>V-184 P-036 | 80.000 | 06/15/2099<br>80.000 | 1.00000000 | .000000 | .050000 |
| 09RPNMO0115/000 TRACT 01<br>T 11 S R 29 E<br>SEC 11 | UV INDUSTRIES INC<br>WHITE RANCH | WHITE RANCH | UV INDUSTRIES INC WHITE RANCH (TN#294037) | NM CHAVES | 640.000 | 10/02/1979<br>V-184 P-036 | 80.000 | 06/15/2099<br>80.000 | 1.00000000 | .000000 | .050000 |

FDCC-TENNECO ACQUISITION
NEW MEXICO

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE (TN#) | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| O9RPNMO135/000 | UV INDUSTRIES INC | WHITE RANCH | USSR&M (TN#294037) | NM CHAVES | 240.000 | 10/02/1979 / 30.000 | 06/15/2029 / 30.000 | 1.00000000 | .000000 | .050000 |
| | | | | | 480.000 | 60.000 | 60.000 | 1.00000000 | .000000 | .050000 |
| O9RPNMO142/000 | BRUCE K MATLOCK ET UX | APACHE SPRINGS | USSR&M (TN#294030) | NM CHAVES | 2080.000 | 02/02/1950 V-141 P-470 / 520.000 | 02/02/2099 / 520.000 | 1.00000000 | .000000 | .040000 |
| O9RPNMO142/000 | BRUCE K MATLOCK ET UX | APACHE SPRINGS | USSR&M (TN#294030) | NM CHAVES | 320.000 | 02/02/1950 V-141 P-470 / 40.000 | 02/02/2099 / 40.000 | 1.00000000 | .000000 | .040000 |
| O9RPNMO154/000 | R E WILLIAMS ET UX | DEXTER, WEST | USSR&M (TN#294020) | NM CHAVES | 640.000 | 12/23/1947 V-133 P-014 / 80.000 | 12/23/1947 / 80.000 | 1.00000000 | .000000 | .050000 |
| O9RPNMO154/000 | R E WILLIAMS ET UX | | USSR&M | | | 12/23/1947 | 12/23/1947 | .00000000 | | .050000 |

**O9RPNMO135/000**
TRACT 01
T 11 S R 29 E
SEC 12
240.000 ACS BEING THE NW/4 AND N/2 SW/4 OF SECTION 12

TRACT 01
T 11 S R 29 E
SEC 3
480.000 ACS BEING LOTS 1, 2, 3, 4, AND S/2 OF SECTION 3

**O9RPNMO142/000**
TRACT 01
T 11 S R 31 E
SEC 3
SEC S/2
SEC 2
SEC N/2 AND SE/4
SEC 8
SEC 9
SEC S/2
SEC 10
SEC E/2 NE/4, NW/4, S/2
SEC 13
SEC E/2
SEC 15
SEC E/2 NE/4

TRACT 02
T 11 S R 31 E
SEC 27

**O9RPNMO154/000**
TRACT 01
T 12 S R 24 E

TRACT 02
T 11 S R 22 E
SEC 22
SEC 23
SEC SW/4
SEC 27
SEC NW/4

COMPANY 009
STATE NM

SCHEDULE OF
FDCC-TENNECO ACQUISITION
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED | NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TRACT 02<br>T 12 S R 24 E<br>SEC 15 SW/4<br>SEC 22 NW/4<br>SEC 26 SE/4<br>SEC 35 N/2 SE/4, S/2 NE/4 | | DEXTER, WEST | | | 640.000 | V-133 ◆-014 | 40.000 | 40.000 1.00000000 | | .000000 | .050000 |
| 09RPNM0160/000<br>TRACT 01<br>T 12 S R 25 E<br>SEC 10<br>12.194 ACS BEING BLOCKS 8, 9, 10, 15, 16, 22 AND 23<br>WITH THE EXCEPTION OF LOT 2, BLOCK 8 OF THE CUMBERLAND<br>SUBDIVISION OF SECTION 10 | LEONARD OIL COMPANY | CUMBERLAND | (TN#290270) | NM CHAVES | 12.194 | 10/01/1965 V-239 P-770<br>10/01/2099 | 12.194 | 12.194 1.00000000 | | .000000 | .000000 |
| 09RPNM0167/000<br>TRACT 01<br>T 12 S R 29 E<br>SEC 15<br>W/2 SE/4. AND THE NORTH<br>73.5 ACS OF THE E/2 SW/4 | BRUCE K MATLOCK ET UX | WHITE RANCH, SOUTH | (TN#294031) | NM CHAVES | 153.500 | 06/28/1950 V-144 P-116<br>06/28/2099 | 19.188 | 19.188 1.00000000 | | .000000 | .040000 |
| 09RPNM0189/000<br>TRACT 01<br>T 13 S R 25 E<br>SEC 19<br>160.000 ACS BEING THE NW/4 OF SECTION 19 | R E WILLIAMS ET UX | DEXTER, WEST | (TN#294020) | NM CHAVES | 160.000 | 12/08/1947 V-133 P-459<br>12/08/2099 | 60.000 | 60.000 1.00000000 | | .000000 | .040000 |
| 09RPNM0190/000<br>TRACT 01<br>T 13 S R 25 E<br>SEC 32<br>SW/4 | R E WILLIAMS ET UX | DEXTER, WEST | (TN#294020) | NM CHAVES | 160.000 | 03/08/1948 V-116 P-226<br>03/08/2099 | 80.000 | 80.000 1.00000000 | | .000000 | .040000 |
| 09RPNM0198/000<br>TRACT 01<br>T 14 S R 23 E<br>SEC 8 SE/4 NE/4, E/2 SE/4<br>SEC 17 NE/4 NE/4 | S L PARHAM ET UX | DEXTER, WEST | (TN#294020) | NM CHAVES | 160.000 | 04/14/1948 V-117 P-242<br>04/14/2099 | 40.000 | 40.000 1.00000000 | | .000000 | .050000 |

FOCC-TENNECO ACQUISITION
SCHEDULE OF
NEW MEXICO

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 09RPNN0199/000 | R E WILLIAMS ET UX | DEXTER, WEST | USSR&M (TN#294020) | NM CHAVES | 640.000 | 03/18/1948 V-116 P-358 80.000 | 03/18/2099 80.000 | 1.00000000 | .000000 | .040000 |

TRACT 01
T 14 S  R 23 E
  SEC 33
640.000 ACS BEING ALL OF SECTION 33

| 09RPNN0201/000 | UV INDUSTRIES INC | CAPROCK, SOUTH | (TN#294050) | NM CHAVES | 160.000 | 10/02/1979 V-184 P-070 29.090 | 10/02/2099 29.090 | 1.00000000 | .000000 | .000000 |

TRACT 01
T 14 S  R 31 E
  SEC 29
A REVERSIONARY INTEREST ONLY IN:
160.000 ACS BEING THE SE/4 OF SECTION 29

| 09RPNN0202/000 | HOWARD W JENNINGS ET UX | CAPROCK, SOUTH | USSR&M (TN#294050) | NM CHAVES | 310.000 | 09/12/1949 V-139 P-319 135.000 | 09/12/2099 135.000 | 1.00000000 | .000000 | .000000 |

TRACT 01
T 14 S  R 31 E
  SEC 33
A REVERSIONARY INTEREST ONLY IN:
310.000 ACS BEING THE W/2 OF SECTION 33, LESS AND EXCEPT
THE N/4 NW/4 NW/4 NW/4 THEREOF

| 09RPNN0206/000 | S L PARHAM ET UX | HOPE, NORTH | USSR&M (TN#294021) | NM CHAVES | 160.000 | 04/03/1948 V-117 P-86 80.000 | 04/03/2099 80.000 | 1.00000000 | .000000 | .040000 |

TRACT 01
T 15 S  R 23 E
  SEC 22
160.000 ACS BEING THE NE/4 OF SECTION 22

| 09RPNN0207/000 | S L PARHAM ET UX | LAKE ARTHUR, WEST | USSR&M (TN#294021) | NM CHAVES | 1280.000 | 07/15/1949 V-189 P-100 160.000 | 07/15/2099 160.000 | 1.00000000 | .000000 | .050000 |

TRACT 01
T 15 S  R 24 E
  SEC 27
    W/2 SW/4.
  SEC 28
  SEC 32
    S/2
  SEC 33
    E/2
  SEC 33
    W/2 AND NE/4
  SEC 34
    N/2 NW/4

.00000000                .000000

**FDCC-TENNECO ACQUISITION**
**NEW MEXICO**

COMPANY STATE   009   NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED EXPIRE DTE | NET ACRES | NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|

### 09RPNMO207/000
TRACT 03
T 15 S  R 25 E
SEC 28
SEC 29
SEC 30
SEC 33
SEC

LESSOR: S L PARHAM ET UX
PROSPECT: LAKE ARTHUR, WEST
LESSEE: USSR8M (TN#294023)   NM CHAVES

| | | | | | | |
|---|---|---|---|---|---|---|
| GROSS ACRES | 640.000 | LSE DTE 07/15/1949  EXPIRE 07/15/2099  V-189 P-100 | NET ACRES 40.000 | NET ACS 46.000 | CORP-WRK 1.00000000 | ROYALTY .000000  ORRI .050000 |

### 09RPNMO216/000
TRACT 01
T 15 S  R 26 E
SEC 1  N/2 NW/4, SE/4 NW/4, W/2 SW/4
SEC 2  S/2
SEC 10  S/2
SEC 12  S/2 AND NW/4
SEC  NW/4

LESSOR: R E WILLIAMS ET UX
PROSPECT: LAKE ARTHUR
LESSEE: USSR8M (TN#290190)   NM CHAVES

| | | | | | | |
|---|---|---|---|---|---|---|
| GROSS ACRES | 1160.000 | LSE DTE 10/20/1947  EXPIRE 10/20/2099  V-116 P-214 | NET ACRES 96.667 | NET ACS 96.667 | CORP-WRK 1.00000000 | ROYALTY .000000  ORRI .050000 |

### 09RPNMO217/000
TRACT 01
T 15 S  R 26 E
SEC 1
BEING THE NW/4, N/2 NE/4, N/2 SE/4 NE/4
AND THE N/2 SE/4 SE/4 NE/4

LESSOR: R E WILLIAMS ET UX
PROSPECT: LAKE ARTHUR
LESSEE: USSR8M (TN#290190)   NM CHAVES

| | | | | | | |
|---|---|---|---|---|---|---|
| GROSS ACRES | 585.000 | LSE DTE 11/10/1947  EXPIRE 11/10/2099  V-134 P-379 | NET ACRES 106.000 | NET ACS 106.000 | CORP-WRK 1.00000000 | ROYALTY .000000  ORRI .050000 |

### 09RPNMO217/000
TRACT 02
T 15 S  R 27 E
SEC 6  SW/4 NW/4, N/2 NW/4
T 15 S  R 26 E
SEC 1

LESSOR: R E WILLIAMS ET UX
PROSPECT: LAKE ARTHUR
LESSEE: USSR8M (TN#290190)   NM CHAVES

| | | | | | | |
|---|---|---|---|---|---|---|
| GROSS ACRES | 120.000 | LSE DTE 11/10/1947  EXPIRE 11/10/2099  V-134 P-379 | NET ACRES 10.000 | NET ACS 10.000 | CORP-WRK 1.00000000 | ROYALTY .000000  ORRI .050000 |

.000000000

**FOCC-TENNECO ACQUISITION**
**NEW MEXICO**

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR / PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE | RECORDED | NET ACRES | EXPIRE DTE | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O9RPNMO225/000<br>TRACT 01 T 15 S R 26 E<br>SEC 34 S/2 NE/4, S/2 SW/4 AND SE/4<br>SEC 12 E/2 SE/4 / NE/4 NE/4 | R E WILLIAMS ET UX<br>LAKE ARTHUR | USSR&M<br>(TN#290190) | NM CHAVES | 320.000 | 03/08/1948 | V-116 P-228 | 40.000 | 03/08/2099 | 40.000 | 1.00000000 | .000000 | .040000 |
| O9RPNMO227/000<br>TRACT 01 T 15 S R 30 E<br>SEC 2 E/2 NE/4 EXCEPT W/2 NW/4 NE/4 NE/4 | BRUCE K MATLOCK ET UX<br>SULIMAR | USSR&M<br>(TN#294032) | NM CHAVES | 75.000 | 03/22/1950 | V-142 P-446 | 35.000 | 03/22/2099 | 35.000 | 1.00000000 | .000000 | .040000 |
| O9RPNMO228/000<br>TRACT 01 T 15 S R 31 E<br>SEC 3 W/2 SE/4<br>SEC 2 W/2 SW/4 | BRUCE K MATLOCK ET UX<br>CAPROCK | USSR&M | NM CHAVES | 80.000 | 02/01/1950 | V-141 P-467 | 40.000 | 02/01/2099 | 40.000 | 1.00000000 | .000000 | .040000 |
| O9RPNMO230/000<br>TRACT 01 T 16 S R 20 E<br>SEC 17 S/2 | R E WILLIAMS ET UX<br>HOPE, WEST-CHAVES | USSR&M<br>(TN#294017) | NM CHAVES | 320.000 | 08/11/1947 | V-116 P-219 | 40.000 | 08/11/2099 | 40.000 | 1.00000000 | .000000 | .040000 |
| O9RPNMO231/000<br>TRACT 01 T 16 S R 20 E<br>SEC 23 SE/4<br>SEC 24 SE/4<br>SEC 25 S/2 S/2<br>SEC 26 NE/4, N/2 NW/4, N/2 SE/4 | R E WILLIAMS ET UX<br>HOPE, WEST-CHAVES | USSR&M<br>(TN#294017) | NM CHAVES | 880.000 | 08/11/1947 | V-116 P-220 | 110.000 | 08/11/2099 | 110.000 | 1.00000000 | .000000 | .050000 |
| O9RPNMO270/000<br>TRACT 01 T 3 S R 29 E<br>SEC 21 S/2 SW/4, SE/4 | BRUCE K MATLOCK ET UX<br>BOAZ, NORTH | USSR&M<br>(TN#290189) | NM CHAVES | 200.000 | 09/13/1950 | BK 146 PG 170 | 200.000 | 09/13/2099 | 200.000 | 1.00000000 | .000000 | .050000 |

FOCC-TENNECO ACQUISITION
NEW MEXICO

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES CO NET ACS | EXPIRE DTE | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| O9RPNMO270/000 | BRUCE K MATLOCK ET UX | BOAZ, NORTH | USSR&M (TN#290189) | NM CHAVES | 160.000 | 09/13/1950 BK 146 PG 170 80.000 | 09/13/2099 1.00000000 | | .000000 | .050000 |
| O9RPNMO312/000 | BRUCE K MATLOCK ET UX | BOAZ, NORTH | USSR&M (TN#290189) | NM CHAVES | 1360.000 | 05/27/1950 V-144 P-075 340.000 340.000 | 05/27/2099 1.00000000 | | .000000 | .050000 |
| O9RPNMO312/000 | BRUCE K MATLOCK ET UX | BOAZ, NORTH | USSR&M (TN#290189) | NM CHAVES | 640.000 | 05/27/1950 V-144 P-075 80.000 | 05/27/2099 1.00000000 | | .000000 | .050000 |
| O9RPNMO331/000 | BRUCE K MATLOCK ET UX | HAYSTACK | USSR&M (TN#294033) | NM CHAVES | 160.000 | 08/16/1950 V-145 P-149 20.000 20.000 | 08/16/2099 1.00000000 | | .000000 | .040000 |
| O9RPNM? ?/000 | BRUCE K MATLOCK ET UX | | USSR&M | | .00000000 | 07/20/1950 | 07/20/2099 | | .000000 | |

Legal descriptions:

O9RPNMO270/000 — TRACT 01
T 3 S R 29 E
SEC 22   SW/4 NE/4 AND W/2 SE/4
SEC 27   NE/4 SW/4, NW/4 SE/4

O9RPNMO312/000 — TRACT 01
T 4 S R 28 E
SEC 20   S/2 NE/4, N/2 SE/4
SEC 21   S/2 NW/4, N/2 SW/4
SEC 28   NW/4, N/2 SW/4, SW/4 SW/4, NW/4 SE/4
SEC 29   NE/4
SEC 31   SW/4
SEC 33   W/2
T 5 S R 28 E
SEC 6    S/2 NW/4

O9RPNMO312/000 — TRACT 02
T 5 S R 28 E
SEC 8    S/2
SEC 9    W/2

O9RPNMO331/000 — TRACT 02
T 6 S R 27 E
SEC 23   S/2 S/2

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES CO NET ACS | EXPIRE DTE | CORP-WRK INTEREST | ROYALTY INTEREST | DRR1 |
|---|---|---|---|---|---|---|---|---|---|---|

**TRACT 01**
T 6 S R 29 E BOAZ, NORTH
SEC 31
SEC E/2 SE/4
SEC 32
NW/, W/2 SW/4

(TN#290189) NM CHAVES 320.000 V-144 P-437 75.000 75.000 1.00000000 .000000 .050000

---

**09RPNM0343/000 BRUCE K MATLOCK ET UX ELKINS**
**TRACT 01**
T 7 S R 27 E
SEC 1
SEC SW/4 NW/4, W/2 SW/4, SW/4 SE/4, E/2 SE/4
SEC 12
T 7 S R 28 E
N/2
SEC 6
SEC 7
SW/4 NE/4, NW/4, NE/4 SW/4, NW/4 SE/4

(TN#290153) NM CHAVES 1000.000 05/04/1950 05/04/2099
V-143 P-249
250.000 250.000 1.00000000 .000000 .050000

---

**09RPNM0346/000 BRUCE K MATLOCK ET UX ELKINS**
**TRACT 01**
T 7 S R 28 E
SEC 10
N/2
SEC 11
W/2 NW/4

(TN#290153) NM CHAVES 400.000 06/10/1950 06/10/2099
V-144 P-70
100.000 100.000 1.00000000 .000000 .050000

---

**09RPNM0347/000 BRUCE MATLOCK ET UX ELKINS**
**TRACT 01**
T 7 S R 28 E
SEC 9
SEC 10
SE/4
SEC S/2
SEC 15
N/2 SW/4

(TN#290153) NM CHAVES 560.000 06/10/1950 06/10/1950
V-144 P-117
140.000 140.000 1.00000000 .000000 .050000

---

**09RPNM0348/000 BRUCE K MATLOCK ET UX ELKINS**
**TRACT 01**
T 7 S R 28 E
SEC 28
N/2 SW/4 AND SW/4 SW/4
SEC 29
SE/4 NE/4, SE/4 SW/4,
SW/4 SE/4, E/2 SE/4

(TN#290153) NM CHAVES 320.000 07/19/1950 07/19/2099
V-144 P-381
80.000 80.000 1.00000000 .000000 .050000

COMPANY          009
STATE            NM

FOCC-TENNECO ACQUISITION
SCHEDULE OF
NEW MEXICO

DATE  03 30 99   PAGE  12

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

**09RPNMO350/000   BRUCE K MATLOCK ET UX   ELKINS**
TRACT 01
T 7 S R 28 E
SEC 4
SEC E/2 9
SEC N/2

USSR&M (TN#290153)   NM CHAVES
GROSS 640.000
06/05/1950  06/05/2099   V-144 P-231
NET 160.000   160.000   1.00000000   .000000   .050000

---

**09RPNMO355/000   BRUCE K MATLOCK ET UX   CATO, NORTH**
TRACT 01
T 7 S R 30 E
SEC 1
SEC S/2 SW/4
SEC 12   NW/4, NW/4, SE/4 NW/4

USSR&M (TN#294022)   NM CHAVES
160.000
02/25/1949  02/25/2099   V-136 P-397
120.000   120.000   1.00000000   .000000   .050000

---

**09RPNMO356/000   R E WILLIAMS ET UX   CATO, NORTH**
TRACT 01
T 7 S R 31 E
SEC 19
SEC 13
T 8 S R 30 E
SEC 4   LOTS 1, 2, E/2 NW/4, NE/4, SW/4
SEC E/2 5
SEC NW/4 5
SEC 21
SEC S/2 NE/4 22
SEC NW/4, SW/4 23
SEC N/2 23
SEC 24
SEC NW/4 24
SEC 34
SEC W/2 34
SEC NE/4, SE/4 20
SEC 19
SEC NW/4 19
SEC 20
SEC W/2 NW/4, SE/4 NW/4, NE/4 NW/4 30
SEC 30
SEC NE/4 30
T 9 S R 30 E

USSR&M CO. (TN#294022)   NM CHAVES
3378.680
08/14/1950  08/14/2099   V-145 P-18
844.670   844.670   1.00000000   .000000   .050000

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 09RPNMO356/001  FINA OIL AND CHEMICAL COMPANY HARVEY E. YATES COMPANY (TN#294027) | | | NM CHAVES | | 40.000 | 08/31/1985  11/30/2099 V-284, P-814 10.000 | .000 | .00000000 | .200000 | .050000 |
| TRACT 01<br>T 9 S  R 30 E<br>SEC 7 | | | | | | | | | | |
| 40.000 ACS BEING THE NE/4 SW/4 OF SECTION 7, LIMITED FROM SURFACE TO 3,474' (SOLD THELMA #1-Y AND THELMA #2 TO MOUNTAIN STATES) | | | | | | | | | | |
| 09RPNMO356/003  FINA OIL AND CHEMICAL COMPANY HARVEY E. YATES COMPANY (TN#294027) | | | NM CHAVES | | 40.000 | 04/28/1993  02/08/2099 B-164, P-645 10.000 | .000 | .00000000 | .210000 | .040000 |
| TRACT 01<br>T 9 S  R 30 E<br>SEC 21<br>SEC 28 | | | | | | | | | | |
| SE/4 OF SW/4 OF SECTION 7, TOWNSHIP 9 SOUTH, RANGE 30 EAST, N.M.P.M. COVERING THOSE DEPTHS FROM THE SURFACE TO 3,480' SUBSURFACE (SOLD THELMA 1-Y AND THELMA #2 TO MOUNTAIN STATES PETROLEUM) | | | | | | | | | | |
| 09RPNMO358/000  BRUCE MATLOCK ET UX      CATO. NORTH (TN#294022) | | | USSR&M CO. NM CHAVES | | 320.000 | 05/28/1949  05/28/2099 V-138  P-207 40.000  40.000 | 1.00000000 | .000000 | .050000 | |
| TRACT 01<br>T 9 S  R 30 E<br>SEC 21<br>SEC 28<br>NW/4 | | | | | | | | | | |
| 09RPNMO360/000  R E WILLIAMS ET UX      CATO. NORTH (TN#294022) | | | USSR&M CO. NM CHAVES | | 1920.000 | 08/08/1950  08/08/2099 V-144 P-438 480.000  480.000 | 1.00000000 | .000000 | .050000 | |
| TRACT 01<br>T 9 S  R 30 E<br>SEC 23<br>SEC 29<br>SEC 32<br>NE/4<br>T 7 S  R 31 E<br>SEC 20<br>SEC 29<br>SEC 29 | | | | | | | | | | |

| COMPANY STATE | LEASE NUMBER | LESSOR | PROSPECT | LESSEE STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP+WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 009 NM | | | | | | | | | | |

```
                              T  9  S  R  29 E
                                 SEC  20
                                    ALL
                                 SEC  21
                                    N/2
                                 SEC  22
                                    W/2 NW/4
                              T  9  S  R  30 E
                                 SEC  4
                                    SE/4 - SOLD ROYALTY IN THE CATO SAN ANDRES UNIT TR. 52
                                          TO JACK HALBERT
```

**09RPNN0360/001**  TENNECO OIL COMPANY  CATO, NORTH  ROBERT ENFIELD (TN#290022)  NM CHAVES  40.000  01/01/1988  01/01/2099  V-017 P-768  10.000  .000  .00000000  .250000  .050000
```
TRACT 01
   T  7  S  R  31 E
      SEC  29
         40.000 ACS BEING THE NW/4 NW/4 OF SECTION 29 - MCCOMBS
         # 1 SOLD TO JACK HALBERT
```

**09RPNN0362/000**  BRUCE MATLOCK ET UX  CATO, NORTH  USSR&M CO. (TN#294022)  NM CHAVES  640.000  05/03/1949  05/03/2099  V-137 P-394  160.000  160.000  1.00000000  .000000  .050000
```
TRACT 01
   T  7  S  R  30 E
      SEC  26
         N/2
      SEC  34
         N/2
      SEC  35
         E/2 NE/4 AND SE/4
         NW/4 NW/4 AND SW/4 SW/4
```

**09RPNN1466/000**  C W MANDLER AND IRENE MANDLER  H F WILCOX OIL & GAS  ELKINS, NORTHWEST (TN#290152)  NM CHAVES  220.000  05/01/1930  05/01/2099  V-076 P-400  110.000  110.000  1.00000000  .000000  .000000
```
TRACT 01
   T  7  S  R  27 E
      SEC  9
         N/2 OF SECTION 9, LESS AND EXCEPT
         THE WEST 100.00 ACRES THEREOF
```

**09RPNN1467/000**  C W MANDLER AND IRENE MANDLER  H F WILCOX OIL & GAS (TN#290153)  NM CHAVES  320.000  05/01/1930  05/01/2099  V-076 P-398  160.000  160.000  1.00000000  .000000  .000000
```
TRACT 01
   T  7  S  R  28 E  ELKINS
      SEC  15
         E/2
```

**09RPNN1469/000**  HARRY LEONARD ET UX  BROWNING  LEONARD OIL COMPANY (TN#290062)  NM CHAVES  320.000  03/31/1943  03/31/2099  V-83 P-463  80.000  80.000  1.00000000  .000000  .000000
```
TRACT 01
   T  11  S  R  31 E
```

FOCC-TENNECO ACQUISITION
NEW MEXICO
SCHEDULE OF

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED | EXPIRE DTE CO NET ACS | NET ACRES | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09RPNM1470/000 TRACT 01 T 11 S R 24 E SEC 29 40.000 ACS BEING THE NE/4 SW/4 OF SECTION 29 SEC 30 60.000 ACS BEING THE NE/4 SE/4 AND N/2 SE/4 SE/4 OF SECTION 30 SEC 22 N/2 | TENNECO OIL COMPANY | COMANCHE | (TN#290183) | NM CHAVES | 100.000 | 10/01/1965 V-239 P-770 | 10/01/2099 25.000 1.00000000 | 25.000 | 1.00000000 | .000000 | .000000 |
| 09RPNM1470/000 TRACT 02 T 6 S R 29 E SEC 33 40.000 ACS BEING THE SW/4 NW/4 OF SECTION 33 | TENNECO OIL COMPANY | COMANCHE | (TN#290183) | NM CHAVES | 40.000 | 10/01/1965 V-239 P-770 | 10/01/2099 20.000 1.00000000 | 20.000 | .00000000 | .000000 | .000000 |
| 09RPNM1470/002 TRACT 03 T 6 S R 29 E SEC 23 160.000 ACS BEING THE SW/4 OF SECTION 23 SEC 24 64.000 ACS BEING THE N/64.00 ACS OF THE N/2 NE/4 T 7 S R 29 E SEC 3 160.000 ACS BEING THE SE/4 OF SECTION 3 | TENNECO OIL COMPANY | COMANCHE | (TN#290183) | NM CHAVES | 384.000 | 10/01/1965 V-239 P-770 | 10/01/2099 48.000 1.00000000 | 48.000 | .00000000 | .000000 | .000000 |
| 09RPNM1470/002 TRACT 01 T 6 S R 26 E SEC 33 SECTION 33: SW/4 NW/4 (SOLD BARCLAY ALM COM TO YATES PETROLEUM CORP) | FINA OIL AND CHEMICAL COMPANY | COMANCHE | (TN#290183) | NM CHAVES | 40.000 | 02/08/1994 | 02/08/2099 .000 | 20.000 | .00000000 | .250000 | .000000 |
| 09RPNM1499/000 TRACT 01 T 6 S R 29 E SEC 23 160.000 ACS BEING THE S/2 N/2 OF SECTION 23 SEC 24 | LEONARD OIL COMPANY B0A2 | | YATES PETROLEUM CORPORATION (TN#290185) | NM CHAVES | 1520.000 | 10/01/1965 V-239 P-770 | 10/01/2099 190.000 1.00000000 | 190.000 | 1.00000000 | .000000 | .000000 |

COMPANY  009
STATE    NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 09RPNM1500/000 TRACT 01 | LEONARD OIL COMPANY | HAGERMAN, WEST (TN#290193) | | NM CHAVES | 160.000 | 10/01/1965 V-239 P-770 26.667 | 10/01/2099 26.667 1.00000000 | .00000000 | .000000 | .000000 |
| 09RPNM1500/000 TRACT 02 | LEONARD OIL COMPANY | HAGERMAN, WEST (TN#290193) | | NM CHAVES | 100.000 | 10/01/1965 V-239 P-770 25.000 | 10/01/2099 25.000 1.00000000 | .00000000 | .000000 | .000000 |
| 09RPNM1500/000 TRACT 03 | LEONARD OIL COMPANY | ARROWHEAD (TN#290212) | | NM CHAVES | 320.000 | 10/01/1965 V-239 P-770 26.666 | 10/01/2099 26.666 1.00000000 | .00000000 | .000000 | .000000 |
| 09RPNM1500/000 TRACT 04 | LEONARD OIL COMPANY | ORCHARD PARK (TN#290186) | | NM CHAVES | | 10/01/1965 V-239 P-770 | 10/01/2099 V-239 P-770 | | .000000 | .000000 |

**Legal descriptions**

80.000 ACS BEING THE E/2 SW/4 OF SECTION 24
(HARPER'S NEWLIN #1 - 0G-4013)
SEC 26
160.000 ACS BEING THE NW/4 OF SECTION 26
SEC 27
160.000 ACS BEING THE SE/4 OF SECTION 27
SEC 9
320.000 ACS BEING THE S/2 OF SECTION 9
SEC 15
160.000 ACS BEING THE NW/4 OF SECTION 15
SEC 3
160.000 ACS BEING THE SW/4 OF SECTION 3
SEC 9
160.000 ACS BEING THE NE/4 OF SECTION 9
SEC 10
160.000 ACS BEING THE NE/4 OF SECTION 10

TRACT 01
T 13 S R 25 E
SEC 18
80.000 ACS BEING THE W/2 NE/4 OF SECTION 18
SEC 3
80.000 ACS BEING THE E/2 SE/4 OF SECTION 3

TRACT 02
T 14 S R 25 E
SEC 14
100.000 ACS BEING THE E/2 SE/4 AND N/2 NW/4 SE/4 OF SECTION 14

TRACT 03
T 12 S R 29 E
SEC 34
320.000 ACS BEING THE W/2 OF SECTION 34

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORR1 |
|---|---|---|---|---|---|---|---|---|---|---|
| O9RPNM1500/000 TRACT 05 T 12 S R 25 E SEC 21 160.000 ACS BEING THE SW/4 OF SECTION 21 | LEONARD OIL COMPANY ORCHARD PARK | | (TN#290186) | NM CHAVES | 160.000 | 10/01/1965 V-239 P-770 10.000 | 10/01/2099 10.000 | 1.00000000 | .000000 | .000000 |
| O9RPNM1500/000 TRACT 06 T 6 S R 29 E SEC 19 317.610 BEING THE S/2 OF SECTION 19 | LEONARD OIL COMPANY TWIN LAKES | | (TN#290187) | NM CHAVES | 317.610 | 10/01/1965 V-239 P-770 66.168 | 10/01/2099 66.168 | 1.00000000 | .000000 | .000000 |
| O9RPNM1500/000 TRACT 07 T 15 S R 26 E SEC 30 52.000 ACS BEING THE SW/4 SE/4 AND THE SOUTH 12 ACRES OF THE NW/4 SE/4 OF SECTION 30 | LEONARD OIL COMPANY LAKE ARTHUR | | (TN#290190) | NM CHAVES | 52.000 | 10/01/1965 V-239 P-770 26.000 | 10/01/2099 26.000 | 1.00000000 | .000000 | .000000 |
| O9RPNM1500/000 TRACT 08 T 15 S R 27 E SEC 22 80.000 ACS BEING THE W/2 SW/4 OF SECTION 22 | LEONARD OIL COMPANY MOTTS 12276 | | (TN#290129) | NM CHAVES | 80.000 | 10/01/1965 V-239 P-770 20.000 | 10/01/2099 20.000 | 1.00000000 | .000000 | .000000 |
| O9RPNM1500/000 TRACT 09 T 4 S R 25 E SEC 23 40.000 ACS BEING THE SE/4 NE/4 OF SECTION 23 | LEONARD OIL COMPANY PECOS | | (TN#290210) | NM CHAVES | 40.000 | 10/01/1965 V-239 P-770 20.000 | 10/01/2099 20.000 | 1.00000000 | .000000 | .000000 |
| O9RPNM1500/000 TRACT 10 T 6 S R 30 E | LEONARD OIL COMPANY BOAZ, NORTHEAST | | (TN#290188) | NM CHAVES | 320.000 | 10/01/1965 V-239 P-770 20.000 | 10/01/2099 20.000 | 1.00000000 | .000000 | .000000 |

FOCC-TENNECO ACQUISITION
NEW MEXICO
SCHEDULE OF

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SEC 14 | | |
| | | | | | | | | 320.000 ACS BEING THE S/2 OF SECTION 14 | | |
| O9RPNM1500/000 TRACT 11 T 7 S R 27 E SEC 10 160.000 ACS BEING THE SW/4 OF SECTION 10 | LEONARD OIL COMPANY | ELKINS | (TN#290153) | NM CHAVES | 160.000 | 10/01/1965 V-239 P-770 20.000 | 10/01/2099 20.000 | 1.00000000 | .000000 | .000000 |
| O9RPNM1500/000 TRACT 12 T 8 S R 24 E SEC 10 40.000 ACS BEING THE SE/4 NE/4 OF SECTION 10 | LEONARD OIL COMPANY | COMANCHE, WEST | (TN#2902 11) | NM CHAVES | 40.000 | 10/01/1965 V-239 P-770 5.000 | 10/01/2099 5.000 | 1.00000000 | .000000 | .000000 |
| O9RPNM1501/000 TRACT 01 T 7 S R 28 E SEC 6 151.310 ACS BEING THE NW/4 OF SECTION 6 | LEONARD OIL COMPANY | ELKINS | (TN#290153) | NM CHAVES | 151.310 | 10/01/1965 V-239 P-770 36.740 | 10/01/2099 36.740 | 1.00000000 | .000000 | .000000 |
| O9RPNM1502/000 TRACT 01 T 5 S R 31 E SEC 10 160.000 ACS BEING THE S/2 S/2 OF SECTION 10 SEC 15 160.000 ACS BEING THE NW/4 OF SECTION 15 | LEONARD OIL COMPANY | MESCALERO, WEST | (TN#290192) | NM CHAVES | 320.000 | 10/01/1965 V-239 P-770 150.000 | 10/01/2099 150.000 | 1.00000000 | .000000 | .000000 |
| O9RPNM1503/000 TRACT 01 T 11 S R 31 E SEC 33 80.000 ACS BEING THE S/2 SE/4 OF SECTION 33 T 12 S R 31 E 000 PM SEC 4 239.680 ACS BEING LOTS 1 AND 2 (N/2 NE/4), S/2 NE/4 AND THE N/2 SE/4 OF SECTION 4 | LEONARD OIL COMPANY | BROWNING | (TN#290062) | NM CHAVES | 319.680 | 10/01/1965 V-239 P-770 9.990 | 10/01/2099 9.990 | 1.00000000 | .000000 | .000000 |
| O9RPNM1504/000 TRACT 01 T 10 S R 24 E | LEONARD OIL COMPANY | ROSWELL | (TN#290184) | NM CHAVES | 345.710 | 10/01/1965 V-239 P-770 172.855 | 10/01/2099 172.855 | 1.00000000 | .000000 | .000000 |

COMPANY  009
STATE    NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

09RPNM1505/000   LEONARD OIL COMPANY   BROWNING   (TN#290062)   NM CHAVES
TRACT 01
T 11 S  R 31 E
SEC  7
80.000 ACS BEING THE W/2 SE/4 OF SECTION 7
SEC  26
265.710 ACS BEING LOTS 1 THROUGH 22 INCLUSIVE OF THE
HAMILTON FARMS SUBDIVISION IN CHAVES COUNTY AS SHOWN
THE OFFICIAL PLAT RECORDS OF THE COUNTY CLERK, AND
LOCATED IN THE S/2 OF SECTION 26
SEC  27
80.000 ACS BEING THE E/2 SE/4 OF SECTION 27
GROSS ACRES 80.000
10/01/1965  10.000
10/01/2099  V-239 P-770  10.000  1.00000000  .000000  .000000

09RPNM1506/000   LEONARD OIL COMPANY   LIGHTCAP   (TN#290216)   NM CHAVES
TRACT 01
T  8 S  R 30 E
SEC  15
160.000 ACS BEING THE SE/4 OF SECTION 15
SEC  22
160.000 ACS BEING THE NE/4 OF SECTION 22
GROSS ACRES 320.000
10/01/1965  106.666
10/01/2099  V-239 P-770  106.666  1.00000000  .000000  .000000

09RPNM1506/001   TENNECO OIL COMPANY   LIGHTCAP   APOLLO ENERGY, INC.   (TN#290216)   NM CHAVES
TRACT 01
T  8 S  R 30 E
SEC  15
160.000 ACS BEING THE SE/4 LIMITED TO ZONES AND
FORMATIONS FROM THE SURFACE TO THE BASE OF THE
SAN ANDRES FORMATION
SEC  22
160.000 ACS BEING THE NE/4 LIMITED TO ZONES AND
FORMATIONS FROM THE SURFACE TO THE BASE OF THE
SAN ANDRES FORMATION
GROSS ACRES 320.000
09/14/1987  106.667
09/13/2099  V-008 P-094  .000  .00000000  .000000  .000000

09RPNM1507/000   LEONARD OIL COMPANY   LAKE ARTHUR   (TN#290190)   NM CHAVES
TRACT 01
T 11 S  R 31 E
SEC  28
320.000 ACS BEING THE N/2 OF SECTION 28
GROSS ACRES 320.000
10/01/1965  80.000
10/01/2099  V-239 P-770  80.000  1.00000000  .000000  .000000

09RPNM1508/000   LEONARD OIL COMPANY   LAKE ARTHUR   (TN#290190)   NM CHAVES
TRACT 01
T 15 S  R 26 E
SEC  3
79.850 ACS BEING LOTS 1 AND 2 OF SECTION 3
GROSS ACRES 79.850
10/01/1965  19.962
10/01/2099  V-239 P-770  19.962  1.00000000  .000000  .000000

| COMPANY STATE | LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 009 NM | | | | | | | | | | | |
| | 09RPNM1509/000 | LEONARD OIL COMPANY | LIGHTCAP, SOUTH | (TN#290191) | NM CHAVES | 320.000 | 10/01/1965 V-239 P-770 80.000 | 10/01/2099 80.000 | 1.00000000 | .000000 | .000000 |
| | 09RPNM1510/000 | LEONARD OIL COMPANY | LAKE ARTHUR | (TN#290190) | NM CHAVES | 545.000 | 10/01/1965 V-239 P-770 17.031 | 10/01/2099 17.031 | 1.00000000 | .000000 | .000000 |
| | 09RPNM1511/000 | LEONARD OIL COMPANY | LAKE ARTHUR | (TN#290190) | NM CHAVES | 160.000 | 10/01/1965 V-239 P-770 10.000 | 10/01/2099 10.000 | 1.00000000 | .000000 | .000000 |
| | 09RPNM1512/000 | LEONARD OIL COMPANY | BOAZ, NORTH | (TN#290189) | NM CHAVES | 800.000 | 10/01/1965 V-239 P-770 200.000 | 10/01/2099 200.000 | 1.00000000 | .000000 | .000000 |
| | 09RPNM1513/000 | LEONARD OIL COMPANY | BOAZ, NORTHEAST | (TN#290188) | NM CHAVES | | 10/01/1965 V-239 P-770 | 10/01/2099 | | | .000000 |

**09RPNM1509/000**
TRACT 01
T 9 S R 30 E
SEC 8
160.000 ACS BEING THE SE/4 OF SECTION 8
SEC 9
160.000 ACS BEING THE SW/4 OF SECTION 9

**09RPNM1510/000**
TRACT 01
T 15 S R 26 E
SEC 11
265.000 ACS BEING THE NW/4, N/2 NE/4, N/2 SE/4 NE/4 AND N/2 SE/4 SE/4 NE/4 OF SECTION 11
SEC 14
80.000 ACS BEING THE S/2 SW/4 OF SECTION 14
SEC 15
40.000 ACS BEING THE SE/4 SE/4 OF SECTION 15
SEC 22
40.000 ACS BEING THE NE/4 NE/4 OF SECTION 22
SEC 23
120.000 ACS BEING THE N/2 NW/4 AND SW/4 NW/4 OF SEC-23

**09RPNM1511/000**
TRACT 01
T 15 S R 26 E
SEC 11
160.000 ACS BEING THE SE/4 OF SECTION 11

**09RPNM1512/000**
TRACT 01
T 3 S R 29 E
SEC 32
320.000 ACS BEING THE N/2 OF SECTION 32
SEC 2
160.000 ACS BEING THE NE/4 OF SECTION 2
SEC 3
160.000 ACS BEING THE SW/4 OF SECTION 3
SEC 4
160.000 ACS BEING THE SE/4 OF SECTION 4

**09RPNM1513/000**
TRACT 01

| COMPANY STATE | LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 009 NM | | | | | | | | | | | |

T  6 S   R 31 E
SEC  3     91.7000 ACS BEING LOTS 3 AND 4 OF SECTION 3
SEC 10    160.000 ACS BEING THE NE/4 OF SECTION 10
SEC 15    160.000 ACS BEING THE SW/4 OF SECTION 15
SEC 22    160.000 ACS BEING THE N/2 OF SECTION 22
          320.000 ACS BEING THE N/2 OF SECTION 22

GROSS ACRES 731.700   NET ACRES 45.731   CO NET ACS 45.731   1.00000000

---

**09RPNM1514/000   LEONARD OIL COMPANY   COMANCHE   (TN#290183)   NM CHAVES**
40.027 · 10/01/1965 V-239 P-770 40.027 · 10/01/2099 40.027 · 1.00000000 · .000000 · .000000
TRACT 01
T  7 S   R 26 E
SEC  5     40.027 ACS BEING LOT 3 (NE/4 NW/4) OF SECTION 5

---

**09RPNM1514/001   TENNECO OIL COMPANY   COMANCHE   (TN#290183)   MTS LIMITED PARTNERSHIP   NM CHAVES**
40.000 · 08/31/1982 V-230 P-011 40.000 · 11/28/2099 .000 · .0000000 · .250000 · .000000
TRACT 01
T  7 S   R 26 E
SEC  5     40.000 ACS BEING THE NE/4 NW/4 OF SECTION 5 FROM THE
           BASE OF THE SAN ANDRES TO 4300' (SOLD NEAL COM #1)

---

**09RPNM1515/000   LEONARD OIL COMPANY   TWIN LAKES   (TN#290187)   NM CHAVES**
320.000 · 10/01/1965 V-239 P-770 80.000 · 10/01/2099 80.000 · 1.00000000 · .000000 · .000000
TRACT 01
T  9 S   R 29 E
SEC 28    320.000 ACS BEING THE W/2 OF SECTION 28

---

**09RPNM1516/000   LEONARD OIL COMPANY   ORCHARD PARK   (TN#290186)   NM CHAVES**
14.910 · 10/01/1965 V-239 P-770 7.455 · 10/01/2099 7.455 · 1.00000000 · .000000 · .000000
TRACT 01
T 12 S   R 25 E
SEC 15    14.910 ACS BEING THAT PORTION OF THE NW/4 OF SECTION 15
          DESCRIBED AS FOLLOWS:
          BEGINNING AT THE NORTHEAST CORNER OF SAID NW/4, THENCE
          WEST 369.3', THENCE SOUTH 0° 12" WEST 1,458.3' TO THE
          RAILROAD RIGHT-OF-WAY, THENCE SOUTHEAST ALONG SAID R-O-W
          712.2' TO EAST LINE OF THE NW/4, THENCE NORTH ALONG SAID
          EAST LINE 2,062.4' TO POINT OF BEGINNING

---

**09RPNM16327/000   LEONARD OIL COMPANY   DEXTER, EAST   (TN#290195)   NM CHAVES**
160.000 · 10/01/1965 V-239 P-770 160.000 · 10/01/2099 160.000 · 1.00000000 · .000000 · .000000
TRACT 01
T 13 S   R 26 E
SEC 12

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED | EXPIRE DTE CO NET ACS | NET ACRES CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|

**09RPNM1634/000 LEONARD OIL COMPANY CUMBERLAND (TNM290270) NM CHAVES**

12.194 — 10/01/1965 10/01/2099 — V-239 P-770

| | | | | | 12.194 | | 12.194 | 1.00000000 | .000000 | .000000 |

TRACT 01
SEC 12 T 12 S R 25 E
SEC 10

80.000 ACS BEING THE S/2 SE/4 OF SECTION 12
SEC 13
80.000 ACS BEING THE N/2 NE/4 OF SECTION 13

12.194 ACS BEING ALL THAT PART OF BLOCKS 8, 9, 10, 15,
16, 22 AND 23 OF CUMBERLAND CITY WHICH LIES BETWEEN THE
RIGHT-OF-WAY OF FA-1/4-48, NOW KNOWN AS NEW MEXICO STATE
HIGHWAY 40, AND THE RIGHT-OF-WAY OF FAGH-48 (3) NOW
KNOWN AS U.S. HIGHWAY 285, WITH THE EXCEPTION OF ALL
OIL, GAS AND OTHER MINERAL RIGHTS UNDER LOT 2, BLOCK 8
OF SAID CUMBERLAND CITY, THE SAID CUMBERLAND CITY BEING
A SUBDIVISION OF CHAVES COUNTY, NEW MEXICO, AS SHOWN ON
THE OFFICIAL PLAT THEREOF ON FILE IN THE OFFICE OF THE
COUNTY CLERK OF CHAVES COUNTY, NEW MEXICO

**09RPNM1710/000 TENNECO OIL COMPANY TWIN LAKES (TNM290187) NM CHAVES**

2320.000 — 10/27/1987 10/26/2059 — V-012 P-865

| | | | | | 2320.000 | | .000 | .00000000 | .000000 | .000000 |

TRACT 01
SEC 26 T 8 S R 28 E

40.000 ACS BEING THE SE/4 SE/4 OF SECTION 26, LIMITED
SEC 35
FROM SURFACE TO BASE OF THE SAN ANDRES FORMATION

80.000 ACS BEING THE E/2 NE/4 OF SECTION 35, LIMITED
SEC 29 T 8 S R 29 E
FROM SURFACE TO BASE OF THE SAN ANDRES FORMATION

40.000 ACS BEING THE SW/4 SE/4 OF SECTION 30, LIMITED
SEC 30
FROM SURFACE TO BASE OF THE SAN ANDRES FORMATION
SEC 31
320.000 ACS BEING THE E/2 OF SECTION 31, LIMITED
FROM SURFACE TO BASE OF THE SAN ANDRES FORMATION
SEC 32
80.000 ACS BEING THE W/2 SW/4 OF SECTION 32, LIMITED
SEC 28 T 9 S R 28 E
FROM SURFACE TO BASE OF THE SAN ANDRES FORMATION

160.000 ACS BEING THE NE/4 OF SECTION 12, LIMITED
SEC 12
FROM SURFACE TO BASE OF THE SAN ANDRES FORMATION
SEC 5 T 9 S R 29 E
320.000 ACS BEING THE W/2 OF SECTION 5, LIMITED
FROM SURFACE TO BASE OF THE SAN ANDRES FORMATION
SEC 6
640.000 ACS BEING ALL OF SECTION 6, LIMITED

FGCC-TENNECO ACQUISITION
NEW MEXICO

| COMPANY | 009 |
| STATE | NM |

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 09RPPNM1715/000 | TENNECO OIL COMPANY | WHITE RANCH | TENNECO MINERALS (TN#294037) | NM CHAVES | 2800.000 | 10/02/1979 N/A 350.000 | 10/02/2099 350.000 1.00000000 | | .000000 | .000000 |

TRACT 01
T 9 S R 27 E NMP PM

SEC 7
FROM SURFACE TO BASE OF THE SAN ANDRES FORMATION
80.000 ACS BEING THE SE/4 NE/4, NE/4 SE/4 OF SECTION 7
FROM SURFACE TO BASE OF THE SAN ANDRES FORMATION

SEC 8
120.000 ACS BEING THE N/2 NW/4, SW/4 NW/4 OF SECTION 8
FROM SURFACE TO BASE OF THE SAN ANDRES FORMATION

SEC 18
440.000 ACS MORE OR LESS, BEING LOTS 2, 3 AND 4,
E/2 SW/4, SE/4 AND E/2 NE/4 OF SECTION 8, LIMITED
FROM SURFACE TO BASE OF THE SAN ANDRES FORMATION

SEC 23
SE/4 SE/4 SECTION 23

SEC 24
NE/4 NE/4; S/2 SECTION 24

SEC 25
NE/4 NE/4; S/2 NE/4 SECTION 25

SEC 26
ALL SECTION 26

SEC 27
S/2; NE/4: S/2 NW/4 AND NE/4 NW/4 SECTION 26

SEC 34
SE/4 AND SE/4 NE/4 SECTION 27

SEC 35
E/2 SECTION 34

ALL SECTION 35

| 09RPPNM1716/000 | TENNECO OIL COMPANY | WHITE RANCH | TENNECO MINERALS (TN#294037) | NM CHAVES | 12320.000 | 10/02/1979 N/A 1540.000 | 10/02/2099 1540.000 1.00000000 | | .000000 | .000000 |

TRACT 01
T 9 S R 28 E NMP PM

SEC 14
ALL SECTION 14

SEC 15
ALL SECTION 15

SEC 17
S/2; NE/4: S/2 NW/4 AND NE/4 NW/4 SECTION 17

SEC 18
S/4 AND SE/4 SW/4 SECTION 18

SEC 19
ALL SECTION 19

SEC 20
ALL SECTION 20

SEC 21
ALL SECTION 21

SEC 22
ALL SECTION 22

COMPANY 009
STATE NM

FDCC-TENNECO ACQUISITION
NEW MEXICO

| LEASE NUMBER | LESSOR PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED | NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 09RPNM1717/000 | TENNECO OIL COMPANY WHITE RANCH | TENNECO MINERALS (TN#294037) NM CHAVES | | 3040.000 | 10/02/1979 N/A | 380.000 | 10/02/2099 380.000 | 1.00000000 | .000000 | .000000 |
| 09RPNM1718/000 | TENNECO OIL COMPANY WHITE RANCH | TENNECO MINERALS (TN#294037) NM CHAVES | | 8960.000 | 10/02/1979 N/A | 1120.000 | 10/02/2099 1120.000 | 1.00000000 | .000000 | .000000 |

09RPNM1717/000  TENNECO OIL COMPANY  WHITE RANCH
TRACT 01
T 9 S R 29 E NMP PM
    SEC 22  ALL SECTION 22
    SEC 23  ALL SECTION 23
    SEC 25  ALL SECTION 25
    SEC 26  ALL SECTION 26
    SEC 27  ALL SECTION 27
    SEC 28  ALL SECTION 28
    SEC 29  ALL SECTION 29
    SEC 30  ALL SECTION 30
    SEC 31  ALL SECTION 31
    SEC 32  ALL SECTION 32
    SEC 33  ALL SECTION 33
    SEC 34  ALL SECTION 34
    SEC 35  ALL SECTION 35

09RPNM1718/000  TENNECO OIL COMPANY  WHITE RANCH
TRACT 01
T 10 S R 27 E NMP PM
    SEC 1   ALL SECTION 1
    SEC 2   ALL SECTION 2
    W/2 SECTION 29
    SEC 30  ALL SECTION 30
    SEC 31  ALL SECTION 31
    SEC 32  ALL SECTION 32
    SEC 33  ALL SECTION 33
    SEC 34  W/2 SW/4 AND W/2 NW/4 SECTION 34

COMPANY 009
STATE NM

FOCC-TENNECO ACQUISITION
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

09RPNM1718/001  UV INDUSTRIES (USSR&MC)
                WHITE RANCH
TRACT 01
T 10 S  R 27 E  NMP PM

CORONADO EXPLORATION CORP
(TN#294037)  NM CHAVES

02/19/1979  05/19/2099
VOL 180, PG 201

SEC 22  SE/4        200.000   25.000   .000   .00000000   .187500   .000000

SEC 27  W/2 SE/4 - TOLTEC #1 AND #2 SOLD TO 3 K-M ROYALTY

SEC 34  W/2 NE/4 - PLAINSTEC #1 SOLD TO 3 K-M ROYALTY

SEC 34  NE/4  SE/4 - WHITNEY #1 AND #5 SOLD TO JACK HALBERT

---

09RPNM1719/000  R E WILLIAMS
                WHITE RANCH
TRACT 01
T 10 S  R 28 E  NMP PM

USSR&M
(TN#294037)  NM CHAVES

09/26/1950  09/26/2099
N/A

SEC 1   ALL SECTION 1        21760.000   2720.000   2720.000   1.00000000   .000000   .000000

SEC 2   ALL, SECTION 2
        LOTS 1 & 2 AND S/2 NE/4 AND SE/4  (BEING E/2)

SEC 3   ALL, SECTION 3
SEC 10  E/2 SECTION 10
SEC 11  ALL SECTION 11
SEC 12  ALL SECTION 12
SEC 13  ALL SECTION 13
SEC 14  ALL SECTION 14
SEC 15  ALL SECTION 15
SEC 22  E/2 SECTION 22
SEC 23  ALL SECTION 23
SEC 24  ALL SECTION 24
SEC 25  ALL SECTION 25
SEC 26  ALL SECTION 26
SEC 27  ALL SECTION 27
SEC 34  E/2 SECTION 34
SEC 35  E/2 SECTION 35
SEC 35  ALL SECTION 35

| COMPANY | | | |
| STATE | 009 | | |
| | NM | | |

FQCC-TENNECO ACQUISITION
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY GROSS ACRES | LSE DTE RECORDED NET ACRES EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|
| SEC ALL 2 | SECTION 2 | | | | | | | |
| SEC ALL 3 | SECTION 3 | | | | | | | |
| SEC ALL 4 | SECTION 4 | | | | | | | |
| SEC ALL 5 | SECTION 5 | | | | | | | |
| SEC ALL 6 | SECTION 6 | | | | | | | |
| SEC ALL 7 | SECTION 7 | | | | | | | |
| SEC ALL 8 | SECTION 8 | | | | | | | |
| SEC ALL 9 | SECTION 9 | | | | | | | |
| SEC ALL 10 | SECTION 10 | | | | | | | |
| SEC ALL 11 | SECTION 11 | | | | | | | |
| SEC ALL 12 | SECTION 12 | | | | | | | |
| SEC ALL 13 | SECTION 13 | | | | | | | |
| SEC ALL 14 | SECTION 14 | | | | | | | |
| SEC ALL 15 | SECTION 15 | | | | | | | |
| SEC ALL 17 | SECTION 17 | | | | | | | |
| SEC ALL 18 | SECTION 18 | | | | | | | |
| SEC ALL 19 | SECTION 19 | | | | | | | |
| SEC ALL 20 | SECTION 20 | | | | | | | |
| SEC ALL 21 | SECTION 21 | | | | | | | |
| SEC ALL 22 | SECTION 22 | | | | | | | |
| SEC ALL 23 | SECTION 23 | | | | | | | |
| SEC ALL 24 | SECTION 24 | | | | | | | |
| SEC ALL 25 | SECTION 25 | | | | | | | |
| SEC ALL 26 | SECTION 26 | | | | | | | |
| SEC ALL 27 | SECTION 27 | | | | | | | |

COMPANY    009
STATE      NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

**09RPNM1719/001** — UV INDUSTRIES (USSR&MC) — WHITE RANCH (TN#294037) — CORONADO EXPLORATION — NM CHAVES
TRACT 01
SEC 28   ALL SECTION 28
SEC 29   ALL SECTION 29
SEC 30   ALL SECTION 30
SEC 31   ALL SECTION 31
SEC 32   ALL SECTION 32
SEC 33   ALL SECTION 33
SEC 34   ALL SECTION 34
SEC 35   ALL SECTION 35
 ALL SECTION 35

**09RPNM1719/001** — UV INDUSTRIES (USSR&MC) — WHITE RANCH (TN#294037) — CORONADO EXPLORATION — NM CHAVES
TRACT 01
T 10 S   R 28 E NMP PM
SEC 20
SEC 20   SE/4 NW/4, E/2 SW/4
GROSS ACRES 120.000
12/04/1978 VOL 177, PG 26   NET ACRES 15.000
12/04/2099   .000
.00000000   .187500   .000000

**09RPNM1719/001** — UV INDUSTRIES (USSR&MC) — WHITE RANCH (TN#294037) — CORONADO EXPLORATION — NM CHAVES
TRACT 02
T 10 S   R 28 E NMP PM
SEC 20
NE/4 NW/4   (WHITE D #2)
SW/4 NW/4   (WHITE D #3 & 9)
NW/4        (RADIO 29 #1, 4, 6 & 9)
NW/4 SW/4   (NASTY #1 & 2)
SW/4 SW/4   (WHITE D #5)
GROSS ACRES 200.000
12/04/1978 VOL 177, PG 26   NET ACRES 25.000
12/04/2099   .000
.00000000   .187500   .000000

**09RPNM1719/002** — UV INDUSTRIES (USSR&MC) — WHITE RANCH (TN#294037) — HARVEY YATES, JR. — NM CHAVES
TRACT 01
T 10 S   R 28 E NMP PM
SEC 19
W/2 SECTION 19
GROSS ACRES 320.000
09/26/1978 VOL 176, PG 28   NET ACRES 40.000
09/26/2099   .000
.00000000   .187500   .000000

**09RPNM1719/003** — UV INDUSTRIES (USSR&MC) — WHITE RANCH (TN#294037) — CORONADO EXPLORATION — NM CHAVES
TRACT 01
T 10 S   R 28 E NMP PM
SEC 18
E/2 NE/4, SW/4 NE/4, NE/4 SE/4, E/2 SE/4
GROSS ACRES 240.000
12/04/1978 VOL 177, PG 28   NET ACRES 30.000
12/04/2099   .000
.00000000   .187500   .000000

FDCC-TENNECO ACQUISITION
NEW MEXICO
SCHEDULE OF

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

**O9RPNM1719/003** — UV INDUSTRIES (USSR&MC) — WHITE RANCH
TRACT 02
T 10 S R 28 E NMP PM
SEC 18
SE/4 SE/4 (WHITE #2 TO 2500')
NW/4 NE/4 (WHITE #3 TO 2500')
LESSEE: CORONADO EXPLORATION (TN#294037) — NM CHAVES
GROSS ACRES 80.000 | LSE DTE 12/04/1978  EXPIRE 12/04/2099 | VOL. 177, PG 28 | NET ACRES 10.000 | CO NET ACS .000 | CORP-WRK .00000000 | ROYALTY .187500 | ORRI .000000

**O9RPNM1719/004** — UV INDUSTRIES (USSR&MC) — WHITE RANCH
TRACT 02
T 10 S R 28 E NMP PM
SEC 18
LOTS 1,2,3 & 4 (BEING W/2 W/2), SE/4 NW/4, E/2 SW/4
LESSEE: CORONADO EXPLORATION (TN#294037) — NM CHAVES
GROSS ACRES 280.050 | LSE DTE 12/04/1978  EXPIRE 12/04/2099 | VOL. 177, PG 30 | NET ACRES 35.006 | CO NET ACS .000 | CORP-WRK .00000000 | ROYALTY .187500 | ORRI .000000

**O9RPNM1719/004** — UV INDUSTRIES (USSR&MC) — WHITE RANCH
TRACT 02
T 10 S R 28 E NMP PM
SEC 7
NE/4 NW/4 (MONA #2 WELL)
LESSEE: CORONADO EXPLORATION (TN#294037) — NM CHAVES
GROSS ACRES 40.000 | LSE DTE 12/04/1978  EXPIRE 12/04/2099 | VOL. 177, PG 30 | NET ACRES 5.000 | CO NET ACS .000 | CORP-WRK .00000000 | ROYALTY .187500 | ORRI .000000

**O9RPNM1719/005** — UV INDUSTRIES (USSR&MC) — WHITE RANCH
TRACT 02
T 10 S R 28 E NMP PM
SEC 6   SE/4 SW/4
SEC 7   SW/4 SW/4
SEC 19  SE/4, E/2 NE/4
SEC 29  W/2 W/2
SEC 30  N/2 NE/4, SE/4 NE/4
LESSEE: CORONADO EXPLORATION CORP (TN#294037) — NM CHAVES
GROSS ACRES 600.000 | LSE DTE 02/19/1979  EXPIRE 05/19/2099 | VOL. 180, PG 201 | NET ACRES 75.000 | CO NET ACS .000 | CORP-WRK .00000000 | ROYALTY .187500 | ORRI .000000

**O9RPNM1719/006** — FINA OIL AND CHEMICAL COMPANY — PUEBLO PETROLEUM, INC. — WHITE RANCH
TRACT 01
T 10 S R 28 E NMP PM
SEC 7
NW/4 NE/4
LESSEE: (TN#294037) — NM CHAVES
GROSS ACRES 40.000 | LSE DTE 08/01/1992  EXPIRE 08/01/2099 | V-162, P-190 | NET ACRES 5.000 | CO NET ACS .000 | CORP-WRK .00000000 | ROYALTY .147500 | ORRI .040000

**O9RPNM1719/007** — FINA OIL AND CHEMICAL COMPANY — PRIMERO OPERATING, INC. — WHITE RANCH
TRACT 01
T 10 S R 28 E NMP PM
NM OPERATING, INC.
GROSS ACRES 640.000 | LSE DTE 04/10/1996  EXPIRE 04/10/1998 | BOOK 262, PAGE 12 | NET ACRES 80.000 | CO NET ACS .000 | CORP-WRK .00000000 | ROYALTY .220000 | ORRI .000000

COMPANY 009
STATE NM

FDCC-TENNECO ACQUISITION
NEW MEXICO

| LEASE NUMBER | LESSOR | LESSEE | STATE/COUNTY GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|
| O9RPNM1719/008 | FINA OIL AND CHEMICAL COMPANY | MARBOB ENERGY CORPORATION (TN#294037) | NM CHAVES | 07/13/1998  07/13/2000 | | | | |
| TRACT 01 | WHITE RANCH | | 520.800 | BK 0339, PG 209 | | | | |
| T 10 S R 28 E NMP PM | | | | 65.100 | | | .225000 | |
| SEC 30 | | | | .000 | | .00000000 | | .000000 |
| LOTS 1 - 4, E/2W/2, SW/4NE/4 AND SE/4 | | | | | | | | |
| | | | | | | | | |
| O9RPNM1720/000 | R E WILLIAMS | USSRBM | NM CHAVES | 09/26/1950  09/26/2099 | | | | |
| TRACT 01 | WHITE RANCH | (TN#294037) | 11506.330 | N/A | | | | |
| T 10 S R 29 E NMP PM | | | | 1438.291 | 1438.291 1.00000000 | | .000000 | .000000 |
| SEC 3 | | | | | | | | |
| BEING 146.33 ACRES | | | | | | | | |
| LOT 4, SW/4 NW/4 AND W/2 SW/4 SECTION 3 | | | | | | | | |
| SEC 4 | | | | | | | | |
| ALL SECTION 4 | | | | | | | | |
| SEC 5 | | | | | | | | |
| ALL SECTION 5 | | | | | | | | |
| SEC 6 | | | | | | | | |
| ALL SECTION 6 | | | | | | | | |
| SEC 7 | | | | | | | | |
| ALL SECTION 7 | | | | | | | | |
| SEC 8 | | | | | | | | |
| ALL SECTION 8 | | | | | | | | |
| SEC 9 | | | | | | | | |
| ALL SECTION 9 | | | | | | | | |
| SEC 10 | | | | | | | | |
| W/2 NW/4 AND W/2 SW/4 SECTION 10 | | | | | | | | |
| SEC 15 | | | | | | | | |
| W/2 NW/4 AND W/2 SW/4 SECTION 15 | | | | | | | | |
| SEC 17 | | | | | | | | |
| ALL SECTION 17 | | | | | | | | |
| SEC 18 | | | | | | | | |
| ALL SECTION 18 | | | | | | | | |
| SEC 19 | | | | | | | | |
| ALL SECTION 19 | | | | | | | | |
| SEC 20 | | | | | | | | |
| ALL SECTION 20 | | | | | | | | |
| SEC 21 | | | | | | | | |
| ALL SECTION 21 | | | | | | | | |
| SEC 22 | | | | | | | | |
| W/2 SW/4 AND W/2 NW/4 SECTION 22 | | | | | | | | |
| SEC 27 | | | | | | | | |
| W/2 SW/4 AND W/2 SW/4 SECTION 27 | | | | | | | | |
| SEC 28 | | | | | | | | |
| W/2 NW/4 AND W/2 SW/4 | | | | | | | | |

LEASE NUMBER  LESSOR  PROSPECT  LESSEE

SEC 31
SEC E/2
SEC 32
W/2

FDCC-TENNECO ACQUISITION
NEW MEXICO
SCHEDULE OF

| COMPANY | 009 | | | | | | | | | | |
| STATE | NM | | | | | | | | | | |
| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED | NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|

O9RPNM1720/000  R E WILLIAMS  RACETRACK  USSR&M  NM CHAVES
TRACT 02                        (TN#294034)
T 10 S  R 29 E
SEC 28
A REVERSIONARY INTEREST ONLY IN:
320.000 ACS BEING THE W/2 OF SECTION 28
DEPTH A - AS TO ALL DEPTHS

320.000  09/26/1950  40.000  09/26/2099  .00000000  .000000
                     N/A            40.000 1.00000000

O9RPNM1721/000  TENNECO OIL COMPANY  TENNECO MINERALS  NM CHAVES
TRACT 01          WHITE RANCH        (TN#294037)
T 11 S  R 28 E  NMP PM
SEC 1  ALL SECTION 1, BEING 376.37 ACRES
SEC 2  ALL SECTION 2, BEING 376.37 ACRES
SEC 3  ALL SECTION 3, BEING 376.37 ACRES
SEC 4  ALL SECTION 4, BEING 376.37 ACRES
SEC 5  ALL SECTION 5, BEING 376.37 ACRES
SEC 6  ALL SECTION 6, BEING 376.37 ACRES
SEC 7  ALL SECTION 7, BEING 376.37 ACRES
       BELOW 2,500' ONLY
       LOTS 1 AND 3
       AS TO ALL DEPTHS
SEC 8  LOT 2, SE/4 NW/4, LOT 4, SE/4 SW/4,
       N/2 NE/4 AND N/2 SE/4
SEC 8  ALL, SECTION 8
SEC 9  ALL, SECTION 9

19618.220  10/02/1979  2452.278  10/02/2099  .00000000  .000000  .040000
                       N/A       2452.278 1.00000000

EAST HALF (E/2) SECTION 28
SEC 29  ALL SECTION 29
SEC 30  ALL SECTION 30
SEC 31  ALL SECTION 31
SEC 32  ALL SECTION 32
SEC 33  ALL SECTION 33
SEC 34  W/2 W/2 SECTION 34

FDCC-TENNECO ACQUISITION
NEW MEXICO
SCHEDULE OF

| COMPANY | 009 | | | | | | | | |
| STATE | NM | | | | | | | | |
| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |

BELOW 2,500' ONLY  ALL  SECTION  9
SEC  10  ALL DEPTHS  N/2 NE/4 AND N/2 SE/4
BELOW 2,500' ONLY  S/2 SW/4 AND S/2 NW/4
SEC  11  ALL  SECTION  11
SEC  12  ALL  SECTION  12
SEC  13  ALL  SECTION  13
SEC  14  ALL  SECTION  14
SEC  15  ALL  SECTION  15
SEC  17  ALL  SECTION  17
SEC  18  ALL  SECTION  18
SEC  19  ALL  SECTION  19
SEC  20  ALL  SECTION  20
SEC  21  ALL  SECTION  21
SEC  22  ALL  SECTION  22
SEC  23  ALL  SECTION  23
SEC  24  ALL  SECTION  24
SEC  25  ALL  SECTION  25
SEC  26  ALL  SECTION  26
SEC  27  ALL  SECTION  27
SEC  28  ALL  SECTION  28
SEC  29  ALL  SECTION  29
SEC  30  ALL  SECTION  30
SEC  31  ALL  SECTION  31
SEC  32  ALL  SECTION  32

| COMPANY | 009 |
|---|---|
| STATE | NM |

| LEASE NUMBER | LESSOR | LESSEE / STATE/COUNTY | GROSS ACRES | LSE DTE / RECORDED | EXPIRE DTE | NET ACRES | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 9RPNM1721/000<br>TRACT 02 | TENNECO OIL COMPANY<br>CHISUM, EAST | TENNECO MINERALS<br>(TN#294035)  NM CHAVES | 560.000 | 10/02/1979<br>V-184 P-070 | 10/02/2099 | .000 | 1.00000000 | .000000 | .000000 |  |
| | T 11 S  R 28 E | | | | | | | | | |
| | SEC 7  LOTS 1 AND 3, NE/4 NW/4, NE/4 SW/4,<br>S/2 NE/4 AND S/2 SE/4 SECTION 7 | | | | | | | | | |
| | SEC 9  REVERSIONARY INTEREST ONLY FROM THE SURFACE TO 2,500'.<br>ALL SECTION 9 | | | | | | | | | |
| | SEC 10 REVERSIONARY INTEREST ONLY FROM THE SURFACE TO 2,500'.<br>W/2, S/2 NE/4 AND S/2 SE/4 SECTION 10<br>REVERSIONARY INTEREST ONLY FROM THE SURFACE TO 2,500'. | | | | | | | | .00000000 | |
| | SEC 33  ALL SECTION 33 | | | | | | | | | |
| | SEC 34  ALL SECTION 34 | | | | | | | | | |
| | SEC 35  ALL SECTION 35<br>ALL SECTION 35 | | | | | | | | | |
| 09RPNM1721/004<br>TRACT 01 | FINA OIL AND CHEMICAL COMPANY<br>WHITE RANCH | FRED F. POOL, JR. & PENTA POOL<br>(TN#294037)  NM CHAVES | 40.000 | 01/07/1991<br>BK 98, PG 229 | 01/07/2099 | .000 | .00000000 | | .200000 | .040000 |
| | T 11 S  R 28 E | | | | | | | | | |
| | SEC 15  SECTION 15: SW/4 NW/4 LIMITED FROM SURFACE TO 2,324' | | | | | | | | | |
| 9RPNM1721/006<br>TRACT 01 | FINA OIL AND CHEMICAL COMPANY<br>WHITE RANCH | FRED F. POOL, JR. & PENTA POOL<br>(TN#294037)  NM CHAVES | 40.000 | 02/24/1993<br>BK 159 PG 664 | 02/24/2099 | .000 | .00000000 | | .200000 | .040000 |
| | T 11 S  R 28 E  NM PM | | | | | | | | | |
| | SEC 15  SW/4 NW/4 | | | | | | | | | |
| 09RPNM1721/008<br>TRACT 01 | FINA OIL AND CHEMICAL COMPANY<br>WHITE RANCH | PRIMERO OPERATING, INC.<br>(TN#294037)  NM CHAVES | 40.000 | 01/15/1996<br>BK 254, PG 690 | 01/15/2099 | .000 | .00000000 | | .220000 | .040000 |
| | T 11 S  R 28 E | | | | | | | | | |
| | SEC 9  SW/4 NE/4:  LIMITED ONLY TO RIGHTS BELOW 2180' (SOLD<br>ROOSTER COGBURN FEE TO MOMENTUM OPERATING COMPANY) | | | | | | | | | |
| 09RPNM1721/009<br>TRACT 01 | FINA OIL AND CHEMICAL COMPANY<br>WHITE RANCH | PRIMERO OPERATING, INC.<br>(TN#294037)  NM CHAVES | | 04/10/1996<br>BOOK 262, PAGE 007 | 04/10/2099 | | | | | .040000 |

COMPANY OO9
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

**T 11 S R 28 E NMP PM**
TRACT 01
SEC 3  NW/4 SW/4 (SOLD TRUE GRIT FEE TO MOMENTUM OPERATING CO)
GROSS ACRES 40.000 — NET 5.000 — ROYALTY .220000 — ORRI .040000

**09RPNM1721/010  FINA OIL AND CHEMICAL COMPANY  WHITE RANCH  FRED F. POOL, JR. ET AL TRUST (TNM294037)  NM CHAVES**
T 11 S R 28 E NMP PM
TRACT 01
SEC 15  N/2 NW/4, SE/4 NW/4 AND NE/4 SECTION 15, T11S-R28E
GROSS ACRES 280.000 — 07/14/1998 BK 0343 PG 105 — NET 35.000 — 07/14/1999 .000 — .00000000 — .250000 — .040000

**09RPNM1722/000  TENNECO OIL COMPANY  WHITE RANCH  TENNECO MINERALS (TNM294037)  NM CHAVES**
T 11 S R 29 E NMP PM
TRACT 01
SEC 1   LOTS 3,4 AND SW/4 SECTION 1 (BEING APPRX 193.08 ACRES)
SEC 2   LOTS 1,2,3,4, AND S/2 SECTION 2
SEC 3   LOTS 1,2,3,4 AND S/2 SECTION 3
SEC 4   LOTS 1,2,3,4 AND S/2 SECTION 4
SEC 5   LOTS 1,2,3,4 AND S/2 SECTION 5
SEC 6   LOTS 1,2,3,4,5,6, SE/4 AND E/2 SW/4 SECTION 6
SEC 7   ALL SECTION 7
SEC 8   ALL SECTION 8
SEC 9   ALL SECTION 9
SEC 10  ALL SECTION 10
SEC 11  ALL SECTION 11
SEC 12  NW/4 AND N/2 SW/4 SECTION 12
SEC 14  ALL SECTION 14
SEC 15  ALL SECTION 15
SEC 17  ALL SECTION 17
SEC 18  ALL SECTION 18
SEC 19  ALL SECTION 19
SEC 20  ALL SECTION 20
GROSS ACRES 17583.080 — 10/02/1979 N/A — NET 2197.885 — 10/02/2099 2197.885 — 1.00000000 — .000000 — .000000

COMPANY          009
STATE            NM                    FOCC-TENNECO ACQUISITION
                                       NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|
| O9RPNM1723/000 | TENNECO OIL COMPANY | WHITE RANCH | TENNECO MINERALS (TN#294037) NM CHAVES | 3854.490 | 10/02/1979 N/A 481.811 | 10/02/2099 481.811 1.00000000 | | .000000 | .000000 |
| T 12 S R 28 E NMP PM | | | | | | | | | |
| SEC 1 | SECTION 1 (BEING 642.415 ACRES) | | | | | | | | |
| SEC 2 | SECTION 2 (BEING 642.415 ACRES) | | | | | | | | |
| SEC 3 | SECTION 3 (BEING 642.415 ACRES) | | | | | | | | |
| SEC 4 | SECTION 4 (BEING 642.415 ACRES) | | | | | | | | |
| SEC 5 | SECTION 5 (BEING 642.415 ACRES) | | | | | | | | |
| SEC 6 | SECTION 6 (BEING 642.415 ACRES) | | | | | | | | |
| ALL | SECTION 6 | | | | | | | | |
| ALL | SECTION 35 | | | | | | | | |
| ALL | SECTION 34 | | | | | | | | |
| ALL | SECTION 33 | | | | | | | | |
| ALL | SECTION 32 | | | | | | | | |
| ALL | SECTION 31 | | | | | | | | |
| ALL | SECTION 30 | | | | | | | | |
| ALL | SECTION 29 | | | | | | | | |
| ALL | SECTION 28 | | | | | | | | |
| ALL | SECTION 27 | | | | | | | | |
| ALL | SECTION 26 | | | | | | | | |
| ALL | SECTION 23 | | | | | | | | |
| ALL | SECTION 22 | | | | | | | | |
| ALL | SECTION 21 | | | | | | | | |
| ALL | SECTION 20 | | | | | | | | |
| O9RPNM1723/001 | FINA OIL AND CHEMICAL COMPANY SLASH FOUR ENTERPRISES, INC. | WHITE RANCH | (TN#294037) NM CHAVES | 40.000 | 08/24/1992 08/24/2099 BK .143 PG 581 5.000 .000 | | .00000000 | .000000 | .240000 |
| T 12 S R 28 E | | | | | | | | | |
| SEC 1 | | | | | | | | | |

| COMPANY | 009 | | | | | | | | | | | |
| STATE | NM | | | | | | | | | | | |
| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 09RPNM1724/000 | TENNECO OIL COMPANY | WHITE RANCH | TENNECO MINERALS (TN#294037) | NM CHAVES | 2260.160 | 10/02/1979 N/A | 10/02/2099 282.520 | .000000 | .000000 | .000000 |
| TRACT 01 | | | | | | 282.520 | 1.00000000 | | | |

```
T  12  S   R  29  E  NNP  PM
  SEC  2       NE/4NE/4   LIMITED TO 50 FEET BELOW MISSISSIPPIAN
                          (WHITE RANCH WEST #1 SOLD TO MARK CHAPMAN)
  SEC  2       LOTS 1,2,3,4, S/2 NE/4 SECTION  2  (BEING 326.72 ACRES)
  SEC  3       LOTS 1,2,3,4, S/2 NE/4 AND S/2 NE/4 SECTION  3
  SEC  4       LOTS 1,2,3,4, S/2 NE/4 AND S/2 NW/4 SECTION  4
  SEC  4       ALL  SECTION  5
  SEC  5       ALL  SECTION  6
  SEC  6       ALL  SECTION  6
```

| 09RPNM1727/000 | BRUCE MATLOCK ET UX | CATO, WEST | USSR&M (TN#294024) | NM CHAVES | 18781.680 | 06/26/1950 BK 144 PG 143 | 06/26/2099 1173.855 | .000000 | .000000 | .000000 |
| TRACT 01 | | | | | | 1173.855 | 1.00000000 | | | |

```
T   8  S   R  28  E
  SEC  1       NW/4, SE/4, W/2 NE/4
  SEC  2       W/2, N/2 NE/4, SW/4 NE/4
  SEC  3       SW/4
  SEC  4       ALL
  SEC  5       NE/4, E/2 NW/4, SW/4 NW/4
  SEC  7       S/2, E/2 NW/4, SW/4 NW/4
  SEC  9       ALL
  SEC 13       E/2, SW/4
  SEC 17       ALL
  SEC 18       ALL
T   8  S   R  29  E
  SEC  1       E/2
  SEC  2       ALL
  SEC  5       ALL
  SEC  6       N/2
  SEC  6
```

| COMPANY STATE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |

009 NM

| | |
|---|---|
| SEC 10 | E/2, SW/4 |
| SEC 12 | E/2, SW/4 |
| SEC 14 | E/2, NW/4 |
| SEC 15 | E/2, NW/4 |
| SEC 17 | ALL |
| SEC 20 | ALL |
| SEC 21 | E/2, SW/4 |
| SEC 22 | ALL |
| SEC 28 | ALL |
| SEC 30 | ALL |
| SEC 33 | N/2 SW/4, SW/4 SW/4 |
| SEC 34 | ALL |
| SEC 1 | ALL    T 9 S R 29 E |
| SEC 4 | ALL |
| SEC 5 | ALL |
| SEC 6 | ALL |
| SEC 8 | ALL |
| SEC 9 | ALL |
| SEC 10 | ALL |
| SEC 15 | ALL |
| SEC 17 | ALL |

09RPNM1727/000 BRUCE MATLOCK ET UX
TRACT 02    CATO
T 7 S R 29 E

USSR&M (TN#294026)    NM CHAVES

640.000    06/26/1950  06/26/2099    40.000  40.000 1.00000000    .000000    .000000
           BK 144 PG 143

.00000000    .000000    .000000

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED | EXPIRE DTE | NET ACRES | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | OIR1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09RPNM1727/000 BRUCE MATLOCK ET UX TRACT 03 T 8 S R 30 E SEC 7 SEC ALL SEC 33 SEC ALL | | | USSR&M (TN#2901807) | NM CHAVES | 640.000 | 06/26/1950 BK 144 PG 143 | 06/26/2099 | 40.000 40.000 | 1.00000000 | | .000000 | .000000 |
| 09RPNM1727/003 FINA OIL AND CHEMICAL COMPANY TRACT 01 T 8 S R 29 E SEC 21 | | | T. VERNE DWYER (TN#294024) | NM CHAVES | 80.000 | 09/25/1991 VOL. PG | 03/25/2099 | 5.000 | .00000000 | | .250000 | .040000 |
| SECTION 21: E/2 SE/4, LIMITED FROM THE SURFACE DOWN TO THE BASE OF THE SAN ANDRES FORMATION | | | | | | | | .000 | | | | |
| 09RPNM1727/004 TENNECO OIL COMPANY TRACT 01 T 8 S R 29 E SEC 28 | | | GRAHAM ROYALTY, LTD. (TN#294024) | NM CHAVES | 120.000 | 12/01/1987 V-016 P-401 | 12/01/2099 | 7.500 | .00000000 | | .000000 | .000000 |
| 120.000 ACS BEING NE/4 NW/4 AND W/2 NW/4 OF SEC. 28 SURFACE TO BASE OF P3 SLAUGHTER ZONE OF SAN ANDRES FORM. | | | | | | | | .000 | | | | |
| 09RPNM1727/005 TENNECO OIL COMPANY TRACT 01 T 8 S R 29 E SEC 21 | | | GRAHAM ROYALTY, LTD. (TN#294024) | NM CHAVES | 80.000 | 12/01/1987 V-016 P-387 | 12/01/2099 | 5.000 | .00000000 | | .000000 | .000000 |
| 80.000 ACS BEING E/2 SW/4 OF SECTION 21 SURFACE TO BASE OF P3 SLAUGHTER ZONE OF SAN ANDRES FORM. | | | | | | | | .000 | | | | |
| 09RPNM1732/000 BRUCE MATLOCK ET UX TRACT 01 T 7 S R 29 E SEC 20 T 8 S R 28 E SEC E/2 SEC 21 SEC E/2 SEC ALL SEC 22 SEC ALL 23 SEC ALL 24 | | | USSR&M (TN#294024) | NM CHAVES | 16377.360 | 09/15/1949 BK 142 PG 171 | 09/15/2099 | 2047.170 2047.170 | 1.00000000 | | .000000 | .000000 |

COMPANY 009
STATE NM

FOCC-TENNECO ACQUISITION
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| SEC 25 ALL | | | | | | | | | | |
| SEC 26 ALL | | | | | | | | | | |
| SEC 27 ALL | | | | | | | | | | |
| SEC 28 ALL | | | | | | | | | | |
| SEC 34 ALL | | | | | | | | | | |
| SEC 35 ALL | | | | | | | | | | |
| T 8 S R 29 E | | | | | | | | | | |
| SEC 5 ALL | | | | | | | | | | |
| SEC 5 S/2 | | | | | | | | | | |
| SEC 18 ALL | | | | | | | | | | |
| SEC 19 ALL | | | | | | | | | | |
| SEC 29 ALL | | | | | | | | | | |
| SEC 31 ALL | | | | | | | | | | |
| SEC 32 ALL | | | | | | | | | | |
| T 9 S R 28 E | | | | | | | | | | |
| SEC 2 ALL | | | | | | | | | | |
| SEC 3 ALL | | | | | | | | | | |
| SEC 4 ALL | | | | | | | | | | |
| SEC 8 ALL | | | | | | | | | | |
| SEC 9 S/2 SE/4 | | | | | | | | | | |
| SEC 10 ALL | | | | | | | | | | |
| SEC 11 ALL | | | | | | | | | | |
| SEC 12 ALL | | | | | | | | | | |
| T 9 S R 29 E | | | | | | | | | | |
| SEC 3 ALL | | | | | | | | | | |
| SEC 7 ALL | | | | | | | | | | |
| SEC 18 ALL | | | | | | | | | | |

**FDCC-TENNECO ACQUISITION**
**NEW MEXICO**
**SCHEDULE OF**

COMPANY
STATE NM
009

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE / RECORDED NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| O9RPNM1732/000 | BRUCE MATLOCK ET UX CATO | | USSR8M (TN#294026) | NM CHAVES | 320.000 | 09/15/1949 BK 142 PG 171 40.000 | 09/15/2099 40.000 1.00000000 | .000000 | | |
| TRACT 02 | | | | | | | | | | |
| T 7 S R 29 E | | | | | | | | | | |
| SEC 21 | | | | | | | | | | |
| W/2 | | | | | | | | | | .000000 |
| O9RPNM1732/000 | BRUCE MATLOCK ET UX TWIN LAKES | | USSR8M (TN#290187) | NM CHAVES | 1280.000 | 09/15/1949 BK 142 PG 171 160.000 | 09/15/2099 160.000 1.00000000 | .000000 | | |
| TRACT 03 | | | | | | | | | | |
| T 8 S R 28 E | | | | | | | | | | |
| SEC 33 | | | | | | | | | | |
| ALL | | | | | | | | | | |
| T 9 S R 28 E | | | | | | | | | | |
| SEC 1 | | | | | | | | | | |
| ALL. | | | | | | | | | | .000000 |
| O9RPNM1732/001 | UV INDUSTRIES INC CATO, WEST | | W. V. HARLOW, JR. (TN#294024) | NM CHAVES | 80.000 | 01/27/1978 V-171 P-050 10.000 | 01/27/2099 .000 .00000000 | .00000000 | | |
| TRACT 01 | | | | | | | | | | |
| T 8 S R 29 E | | | | | | | | | | |
| SEC 18 | | | | | | | | | | |
| 40.000 ACS BEING THE SW/4 SE/4 FROM SURFACE TO 3,400' | | | | | | | | | | |
| (O'BRIEN FEE 18 #2 SOLD TO EURAMPEX) | | | | | | | | | | |
| 40.000 ACS BEING THE NW/4 SE/4 FROM SURFACE TO 3,400' | | | | | | | | | | |
| (O'BRIEN FEE 18 #6 SOLD TO EURAMPEX) | | | | | | | | | | .187500 |
| O9RPNM1732/001 | UV INDUSTRIES INC CATO, WEST | | W. V. HARLOW, JR. (TN#294024) | NM CHAVES | 240.000 | 01/27/1978 N/A 30.000 | 01/27/2099 .000 .00000000 | .00000000 | | |
| TRACT 02 | | | | | | | | | | |
| T 8 S R 29 E | | | | | | | | | | |
| SEC 18 | | | | | | | | | | |
| 240.000 ACS BEING NE/4 AND THE E/2 SE/4 OF SECTION 18 | | | | | | | | | | |
| FROM SURFACE TO 3,400' (O'BRIEN FEE 18 LEASE SOLD TO | | | | | | | | | | |
| JACK HALBERT) | | | | | | | | | | .187500 |
| O9RPNM1732/002 | TENNECO OIL COMPANY CATO, WEST | | (TN#294024) | NM CHAVES | 40.000 | 01/29/1981 V-208 P-693 5.000 | 04/29/2099 .000 .00000000 | .00000000 | .300000 | |
| TRACT 01 | | | | | | | | | | |
| T 8 S R 28 E | | | | | | | | | | |
| SEC 24 | | | | | | | | | | |
| 40.000 ACS BEING THE NE/4 SE/4 OF SECTION 24 | | | | | | | | | | |
| DEPTH A - FROM SURFACE TO 2,910' | | | | | | | | | | .050000 |
| O9RPNM1732/003 | FINA OIL AND CHEMICAL COMPANY EURAMPEX | | | | | 09/01/1991 | 10/30/2099 | | .300000 | .050000 |

COMPANY 009
STATE NM

DATE 03 30 99   PAGE 40
FDCC-TENNECO ACQUISITION
SCHEDULE OF
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 09RPNM1732/004 | FINA OIL AND CHEMICAL COMPANY | | T. VERNE DWYER (TN#294024) | NM CHAVES | 320.000 | 09/25/1991 VOL / 40.000 | 03/25/2099 PG / .000 | .000000000 | .250000 | .040000 |
| 09RPNM1732/005 | UV INDUSTRIES INC | CATO, WEST | W.V. HARLOW, JR. (TN#294024) | NM CHAVES | 157.560 | 01/27/1978 V-171 P-042 / 19.695 | 01/27/2099 / .000 | .000000000 | .187500 | .050000 |
| 09RPNM1733/002 | FINA OIL AND CHEMICAL COMPANY EURAMPEX | | (TN#294024) | NM CHAVES | 40.000 | 09/01/1991 V-116 P-306 / 5.000 | 10/30/2099 / .000 | .000000000 | .000000 | .000000 |
| 09RPNM1732/002 | UV INDUSTRIES INC | CATO, WEST | W.V. HARLOW, JR. (TN#294024) | NM CHAVES | 157.810 | 01/27/1978 N/A / 19.726 | 01/27/2099 / .000 | .000000000 | .187500 | .050000 |
| 09RPNM1737/000 | BRUCE MATLOCK ET UX | | | USSR&M | | 03/14/1950 / .000 | 03/14/2099 / .000 | .000000000 | .000000 | .000000 |

**09RPNM1732/004** — TRACT 01, T 8 S R 29 E, SEC 19
SECTION 19: N/2, LIMITED FROM 3,401 FEET TO 9,709 FEET

**09RPNM1732/005** — TRACT 01, T 8 S R 29 E, SEC 18
38.750 ACS BEING LOT 4 (SW/4 SW/4) OF SECTION 18 FROM
(O'BRIEN FEE 18-1) - SOLD TO EURAMPEX
40.000 ACS BEING THE SE/4 SW/4 OF SECTION 18 FROM
(O'BRIEN FEE 18-3) SOLD TO EURAMPEX
40.000 ACS BEING LOT 3 (NW/4 SW/4) OF SECTION 18 FROM
(O'BRIEN FEE 18-4) SOLD TO EURAMPEX
38.810 ACS BEING THE NE/4 SW/4 OF SECTION 18 FROM
(O'BRIEN FEE 18-5) SOLD TO EURAMPEX
40.000 ACS BEING THE NE/4 SW/4 OF SECTION 18 FROM

**09RPNM1733/002** — TRACT 01, T 8 S R 28 E, SEC 24
40.000 ACS BEING THE NE/4 NE/4 OF SECTION 24
DEPTH A - FROM SURFACE DOWN TO BASE OF THE SAN ANDRES DOLOMITE, APPROXIMATELY 2,810 FEET

**09RPNM1732/002** — TRACT 02, T 8 S R 29 E, SEC 18
157.810 ACS BEING THE E/2 NW/4 AND LOTS 1 AND 2 OF SECTION 18 - O'BRIEN FEE 18 #2 SOLD TO JACK HALBERT