FQCC-TENNECO ACQUISITION
NEW MEXICO
SCHEDULE OF

COMPANY   009
STATE     NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE | EXPIRE DTE | RECORDED | NET ACRES | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CATO, WEST | (TN#294024) | NM CHAVES | 1760.330 | | | BK 142 PG 155 | 220.04 | 220.041 | 1.00000000 | .000000 | .000000 |
| 09RPNM1739/000 | BRUCE MATLOCK ET UX | CATO, WEST | USSR&M (TN#294024) | NM CHAVES | 40.000 | 05/03/1949 | 05/03/2099 | BK 137 PG 393 | 30.000 | 30.000 | 1.00000000 | .000000 | .000000 |
| 09RPNM1741/000 | BRUCE K. MATLOCK, ET UX | CATO, NORTH | USSR&M CO. (TN#294022) | NM CHAVES | 160.000 | 05/03/1949 | 05/03/2099 | V-137 P-397 | 40.000 | 40.000 | 1.00000000 | .000000 | .050000 |
| 09RPNM1742/000 | BONNIE H MATLOCK, A WIDOW | BOAZ, NORTH | USSR&M (TN#290189) | NM CHAVES | 960.000 | 06/21/1951 | 06/21/2099 | V-151 P-135 | 60.000 | 60.000 | 1.00000000 | .000000 | .050000 |

**TRACT 01** (CATO, WEST — 1760.330)
T 8 S R 28 E
SEC 1  E/2 NE/4, SW/4
SEC 2  SE/4
SEC 3  NW/4
SEC 1  W/2
T 8 S R 29 E
SEC 9  NE/4 SW/4
SEC 11  ALL
SEC 30  ALL
SEC      SE/4 SW/4, SW/4, SE/4

**TRACT 01** (09RPNM1739/000)
T 8 S R 29 E
SEC 9  SW/4 SW/4

**TRACT 01** (09RPNM1741/000)
T 8 S R 30 E
SEC 4
A REVERSIONARY INTEREST ONLY IN:
SW/4 OF SECTION 4

**TRACT 01** (09RPNM1742/000)
T 4 S R 28 E
SEC 13  W/2
SEC 21  SE/4
SEC 24  SW/4 SE/4
SEC 25  E/2 NE/4, SW/4 NE/4, E/2 SW/4
SEC 26  E/2 NW/4
SEC 27  NW/4 NE/4, S/2 NE/4, SE/4 NW/4, NW/4 NW/4
SEC      NW/4 NE/4

# FDCC-TENNECO ACQUISITION
## NEW MEXICO
### SCHEDULE OF

COMPANY  009
STATE    NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| O9RPNM1743/000 | R E WILLIAMS ET UX | BOAZ, NORTH | USSR&M (TN#290189) | NM CHAVES | 160.000 | 08/14/1950 V-145 P-071  40.000. | 08/14/2099  40.000 | 1.00000000 | .000000 | .050000 |
| O9RPNM1744/000 | BRUCE K MATLOCK ET UX | BOAZ, NORTH | USSR&M (TN#290189) | NM CHAVES | 960.000 | 11/13/1950 V-146 P-410  60.000 | 11/13/2099  60.000 | 1.00000000 | .000000 | .050000 |
| O9RPNM1745/000 | BRUCE K MATLOCK ET UX | BOAZ, NORTH | USSR&M (TN#290189) | NM CHAVES | 520.000 | 11/10/1950 V-146 P-408  110.000 | 11/10/2099  110.000 | 1.00000000 | .000000 | .000000 |
| O9RPNM1759/000 | BRUCE K MATLOCK ET UX | DEXTER, WEST | USSR&M (TN#294020) | NM CHAVES | 160.000 | 05/29/1948 V-133 P-50  80.000 | 05/29/2099  80.000 | 1.00000000 | .000000 | .040000 |

**O9RPNM1743/000  R E WILLIAMS ET UX**
TRACT 01
T 4 S R 29 E
SEC 7   W/2 SW/4
SEC 18  N/2 NW/4, SW/4 NW/4, N/2 SW/4, SE/4 SW/4
TRACT 01
T 4 S R 28 E
SEC 31  SE/4

**O9RPNM1744/000  BRUCE K MATLOCK ET UX**
TRACT 01
T 6 S R 28 E
SEC 2
SEC 11  SE/4, S/2 SW/4, NW/4 SW/4,
        NE/4 NE/4, SW/4 NE/4, E/2 NW/4,
        SW/4 NW/4, N/2 SW/4, W/2 SE/4
SEC 22  E/2 SE/4
SEC 23  W/2 SW/4, E/2 SE/4
SEC 24  W/2 SW/4

**O9RPNM1745/000  BRUCE K MATLOCK ET UX**
TRACT 01
T 4 S R 29 E
SEC 17
SEC 19  SW/4
SEC 20  NE/4 NE/4
SEC 21  N/2 NW/4, SW/4 NE/4, E/2 NE/4, N/2 SE/4

**O9RPNM1759/000  BRUCE K MATLOCK ET UX**
TRACT 01
T 13 S R 25 E
SEC 32  NE/4

| COUNT  TOTAL LEASES | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 161 | | | | | 28635.056 | 26609.697 | | | | |

FOCC-TENNECO ACQUISITION
NEW MEXICO

| COMPANY | 009 | | | | | | | | | |
| STATE | NM | | | | | | | | | |

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|
| 09RPNM1517/000 | LEONARD OIL COMPANY | | | | 10/01/1965 | 10/01/2099 | | | |
| TRACT 01 | JONES | | (TN#290274) | NM DE BACA | V-002 472 | | | | |
| T 1 S R 28 E | | | | | 46.437 | 46.437 1.00000000 | .000000 | .000000 | |
| SEC 3 | | | | 185.750 | | | | | |
| 185.750 ACS BEING LOTS 3 AND 4 AND S/2 NW/4 OF SECTION 3 | | | | | | | | | |

COUNTY TOTAL • LEASES                     1                                    46.437          46.437          .000000         .000000

COMPANY   001
STATE     NM

FINA OIL AND CHEMICAL COMPANY
SCHEDULE OF
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | NET ACRES | LSE DTE / RECORDED / CO NET ACS | EXPIRE DTE | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01NM00236B/000 | STATE OF NM B-3105 | CEDAR LAKE | FRED TURNER JR. (TNM294166) | NM EDDY | 160.000 | 160.000 | 07/10/1994 VOL , PG .000 | 07/10/2099 | .0000000 | .125000 | .000000 |
| 01NM00246B/000 | STATE OF NEW MEXICO B-9603-16 | EMPIRE | GEORGE M. COWELL, ET UX | NM EDDY | 40.000 | 40.000 | 04/10/1942 .000 | 04/10/2099 | .0000000 | .125000 | .062500 |
| 01NM002469/000 | STATE OF NEW MEXICO B-2029-46 | EMPIRE | W. F. DAUGHERITY | NM EDDY | 40.210 | 40.210 | 12/17/1924 BK PG .000 | 12/17/2099 | .0000000 | .125000 | .250000 |
| 01NM002478/000 USA LC 071-056014 | LOCO HILLS | LOCO HILLS | CLYDE GUY | NM EDDY | 320.000 | 320.000 | 05/10/1939 BK. 12, PG. 297 .000 | 05/10/2099 | .0000000 | .125000 | .000000 |
| 01NM002479/000 USA LC 071-054253 | LOCO HILLS | LOCO HILLS | JULIA BRAINARD | NM EDDY | 80.000 | 80.000 | 12/28/1938 .000 | 12/28/2099 | .00000000 | .125000 | .010000 |

**01NM00236B/000**
TRACT 01
T 17 S R 31 E
SEC 16
W/2 NE/4 AND N/2 NW/4 SECTION 16
LIMITED TO DEPTHS BELOW 4,000 FEET

**01NM00246B/000**
TRACT 01
T 18 S R 28 E NM PM
SEC 4
NE/4 SW/4

**01NM002469/000**
TRACT 01
T 18 S R 28 E NM PM
SEC 4
NW/4 NW/4 (LOT 4) CNTNG 40.21 ACS.

**01NM002478/000**
TRACT 01
T 18 S R 29 E NM PM
SEC 10
SW/4NN/4; NN/4SW/4
SEC 15
W/2NE/4, NW/4

DEPTH A: ALL RIGHTS LESS AND EXCEPT THE W. LOCO HILLS GRAYBURG NO. 4 SAND, MORROW, STRAWN AND ATOKA FORMATIONS

DEPTH B: THE W. LOCO HILLS GRAYBURG NO. 4 SAND LOCATED BETWEEN 2767' AND 2792'

DEPTH C: RTS TO MORROW, STRAWN AND ATOKA FORMATIONS ONLY (ARENAS FED COM AND LAGUNA CEDRO FED COM)

**01NM002479/000**
TRACT 01
T 18 S R 29 E
SEC 10
E/2NW/4

DEPTH A: ABOVE AND BELOW THE W. LOCO HILLS GRAYBURG NO. 4 SAND LOCATED BETWEEN, 2,767' AND 2,792'

DEPTH B: THE W. LOCO HILLS BRAYBURG NO. 4 SAND LOCATED

COMPANY   001
STATE   NM

| LEASE NUMBER | LESSOR | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED | NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

BETWEEN 2,767' AND 2,792'

01NM002491/000   USA NM LC-028456   RED LAKE
TRACT 01
T 17 S R 28 E
SEC 20
SE/4NE/4
DEPTH A- SURF TO 3500'
DEPTH B- BELOW 3500'
GEORGE L. STEPHENS   NM EDDY   40.000   12/30/1938 12/30/1958   .000   .00000000   *   .090000

01NM002491/001   USA NM LC-028456   RED LAKE
TRACT 01
T 17 S R 28 E
SEC 19
SE/4SE/4
DEPTH A- SURF TO 2500'
DEPTH B- BELOW 2500'
GEORGE L. STEPHENS   NM EDDY   40.000   12/30/1938 12/30/2099   .000   .00000000   *   .090000

01NM002494/001   STATE OF NEW MEXICO B-1969-25   RED LAKE
TRACT 01
T 17 S R 28 E
SEC 21
NE/4SE/4 AND SE/4SE/4
VAN P WELCH JR   NM EDDY   80.000   06/10/1933 06/10/1943   80.000   .37500000   .125000   .000000

01NM002495/000   STATE OF NEW MEXICO B-1111-B   RED LAKE
TRACT 01
T 17 S R 28 E NM PM
SEC 28
NE/4 NE/4
VAN P. WELCH, JR.   NM EDDY   40.000   08/10/1952 08/10/1962   40.000   .37500000   .125000   .000000

01NM002498/000   USA NM 048344   RED LAKE
TRACT 01
T 17 S R 28 E
SEC 21
SEC 29
NE/4
RIGHTS BELOW 3500': CONTINENTAL, PAN AMERICAN & WESTERN DEVL. COMPANY
AMERICAN PETROFINA ET AL   NM EDDY   320.000   10/19/1981 11/01/2011   320.000   .37500000   *   .000000

01NM002498/000   USA NM 048344   RED LAKE
TRACT 01
SEC 28
SW/4
AMERICAN PETROFINA ET AL   NM EDDY   320.000   10/19/1981 11/01/2011   120.000   .37500000   *   .000000

01NM002498/000   USA NM 048344   RED LAKE
TRACT 02
AMERICAN PETROFINA ET AL   NM EDDY   10/19/1981 11/01/2011   .00000000   .000000

COMPANY   001
STATE     NM

FINA OIL AND CHEMICAL COMPANY
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

---

T 17 S  R 28 E
SEC  28
S/2 NE/4  (RECORD TITLE ONLY)

RIGHTS BELOW 3500': CONTINENTAL, PAN MERICAN & WESTERN DEVL. COMPANY

LIMITED DOWN TO 3,500'

Gross Acres: 80.000 · Net Acres: 80.000 · CO NET ACS: .000 · CORP-WRK INTEREST: .00000000 · ROYALTY: * · ORRI: .000000

---

01NM002499/000   USA NEW MEXICO NM-048343   RED LAKE   FINA OIL AND CHEMICAL CO ET AL 06/08/1986   NM EDDY

TRACT 01
T 17 S  R 28 E
SEC  21
N/2 NN/4, SE/4 NW/4

Gross Acres: 120.000 · Net Acres: 120.000 · Expire Dte: 04/01/2018 · CO NET ACS: 105.000 · CORP-WRK INTEREST: .87500000 · ROYALTY: * · ORRI: .000000

---

01NM002529/000   STATE OF NEW MEXICO B-2071   EMPIRE   FOREST E. LEVERS   NM EDDY

TRACT 01
T 17 S  R 28 E
SEC  31
W/2 SE/4

DEPTH A: LIMITED TO DEPTHS BELOW BASE OF PREMIER SAND EXCLUDING THE ABO FORMATION

DEPTH B: LIMITED TO ABO FORMATION OCCURRING BETWEEN THE BASE OF DRINKARD AND TOP OF WOLFCAMP

Gross Acres: 80.000 · Lse Dte: 08/10/1933 · Expire Dte: 08/10/2099 · Recorded: UNRECORDED · Net Acres: 80.000 · CO NET ACS: 18.032 · CORP-WRK INTEREST: .22539690 · ROYALTY: .125000 · ORRI: .000000

---

01NM002618/000   STATE OF NM K-4276 CORPENING   EMMETT D. WHITE (WX#50590)   NM EDDY

TRACT 01
T 16 S  R 31 E
SEC  16

SEC 16: SW/4 SW/4

OPERATING RTS TO 3,800' AS SHOWN BELOW

OPER. RTS. BELOW 3,800' & RECORD TITLE OWNED BY EXXON 100%

SEC 16: N/2 SW/4 & SE/4 SW/4

OPER. RTS. BELOW 3,800' & RECORD TITLE OWNED BY EXXON 100%

Gross Acres: 160.000 · Lse Dte: 07/21/1964 · Expire Dte: 07/21/2099 · Recorded: BK127 PG802 · Net Acres: 160.000 · CO NET ACS: 13.650 · CORP-WRK INTEREST: .08531300 · ROYALTY: .125000 · ORRI: .125000

---

01NM002980/000   STATE OF NEW MEXICO B-11594   EMPIRE   BERT ASTON   NM EDDY

RTS DOWN TO 2,958' & BELOW 3,077' & RECORD TITLE OWNED BY EXXON 100%

OPER. RTS. FROM 2,958' TO 3,077' SHOWN BELOW

Lse Dte: 11/10/1944 · Expire Dte: 11/10/2099 · Recorded: BK 185, PG 543

---

| COMPANY | | FINA OIL AND CHEMICAL COMPANY | | | | | | | |
| STATE | | NEW MEXICO | | | | | | | |

| LEASE NUMBER | LESSOR | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|
| 01NN002986/000 | 001 NM | STATE OF NEW MEXICO B-7966-20   H. F. MCKENNEY | NM EDDY | 247.720 | 01/10/1939   01/10/1949 | | | | |
| | PROSPECT | | | | 247.720 | 55.835 | .22539678 | .125000 | .000000 |

T 18 S  R 28 E

SEC 5

SECTION 5:  NW/4 NW/4

DEPTH A:  FROM BASE OF PREMIER SAND TO BASE OF ABO
AND BELOW THE TOP OF THE CHESTER LIMESTONE

DEPTH B:  BELOW THE BASE OF THE ABO TO THE TOP OF THE
CHESTER LIMESTONE

SEC 6

SECTION 6:  LOTS 3, 5, AND 6, SE/4 NW/4, NE/4 SW/4

DEPTH A:  BELOW THE BASE OF THE PREMIER SAND
DEPTH C:  BELOW THE BASE OF ABO TO BASE OF MORROW

TRACT 01

EMPIRE

T 17 S  R 28 E  NMP PM

SEC 31

SECTION 31:  SE/4 SW/4    40.000    01/10/1939
UNRECORDED
40.000    9.016    .22539690    .125000    .000000

OWNERSHIP SHOWN IS FOR THE ABO FORMATION OF THE
EMPIRE ABO UNIT.
FOCC ALSO OWNS 1.111111% IN OTHER DEPTHS BELOW THE BASE
OF THE PREMIER SAND

COMPANY 009
STATE NM

FDCC-TENNECO ACQUISITION
NEW MEXICO
SCHEDULE OF

DATE 03 30 99 PAGE 1

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 09NN002650/000 TRACT 01 T 17 S R 29 E SEC 33 | USA NM-LC-046044 | LOCO HILLS | MABEL F. LEONARD (TNM290020) | NM EDDY | 80.000 | 12/31/1938 N/A 80.000 | 12/31/2099 .000 | .00000000 | .000000 | .000000 |
| 09NN002660/000 TRACT 01 T 17 S R 30 E SEC 2 | ST OF NM B-3635 | SQUARE LAKE | A. FRANKLIN SWARTZ (TNM290056) | NM EDDY | 159.400 | 12/10/1934 N/A 159.400 | 12/10/2099 79.700 | .50000000 | .125000 | .000000 |
| 09NN002661/000 TRACT 01 T 16 S R 30 E SEC 36 | ST NM B-6672-5 | SQUARE LAKE | CARY P. BUTCHER (TNM290056) | NM EDDY | 160.000 | 09/10/1936 N/A 160.000 | 09/10/2099 80.000 | .50000000 | .125000 | .174063 |
| 09NN002662/000 TRACT 01 T 16 S R 29 E SEC 32 SEC 26 | STATE OF NEW MEXICO B-2175-14 | SQUARE LAKE | HARRY LEONARD (TNM290056) | NM EDDY | 520.000 | 10/10/1933 N/A 520.000 | 10/10/2099 520.000 | 1.00000000 | .125000 | .000000 |
| 09NN002662/000 TRACT 02 T 16 S R 30 E SEC 35 | STATE OF NEW MEXICO B-2175-14 | SQUARE LAKE | HARRY LEONARD (TNM290056) | NM EDDY | 480.000 | 10/10/1933 N/A 480.000 | 10/10/2099 120.000 | .25000000 | .125000 | .000000 |

Legal descriptions:

- 80.000 ACS BEING THE S/2 SW/4 OF SECTION 33
- 159.400 ACS BEING LOTS 1, 2, 3 AND 4 (N/2 N/2) OF SEC-2
- 160.000 ACS BEING THE NW/4 SW/4, NW/4 SE/4 AND THE
- 40.000 ACS BEING THE SE/4 NW/4 OF SECTION 26
- 40.000 ACS BEING THE NE/4 NW/4 OF SECTION 26
- DEPTH A IS DEFINED AS: SURFACE TO BASE OF THE QUEEN FORMATION IN THE NE/4 NE/4 AND SE/4 SECTION 32, T16S-R29E.
- DEPTH B IS DEFINED AS: ALL DEPTHS BELOW THE BASE OF THE QUEEN FORMATION IN THE NE/4 NE/4 AND SE/4 SECTION 32, T16S-R29E.
- 440.000 ACS BEING THE NE/4 NE/4, S/2 NW/4, NW/4 SW/4, AND THE S/2 OF SECTION 32
- 480.000 ACS BEING THE E/2 NW/4, NW/4 SW/4, AND THE SE/4 SW/4 OF SECTION 32

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE / RECORDED | NET ACRES | EXPIRE DTE | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09NM0026662/000 TRACT 03<br>T 16 S R 29 E SEC 36<br>360.000 ACS BEING THE S/2 NE/4, N/2 NW/4, SE/4 NW/4, SE/4 SW/4, W/2 SE/4 AND THE SE/4 SE/4 OF SECTION 36 | STATE OF NEW MEXICO B-2175-14 | SQUARE LAKE | HARRY LEONARD (TN#290056) | NM EDDY | 360.000 | 10/10/1933 / N/A | 360.000 | 10/10/2099 | 360.000 | 1.00000000 | .125000 | .000000 |
| | | | | | | | | | | .00000000 | | |
| 09NM0026663/000 TRACT 01<br>T 16 S R 30 E SEC 36<br>40.000 ACS BEING THE NE/4 SE/4 OF SECTION 36 | ST OF NM B-3006 | SQUARE LAKE | MAE B. CARLSON-JOHANSEN (TN#290056) | NM EDDY | 40.000 | 06/11/1934 / N/A | 40.000 | 06/11/2099 | 20.000 | .50000000 | .125000 | .117108 |
| | | | | | | | | | | .00000000 | | |
| 09NM0026663/000 TRACT 02<br>T 16 S R 30 E SEC 36<br>40.000 ACS BEING THE NE/4 SW/4 OF SECTION 36 | ST OF NM B-3006 | SQUARE LAKE | MAE B. CARLSON-JOHANSEN (TN#290056) | NM EDDY | 40.000 | 06/11/1934 / N/A | 40.000 | 06/11/2099 | 20.000 | .50000000 | .125000 | .265625 |
| 09NM0026664/000 TRACT 01<br>T 16 S R 30 E SEC 33<br>160.000 ACS BEING THE NW/4 OF SECTION 33 | USA NM LC-060325 | SQUARE LAKE | M. W. EVANS (TN#290056) | NM EDDY | 160.000 | 12/31/1938 / N/A | 160.000 | 12/31/2099 | 40.000 | .25000000 | .125000 | .072500 |
| 09NM0026664/000 TRACT 02<br>T 16 S R 30 E SEC 33<br>160.000 ACS BEING THE SE/4 OF SECTION 33<br>T 17 S R 30 E SEC 4<br>319.090 ACS BEING LOTS 3, 4, S/2 NW/4 AND THE SE/4 OF SECTION 4 | USA NM LC-060325 | SQUARE LAKE | M. W. EVANS (TN#290056) | NM EDDY | 479.090 | 12/31/1938 / N/A | 479.090 | 12/31/2099 | 479.090 | 1.00000000 | .125000 | .072500 |
| 09NM0026665/000 TRACT 01<br>T 16 S R 30 E SEC 33<br>160.000 ACS BEING THE SW/4 OF SECTION 33 | USA NM 02425 | SQUARE LAKE | M. W. EVANS (TN#290056) | NM EDDY | 160.000 | 12/31/1938 / N/A | 160.000 | 12/31/2099 | 40.000 | .25000000 | .125000 | .072500 |

FOCC-TENNECO ACQUISITION
SCHEDULE OF
NEW MEXICO

COMPANY   009
STATE     NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED | NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09NM002665/000 | USA NM 02425 | SQUARE LAKE | M. W. EVANS | NM EDDY | 439.350 | 12/31/1938 N/A | 439.350 | 12/31/2099 439.350 | 1.00000000 | .125000 | .072500 |
| 09NM002666/000 | USA NM LC-063926 | SQUARE LAKE | GEORGE ETZ (TN#290056) | NM EDDY | 80.000 | 12/31/1938 N/A | 80.000 | 12/31/2099 80.000 | 1.00000000 | .125000 | .122500 |
| 09NM002666/000 | USA NM LC-063926 | SQUARE LAKE | GEORGE ETZ (TN#290056) | NM EDDY | 800.000 | 12/31/1938 N/A | 800.000 | 12/31/2099 400.000 | .50000000 | .125000 | .060000 |
| 9NM002667/000 | USA NM 02427 | SQUARE LAKE | GEORGE ETZ (TN#290056) | NM EDDY | 640.000 | 12/31/1938 N/A | 640.000 | 12/31/2099 320.000 | .50000000 | .125000 | .000000 |
| 09NM002669/000 | USA NM 074938 | SQUARE LAKE | GEORGE ETZ (TN#290056) | NM EDDY | 320.000 | 12/31/1938 N/A | 320.000 | 12/31/2099 160.000 | .50000000 | .125000 | .000000 |
| 09NM002676/000 | USA NM 029-318474-0 | PENINSULA | ROBERT HOLT (TN#290107) | NM EDDY | 40.000 | 11/01/1962 N/A | 40.000 | 11/01/2099 40.000 | 1.00000000 | .125000 | .125000 |

Legal descriptions:

09NM002665/000
TRACT 02
T 16 S R 30 E
SEC 33
160.000 ACS BEING THE NE/4 OF SECTION 33
T 17 S R 30 E
SEC 4
279.350 ACS BEING LOTS 1, 2, S/2 NE/4, N/2 SW/4 AND
THE SE/4 SW/4 OF SECTION 4

09NM002666/000
TRACT 01
T 16 S R 30 E
SEC 26
80.000 ACS BEING THE S/2 NE/4 OF SECTION 26

09NM002666/000
TRACT 01
T 16 S R 30 E
SEC 26
160.000 ACS BEING THE SE/4 OF SECTION 26
SEC 35
640.000 ACS BEING ALL OF SECTION 15.

9NM002667/000
TRACT 01
T 16 S R 30 E
SEC 34
640.000 ACS BEING ALL OF SECTION 34

09NM002669/000
TRACT 01
T 16 S R 31 E
SEC 18
160.000 ACS BEING THE SE/4 OF SECTION 18
SEC 19
160.000 ACS BEING THE NE/4 OF SECTION 19

09NM002676/000
TRACT 01
T 18 S R 30 E

COMPANY         009         FGCC-TENNECO ACQUISITION
STATE           NM          NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | LSE DTE RECORDED | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | GROSS ACRES | NET ACRES | | | |

---

SEC  29
40.000 ACS BEING THE SE/4 SW/4 OF SECTION 29
DEPTH A - DEPTHS BELOW 3,275'
DEPTH B - SURFACE TO 3,275'
DEPTH C - BETWEEN 3,275' AND BASE OF THE BONE SPRING

---

09NM002677/000   USA NM LC 071-068402   EDNA M. ELLIOTT       07/01/1949  07/01/2099
TRACT 01          TURKEY TRACK          (TN#290198)  NM EDDY  V-037 P-334
  T  18 S  R  30 E                                            40.000        40.000           10.000    .25000000    .125000
  SEC  31
40.000 ACS BEING THE NE/4 NE/4 OF SECTION 31, FROM BASE
OF THE QUEEN FORMATION OR 3,144' DOWN TO THE STRATIGRA-
PHIC EQUIVALENT OF THAT HORIZON IDENTIFIED AT 11,900' IN
THE PETROLEUM RESERVE CORPORATION #1 ELLIOTT FEDERAL
LOCATED IN THE E/2 OF SECTION 30 TWP-18-S RGE-30-E

---

09NM002677/000   USA NM LC 071-068402   EDNA M. ELLIOTT       07/01/1949  07/01/2099
TRACT 02          TURKEY TRACK          (TN#290198)  NM EDDY  V-037 P-334
  T  18 S  R  30 E                                            40.000        40.000           .000      .00000000    .125000
  SEC  29
TOC OWNS A 0.162500 NET PROCEEDS INTEREST ONLY IN:
40.000 ACS BEING THE SW/4 NE/4 OF SECTION 29
DEPTH A - FROM SURFACE TO 3,275' (N. BENSON QUEEN UNIT)
DEPTH B - BELOW 3,275'

                                                                                           .00000000              .093750

---

09NM002677/000   USA NM LC 071-068402   EDNA M. ELLIOTT       07/01/1949  07/01/2099
TRACT 03          TURKEY TRACK          (TN#290198)  NM EDDY  V-037 P-334
  T  18 S  R  30 E                                            80.000        80.000           .000      .00000000    .125000
  SEC  29
TOC OWNS A 0.175000 NET PROCEEDS INTEREST ONLY IN:
80.000 ACS BEING THE S/2 SE/4 OF SECTION 29
DEPTH A - FROM SURFACE TO 3,350'
DEPTH B - BELOW 3,350'

                                                                                           .00000000              .100000

---

09NM002678/000   USA NM LC-068719-A     SUE M WINSTON         07/01/1951  05/31/2099
TRACT 01          PENINSULA             (TN#290107)  NM EDDY             N/A
  T  18 S  R  30 E                                            40.000        40.000           40.000    1.00000000   .125000
  SEC  29
40.000 ACS BEING THE NW/4 SW/4 OF SECTION 29
DEPTH A - SURFACE TO 3,385'
DEPTH B - BELOW 3,385'

                                                                                                                   .112500

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

09NM002691/001 MIDWEST INVESTMENT COMPANY SQUARE LAKE (TN#290056) LEONARD OIL COMPANY NM EDDY 240.000 06/16/1948 06/16/2099 V-030 P-524 120.000 .000 .00000000 .125000 .000000

TRACT 01
T 16 S R 31 E
SEC 12

160.000 ACS BEING THE SE/4 OF SECTION 12
\*\*\*\* FDCC OWNS 0.125 ORRI FROM SURFACE TO 3400 FT. \*\*\*\*

T 17 S R 28 E
SEC 2

80.000 ACS BEING THE E/2 SE/4 OF SECTION 2
\*\*\*\* REMUDA OIL & GAS OWNS THE W.I. \*\*\*\*
\*\*\*\* FDCC OWNS A 0.03125 ORRI FROM SURFACE - 1697 FT.(DUCK#1) \*\*\*\*
\*\*\*\*\*\*\*\*\*\* COLLIER BROTHERS OWNS THE W.I. \*\*\*\*\*\*\*\*\*\*

09NM002691/001 MIDWEST INVESTMENT COMPANY SQUARE LAKE (TN#290056) LEONARD OIL COMPANY NM EDDY 160.000 06/16/1948 06/16/2099 V-030 P-524 160.000 .000 .00000000 .125000 .000000

TRACT 02
T 17 S R 29 E
SEC 22

40.000 ACS BEING THE NW/4 NW/4 OF SECTION 22
FDCC OWNS 0.21875 ORRI OIL, 0.32813 ORRI GAS BELOW 5000'
\*\*\*\* FDCC OWNS 0.2500 ORRI FROM 3600' - 5000' \*\*\*\*
\*\*\*\*\*\* EL PASO NATURAL GAS OWNS W.I. \*\*\*\*\*\*

T 18 S R 28 E
SEC 7

40.000 ACS BEING THE SE/4 SE/4 OF SECTION 7
\*\*DEPTH A - FROM SURFACE TO 2,285' (W ARTESIA GB #14)\*\*
\*\*\*\* FDCC OWNS A 0.082031 ORRI ON FLOWING WELLS \*\*\*\*
\*\*\*\* FDCC OWNS A 0.054687 ORRI ON PUMPING WELLS \*\*\*\*

SEC 8

40.000 ACS BEING THE SW/4 SW/4 OF SECTION 8
\*\*DEPTH A - FROM SURFACE TO 2,300' (W ARTESIA GB #14)\*\*
\*\*\*\* FDCC OWNS A 0.082031 ORRI ON FLOWING WELLS \*\*\*\*
\*\*\*\* FDCC OWNS A 0.054687 ORRI ON PUMPING WELLS \*\*\*\*
\*\*\*\*\*\*\*\*\*\* ROBERT E. MCKEE OWNS W.I. \*\*\*\*\*\*\*\*\*\*

SEC 17

40.000 ACS BEING THE NW/4 NW/4 OF SECTION 17
\*\*DEPTH A - FROM SURFACE TO 2,551' (W ARTESIA GB #18)\*\*
\*\*\*\* FDCC OWNS A 0.082031 ORRI \*\*\*\*
\*\*\*\* CLARENCE E. ROACH OWNS W.I. \*\*\*\*

09NM002592/000 STATE OF NEW MEXICO B-7717-9 HUMBLE OIL & REFG. TURKEY TRACK, EAST (TN#290182) NM EDDY 120.000 08/10/1938 08/10/2099 N/A 120.000 120.000 1.00000000 .125000 .000000

TRACT 01
T 19 S R 29 E
SEC 2

40.000 ACS BEING THE SE/4 NW/4 (STATE HL 2-1Y)

# FDCC-TENNECO ACQUISITION
# NEW MEXICO

COMPANY  009
STATE  NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

---

**09NM002692/000   STATE OF NEW MEXICO   B-7717-9   HUMBLE OIL & REFG.**
TRACT 02   TURKEY TRACK, EAST (TN#290182) NM EDDY
T 19 S   R 29 E
SEC 2

80.000 ACS BEING THE SW/4 S2W/4 AND NE/4 SW/4

| GROSS ACRES | LSE DTE | NET ACRES | EXPIRE DTE | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|
| 80.050 | 08/10/1938 | N/A | 08/10/2099 | 80.050 | .66200000 | .125000 | .000000 |

.00000000

---

**09NM002692/000   STATE OF NEW MEXICO   B-7717-9   HUMBLE OIL & REFG.**
TRACT 03   TURKEY TRACK, EAST (TN#290182) NM EDDY
T 19 S   R 29 E
SEC 2

80.050 ACS MORE PARTICULARLY DESCRIBED AS FOLLOWS:
40.040 ACS BEING LOT 3 (NE/4 NW/4) OF SECTION 2
  DEPTH A - DEPTHS BELOW 3,635'
  DEPTH B - FROM SURFACE TO 3,635' (TENNECO STATE #2)
40.010 ACS BEING LOT 4 (NW/4 NW/4) OF SECTION 2
  DEPTH A - DEPTHS BELOW 3,600'
  DEPTH B - FROM SURFACE TO 3,600' (TENNECO STATE #1)

80.050 ACS - TOTAL

| GROSS ACRES | LSE DTE | NET ACRES | EXPIRE DTE | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|
| 80.100 | 08/10/1938 | N/A | 08/10/2099 | 52.993 | .66200000 | .125000 | .000000 |

.00000000

---

**09NM002692/000   STATE OF NEW MEXICO   B-7717-9   HUMBLE OIL & REFG.**
TRACT 04   TURKEY TRACK, EAST (TN#290182) NM EDDY
T 19 S   R 29 E
SEC 1

40.000 ACS BEING THE SW/4 SE/4   (LEDBETTER STATE 'R' #3)
40.000 ACS BEING THE SE/4 SW/4   (LEDBETTER STATE #2)
40.000 ACS BEING THE NE/4 SE/4
  (DEPTH A: SUR. TO 2,363'   DEPTH B: BELOW 2,363')
  (DEPTH A: SUR. TO 2,566'   DEPTH B: BELOW 2,566')

| GROSS ACRES | LSE DTE | NET ACRES | EXPIRE DTE | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|
| 160.000 | 08/10/1938 | N/A | 08/10/2099 | .000 | .00000000 | .125000 | .000000 |

.00000000

---

**09NM002692/000   STATE OF NEW MEXICO   B-7717-9   HUMBLE OIL & REFG.**
TRACT 05   TURKEY TRACK, EAST (TN#290182) NM EDDY

| GROSS ACRES | LSE DTE | NET ACRES | EXPIRE DTE | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|
|  | 08/10/1938 | N/A | 08/10/2099 | .000 | .00000000 | .000000 |  |

---

COMPANY   009
STATE     NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | NET ACRES | LSE DTE RECORDED | EXPIRE DTE | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**09NM002692/000   STATE OF NEW MEXICO B-7717-9   TURKEY TRACK, EAST (TNM290182)   HUMBLE OIL & REFG.   NM EDDY**
TRACT 08
T 19 S R 29 E
SEC 12
40.000 ACS BEING THE NW/4 NE/4 OF SECTION 12
DEPTH A - SURFACE TO 2,388'
DEPTH B - BELOW 2,388'
200.000 ACS BEING THE N/2 NW/4, SE/4 NW/4, AND S/2 NE/4

| | | | | | 240.000 | 240.000 | 08/10/1938 | 08/10/2099 | .000 | .00000000 | .125000 | .000000 |

**09NM002692/000   STATE OF NEW MEXICO B-7717-9   TURKEY TRACK, EAST (TNM290182)   HUMBLE OIL & REFG.   NM EDDY**
TRACT 07
T 19 S R 29 E
SEC 12
80.000 ACS BEING THE S/2 SW/4 OF SECTION 12

| | | | | | 80.000 | 80.000 | 08/10/1938 N/A | 08/10/2099 | 80.000 | 1.00000000 | .125000 | .000000 |

**09NM002692/000   STATE OF NEW MEXICO B-7717-9   TURKEY TRACK, EAST (TNM290182)   HUMBLE OIL & REFG.   NM EDDY**
TRACT 06
T 19 S R 29 E
SEC 2
40 ACS BEING THE SE/4 NE/4, SECTION 2
DEPTH A - 3200' TO 4,212'
DEPTH B - SURF TO 3200'
DEPTH C - BELOW 4212'

| | | | | | 40.000 | 40.000 | 08/10/1938 N/A | 08/10/2099 | 40.000 | 1.00000000 | .125000 | .062500 |

T 19 S R 29 E
SEC 1
40.080 ACS BEING THE NW/4 NW/4 / P J STATE 'A' #1
DEPTH A - BELOW 3,440'
DEPTH B - SURFACE TO 3,440'
40.000 ACS BEING THE SE/4 NW/4 / P J STATE 'A' #3
DEPTH A - BELOW 3,359'
DEPTH B - SURFACE TO 3,359'
40.000 ACS BEING THE SW/4 NE/4 / P J STATE 'A' #4
DEPTH A - BELOW 3,001'
DEPTH B - SURFACE TO 3,001'
40.010 ACS BEING THE NE/4 NE/4 / P J STATE 'A' #7
DEPTH A - BELOW 3,060'
DEPTH B - SURFACE TO 3,060'
40.000 ACS BEING THE SE/4 NE/4 / P J STATE 'A' #12
DEPTH A - BELOW 2,950'
DEPTH B - SURFACE TO 2,950'
40.000 ACS BEING THE SW/4 NW/4 / P J STATE 'A' #14
DEPTH A - BELOW 3,260'
DEPTH B - SURFACE TO 3,260'

| | | | | | 240.090 | 240.090 | | | 240.090 | 1.00000000 | .125000 | |

COMPANY          009
STATE            NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

09NMO02692/000   STATE OF NEW MEXICO B-7717-9   HUMBLE OIL & REFG.
TRACT 09          TURKEY TRACK, EAST (1N#290182)   NM EDDY         200.000    08/10/1938   08/10/2099   1.00000000   .125000   .062500
   T 19 S R 29 E NM PM                                                                    N/A          200.000
   SEC 2                                                                                  200.000
240.000 ACS - TOTAL

DEPTH A - SURFACE TO BASE OF THE QUEEN FORMATION
DEPTH B - BELOW BASE OF THE QUEEN FORMATION

40.00 ACRES BEING NE/4 SE/4 SECTION 2

DEPTH A - LIMITED FROM 3,193' DOWN TO 4,212'
DEPTH B - LIMITED FROM SURFACE DOWN TO 3,193'
DEPTH C - LIMITED BELOW 4,212'

40.00 ACRES BEING SE/4 SE/4 SECTION 2

DEPTH A - LIMITED FROM 3,250' DOWN TO 4,212'
DEPTH B: LIMITED FROM SURFACE DOWN TO 3,250'
DEPTH C - LIMITED BELOW 4,212'

40.00 ACRES BEING SW/4 SE/4 SECTION 2

DEPTH A: LIMITED FROM 2850' DOWN TO 4212'
DEPTH B: LIMITED FROM SURFACE DOWN TO 2850'
DEPTH C: LIMITED BELOW 4212'

40.00 ACRES BEING NW/4 SE/4 SECTION 2

DEPTH A - LIMITED FROM 2,834' DOWN TO 4,212'
DEPTH B - LIMITED FROM THE SURFACE DOWN TO 2,834'
DEPTH C - LIMITED TO BELOW 4,212'
40.00 ACRES BEING SE/4 SW/4 SECTION 2
DEPTH A - LIMITED FROM 2,345' DOWN TO 4,212'
DEPTH B - LIMITED FROM THE SURFACE DOWN TO 2,345'

09NMO02692/000   STATE OF NEW MEXICO B-7717-9   HUMBLE OIL & REFG.
TRACT 10          TURKEY TRACK, EAST (1N#290182)   NM EDDY         120.170    08/10/1938   08/10/2099   1.00000000   .125000   .062500
   T 19 S R 29 E                                                                          N/A          120.170
   SEC 2                                                                                  120.170
120.17 ACS BEING THE W/2 NE/4 AND NE/4 NE/4 SECTION 2

DEPTH A - SURF TO 4212'
DEPTH B - BELOW 4212'

FDCC-TENNECO ACQUISITION
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | LSE DTE GROSS ACRES | NET ACRES | RECORDED | EXPIRE DTE CD NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| O9NMO02692/000 STATE OF NEW MEXICO B-7717-9 TRACT 11 T 19 S R 29 E SEC 1 40.00 ACS BEING THE NW/4 SE/4 / P J STATE 'A' #5 DEPTH A - BELOW 3000' DEPTH B - SURF TO 3000' | | TURKEY TRACK, EAST | HUMBLE OIL & REFG. (TN#290182) NM EDDY | | 08/10/1938 40.000 | N/A | 08/10/1938 | 07/10/2099 40.000 | .00000000 | .125000 | .062500 |
| O9NMO02692/000 STATE OF NEW MEXICO B-7717-9 TRACT 12 T 19 S R 29 E SEC 1 40.000 ACS BEING THE NE/4 SW/4 / P J STATE 'A" #6 DEPTH A - BELOW 3,015' DEPTH B - SURFACE TO 3,015' 40.000 ACS BEING THE NW/4 SW/4 / P J STATE 'A' #8 DEPTH A - BELOW 3,350' DEPTH B - SURFACE TO 3,350' 40.000 ACS BEING THE SW/4 SW/4 / P J STATE 'A' #11 DEPTH A - BELOW 3,300' DEPTH B - SURFACE TO 3,300' | | TURKEY TRACK, EAST | HUMBLE OIL & REFG. (TN#290182) NM EDDY | | 08/10/1938 120.000 | N/A | 08/10/1938 | 07/10/2099 120.000 | .000 .00000000 | .125000 | .000000 |
| O9NMO02692/000 STATE OF NEW MEXICO B-7717-9 TRACT 13 T 19 S R 29 E SEC 2 40.000 ACS BEING THE NW/4 SW/4 (STATE HL 2-3) | | TURKEY TRACK, EAST | HUMBLE OIL & REFG. (TN#290182) NM EDDY | | 08/10/1938 40.000 | N/A | 08/10/1938 | 07/10/2099 40.000 | .000 .00000000 | .125000 | .000000 |
| O9NMO02693/000 STATE OF NEW MEXICO B-9739-19 TRACT 01 T 19 S R 29 E SEC 2 40.00 ACRES BEING THE SW/4 NW/4 OF SECTION 2 DEPTH 'A' BELOW 2,880' DEPTH 'B' SURF TO 2,880' (WELLBORE OF STATE HL 2 #2) | | TURKEY TRACK, EAST | BERNICE R. PIATT (TN#290182) NM EDDY | | 07/10/1942 40.000 | N/A | 07/10/1942 | 07/10/2099 40.000 | 1.00000000 | .125000 | .000000 |
| O9NMO02693/000 STATE OF NEW MEXICO B-9739-19 TRACT 02 T 19 S R 29 E | | TURKEY TRACK, EAST | BERNICE R. PIATT (TN#290182) NM EDDY | | 40.000 | | | 40.000 | 1.00000000 | .125000 | .000000 |

FCCC-TENNECO ACQUISITION
NEW MEXICO

| COMPANY | 009 | | | | | | | |
| STATE | NM | | | | | | | |
| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |

SEC 12
40.000 ACS BEING THE NE/4 NE/4 OF SECTION 12
DEPTH A - BELOW BASE OF THE QUEEN FORMATION
DEPTH B - ABOVE BASE OF THE QUEEN FORMATION

.00000000

O9NMO02693/000   STATE OF NEW MEXICO B-9739-19   BERNICE R. PIATT   NM EDDY     07/10/1942   07/10/2099
TRACT 03                                                                         N/A
T 19 S  R 29 E                                                      160.000      160.000  1.00000000   .125000   .062500
SEC 11
W/2 NW/4 AND W/2 NE/4 SECTION 11
DEPTH A - BELOW BASE OF THE SAN ANDRES FORMATION
DEPTH B - SURFACE TO 2,420 FEET
DEPTH C - FROM 2,420 FEET TO BASE OF SAN ANDRES

O9NMO02693/000   STATE OF NEW MEXICO B-9739-19   BERNICE R. PIATT   NM EDDY     07/10/1942   07/10/2099
TRACT 04                                      TURKEY TRACK, EAST (TN#290182)
T 19 S  R 29 E  NMP PM                                              120.000      120.000  1.00000000   .125000   .000000
SEC 11
NE/4 SW/4 (SAND DUNE STATE #1)   *CONTRACTUAL INTEREST*
DEPTH A:   BELOW 2,364'           *THIS ACREAGE NOT COUNTED*
DEPTH B:   SURFACE TO 2,364'

NW/4 SE/4 (SAND DUNE STATE #3)
DEPTH A:   BELOW 2,404'
DEPTH B:   SURFACE TO 2,404'

SE/4 SW/4 (SAND DUNE STATE #5)   *CONTRACTUAL INTEREST*
DEPTH A:   BELOW 2,423'           *THIS ACREAGE NOT COUNTED*
DEPTH B:   SURFACE TO 2,423'

NW/4 SW/4 (SAND DUNE STATE #6)
DEPTH A:   BELOW 2,356'
DEPTH B:   SURFACE TO 2,356'

SW/4 SW/4 (SAND DUNE STATE #7)
DEPTH A:   BELOW 2,408'
DEPTH B:   SURFACE TO 2,408'

.00000000

COMPANY  009
STATE    NM

FDCC-TENNECO ACQUISITION
NEW MEXICO

DATE  03 30 99
SCHEDULE OF
PAGE  11

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| O9NMOO2693/OOO STATE OF NEW MEXICO B-9739-19 TRACT 05 T 19 S R 29 E NMP PM SEC 11 NE/4 SE/4 (#2), SW/4 SE/4 (#4), SE/4 SE/4 (UNDEV.) DEPTH A: NO DEPTH RESTRICTIONS | | BERNICE R. PIATT TURKEY TRACK, EAST (TN#290182) | | NM EDDY | 120.000 | 07/10/1942 N/A 120.000 | 07/10/2099 120.000 | 1.00000000 | .125000 | .000000 |
| O9NMOO2693/OOO STATE OF NEW MEXICO B-9739-19 TRACT 06 T 19 S R 29 E SEC 11 SE/4 NW/4 DEPTH A: BELOW THE BASE OF THE SAN ANDRES DEPTH B: FROM SURFACE TO 2,400' DEPTH C: FROM 2,400' TO BASE OF SAN ANDRES NE/4 NW/4 DEPTH A: BELOW THE BASE OF THE SAN ANDRES DEPTH B: FROM SURFACE TO 2,810' DEPTH C: FROM 2,810' TO BASE OF SAN ANDRES NE/4 NE/4 DEPTH A: BELOW BASE OF THE SAN ANDRES DEPTH B: FROM SURFACE TO 3,130' DEPTH C: FROM 3,130' TO BASE OF SAN ANDRES SE/4 NE/4 DEPTH A: BELOW THE BASE OF THE SAN ANDRES DEPTH B: FROM SURFACE TO 2,450' DEPTH C: FROM 2,450' TO BASE OF SAN ANDRES | | BERNICE R. PIATT TURKEY TRACK, EAST (TN#290182) | | NM EDDY | 160.000 | 07/10/1942 N/A 160.000 | 07/10/2099 160.000 | 1.00000000 | .125000 | .000000 |
| O9NMOO2699/OOO STATE OF NEW MEXICO E-2715-3 TRACT 01 T 18 S R 28 E SEC 5 40.000 ACS BEING THE SE/4 NW/4 OF SECTION 5 DEPTH A - SURFACE DOWN TO THE ABO FORMATION AS DEFINED | | LEONARD OIL CO. EMPIRE ABO (IN#290271) | | NM EDDY | 40.000 | 06/10/1949 06/10/1949 V-085 P-518 40.000 | 06/10/2099 40.000 | 1.00000000 | .125000 | .000000 |

Column headers:

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

---

**09NMO02699/000** — STATE OF NEW MEXICO E-2715-3 — Prospect: EMPIRE,ABO — LESSEE: LEONARD OIL CO. (TN#290271) — NM EDDY

IN THE EMPIRE ABO UNIT AGREEMENT DTD 10-01-72
DEPTH B - BELOW BASE OF THE DEFINED ABO FORMATION TO THE TOP OF THE MISSISSIPPIAN-CHESTER LIMESTONE
DEPTH C - BELOW TOP OF MISSISSIPPIAN-CHESTER LIMESTONE

CORP-WRK INTEREST: .00000000

---

**09NMO02704/000** — USA NM-LC 071-066087-0 — Prospect: TURKEY TRACK, EAST — LESSEE: B. M. KEOHANE (TN#290182) — NM EDDY

TRACT 01
T 18 S R 28 E
SEC 8
40.000 ACS BEING THE NW/4 NW/4 OF SECTION 8
DEPTH A - ALL FORMATIONS ABOVE THE GRAYBURG FORMATION
DEPTH B - THE GRAYBURG FORMATION
DEPTH C - ALL FORMATIONS BELOW THE GRAYBURG FORMATION

| GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK | ROYALTY | ORRI |
|---|---|---|---|---|---|
| 40.000 | 06/10/1949   V-085 P-518   40.000 | 06/10/2099   40.000 | 1.00000000 | .125000 | .000000 |

---

**09NMO02704/000** — USA NM-LC 071-066087-0 — Prospect: TURKEY TRACK, EAST — LESSEE: B. M. KEOHANE (TN#290182) — NM EDDY

TRACT 01
T 19 S R 30 E
SEC 6
156.550 ACS BEING LOTS 6, 7 AND E/2 SW/4 OF SECTION 6
DEPTH A - BELOW QUEEN FORMATION
DEPTH B - SURFACE TO BASE OF QUEEN FORMATION

| GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK | ROYALTY | ORRI |
|---|---|---|---|---|---|
| 156.550 | 01/01/1950   V-037 P-079   156.550 | 01/01/2099   156.550 | 1.00000000 | .125000 | .000000 |

CORP-WRK INTEREST: .00000000

TRACT 02
T 19 S R 30 E
SEC 7
158.080 ACS BEING LOTS 3, 4 AND E/2 SW/4 OF SECTION 7
DEPTH A - BELOW QUEEN FORMATION
DEPTH B - SURFACE TO BASE OF QUEEN FORMATION

| GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK | ROYALTY | ORRI |
|---|---|---|---|---|---|
| 158.080 | 01/01/1950   V-037 P-079   158.080 | 01/01/2099   158.080 | 1.00000000 | .125000 | .000000 |

---

**09NMO02705/000** — USA NM-LC 071-069111-0 — Prospect: TURKEY TRACK, EAST — LESSEE: CHARLIE W. PARCELL (TN#290182) — NM EDDY

TRACT 01
T 18 S R 30 E
SEC 31
78.500 ACS BEING THE SE/4 NW/4 AND LOT 2 (SW/4 NW/4)
OF SECTION 31
DEPTH A - DEPTHS BELOW 4,500'
DEPTH B - FROM SURFACE TO A DEPTH OF 4,500'

| GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK | ROYALTY | ORRI |
|---|---|---|---|---|---|
| 78.500 | 01/01/1949   V-082 P-263   78.500 | 01/01/2099   78.500 | .00000000 | .125000 | .030000 |

---

**09NMO02706/000** — USA NM-04560 — Prospect: PECOS RIVER DEEP — LESSEE: ESTELLE H. YATES ETAL (TN#290218) — NM EDDY

TRACT 01
T 19 S R 27 E
SEC 21
160.000 ACS BEING THE N/2 NW/4, SE/4 NE/4 AND THE NE/4 SE/4 OF SECTION 21

| GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK | ROYALTY | ORRI |
|---|---|---|---|---|---|
| 160.000 | 07/01/1951   V-059 P-117   160.000 | 07/01/2099   160.000 | .00000000 | .125000 | .000000 |

COMPANY 009
STATE NM

FDCC-TENNECO ACQUISITION
NEW MEXICO

DATE 03 30 99 PAGE 13
SCHEDULE OF

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED | EXPIRE DTE | NET ACRES CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09NMO02706/000 USA NM-04560 | | PECOS RIVER DEEP | ESTELLE H. YATES ETAL (TN#290218) | NM EDDY | 240.000 | 07/01/1951 V-059 P-117 | 07/01/2099 | 240.000 .000 | .00000000 | .125000 | .000000 |
| 09NMO02716/000 STATE OF NEW MEXICO B-6631-31 | | TURKEY TRACK | DOROTHY HEARD (TN#290198) | NM EDDY | 40.000 | 08/10/1936 N/A | 08/10/2099 | 40.000 .000 | .00000000 | .125000 | .050000 |
| 09NMO02720/003 SINGER BROS | MCMILLAN | | ATLANTIC REFINING COMPANY (TN#290203) | NM EDDY | 160.000 | 07/10/1964 N/A | 07/10/2099 | 3.750 | .09375000 | .125000 | .000000 |
| 09NMO02720/004 INVESTORS ROYALTY COMPANY | MCMILLAN | | ATLANTIC REFINING COMPANY (TN#290203) | NM EDDY | 160.000 | 07/10/1964 N/A | 07/10/2099 | 40.000 3.750 | .09375000 | .125000 | .000000 |
| 09NMO02721/000 USA NM 030-0017724 | HENSHAW GRAYBURG, W(TN#290181) | | HARRY LEONARD | NM EDDY | 1661.320 | 12/01/1951 VOL 075, PG 074 | 12/01/2099 | 1661.320 1661.320 | 1.00000000 | .125000 | .050000 |

DEPTH A - AS TO ALL DEPTHS

**09NMO02706/000**
TRACT 02
T 19 S R 27 E
SEC 28
240.000 ACS BEING THE N/2 NE/4, N/2 SE/4, SE/4 NW/4
AND THE SE/4 SW/4 OF SECTION 28
DEPTH A - AS TO ALL DEPTHS

**09NMO02716/000**
TRACT 01
T 18 S R 29 E
SEC 36
40.000 ACS BEING THE NE/4 SW/4 OF SECTION 36

**09NMO02720/003**
TRACT 01
T 20 S R 27 E
SEC 8
160.000 ACS BEING THE SW/4 OF SECTION 8

**09NMO02720/004**
TRACT 01
T 20 S R 27 E
SEC 8
160.000 ACS BEING THE SW/4 OF SECTION 8

**09NMO02721/000**
TRACT 01
T 16 S R 30 E
SEC 6
624.60 ACS BEING LOTS 9 THROUGH 18, E/2 SW/4 AND
THE SE/4 OF SECTION 6
SEC 7
385.260 ACS BEING LOTS 1 THROUGH 4, NE/4 AND THE
E/2 NW/4 OF SECTION 7
SEC 18
145.580 ACS BEING LOTS 1, 2, 3 AND 4 OF SECTION 18
SEC 19
505.880 ACS BEING LOTS 1, 2, 3 AND 4; S/2 NE/4,
SE/4 NW/4, E/2 SW/4 AND SE/4 OF SECTION 19

.00000000

FDCC-TENNECO ACQUISITION
NEW MEXICO
SCHEDULE OF

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | NET ACRES | CO NET ACS | LSE DTE | RECORDED | EXPIRE DTE | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O9NMOO2721/000 TRACT 02 T 16 S R 30 E SEC 7 SEC 18 SEC 19 240.000 ACS BEING THE E/2 SW/4 AND SE/4 OF SECTION 7 480 ACS BEING THE E/2 AND E/2 W/2 OF SECTION 18 120.000 ACS BEING THE N/2 NE/4 AND NE/4 NW/4 SECTION 19 | USA NM 030-OO7724 HENSHAW GRAYBURG, W(TN#290181) | | HARRY LEONARD | NM EDDY | 840.000 | | | 12/01/1954 | 12/01/1954 VOL 075, PG 074 | | 1.000000000 | .125000 | .050000 |
| O9NMOO2729/000 TRACT 01 T 17 S R 28 E SEC 34 80.000 ACS BEING THE NW/4 NE/4 AND NE/4 NW/4 OF SEC-34 DEPTH A - 2,300' TO BASE OF LOVINGTON SAND DEPTH B - BELOW BASE OF LOVINGTON SAND DEPTH C - SURFACE TO 2,300' | ST OF NM E-7116 ARTESIA | | STANOLIND OIL & GAS CO. (TN#290308) | NM EDDY | 80.000 | 80.000 | 60.000 | 05/11/1953 00055 P-521 | 05/11/1963 | | .75000000 | .125000 | .187500 |
| O9NMOO2742/000 TRACT 01 T 17 S R 28 E SEC 7 160.000 ACS BEING THE SE/4 OF SECTION 7 | STATE OF NEW MEXICO B-4575 RED LAKE EMPIRE FLD(TN#290138) | | MARCIE HERTZMARKC | NM EDDY | 160.000 | 160.000 | 80.000 | 07/10/1935 V-057 P-203 | 07/10/2099 | | .50000000 | .125000 | .000000 |
| O9NMOO2742/000 TRACT 02 T 17 S R 28 E SEC 28 40.000 ACS BEING THE SE/4 SW/4 OF SECTION 28 DEPTH A - DEPTHS BELOW 2,050' DEPTH B - FROM SURFACE TO 2,050' | STATE OF NEW MEXICO B-4575 RED LAKE EMPIRE FLD(TN#290138) | | MARCIE HERTZMARKC | NM EDDY | 40.000 | 40.000 | 20.000 | 07/10/1935 V-057 P-203 | 07/10/2099 | | .50000000 | .125000 | .017500 |
| O9NMOO2742/000 TRACT 03 T 17 S R 28 E SEC 28 40.000 ACS BEING THE SE/4 SE/4 OF SECTION 28 DEPTH A - DEPTHS BELOW 6,900' DEPTH B - FROM 2,200' TO 6,900' DEPTH B - FROM SURFACE TO 2,200' | STATE OF NEW MEXICO B-4575 RED LAKE EMPIRE FLD(TN#290138) | | MARCIE HERTZMARKC | NM EDDY | 40.000 | 40.000 | 20.000 | 07/10/1935 V-057 P-203 | 07/10/2099 | | .50000000 | .125000 | .000000 |
| O9NMOOC ^/000 | STATE OF NEW MEXICO B-4575 | | MARCIE HERTZMARK | | | 07/10/1935 | 07/10/2099 | | | | .00000000 | | |

COMPANY  009
STATE    NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| O9NM002742/000 | STATE OF NEW MEXICO B-4575 | RED LAKE EMPIRE FLD(TN#290138) | MARCIE HERTZMARKC | NM EDDY | 40.000 | 07/10/1935 V-057 P-203 40.000 | 07/10/2099 20.000 | .50000000 | .125000 | .017500 |
| | | | | | | | | .00000000 | | .000000 |
| O9NM002742/000 | STATE OF NEW MEXICO B-4575 | RED LAKE EMPIRE FLD(TN#290138) | MARCIE HERTZMARKC | NM EDDY | 40.000 | 07/10/1935 V-057 P-203 40.000 | 07/10/2099 20.000 | .50000000 | .125000 | .000000 |
| | | | | | | | | .00000000 | | |
| O9NM002742/000 | STATE OF NEW MEXICO B-4575 | RED LAKE EMPIRE FLD(TN#290138) | MARCIE HERTZMARKC | NM EDDY | 40.000 | 07/10/1935 V-057 P-203 40.000 | 07/10/2099 20.000 | .50000000 | .125000 | .000000 |
| | | | | | | | | .00000000 | | |
| O9NM002743/000 | STATE OF NEW MEXICO B-11538 | RED LAKE EMPIRE FLD(TN#290138) | SOUTHERN UNION GAS | NM EDDY | 40.000 | 10/10/1944 V-057 P-203 40.000 | 10/10/2099 20.000 | .50000000 | .125000 | .000000 |
| | | | | | | | | .00000000 | | |
| O9NM002743/000 | STATE OF NEW MEXICO B-11538 | RED LAKE EMPIRE FLD(TN#290138) | SOUTHERN UNION GAS | NM EDDY | 40.000 | 10/10/1944 V-052 P-484 40.000 | 10/10/2099 20.000 | .50000000 | .125000 | .000000 |
| | | | | | | | | .00000000 | | |

**TRACT 04**
T 17 S  R 28 E
SEC 29
40.000 ACS BEING THE NE/4 SE/4 OF SECTION 29
DEPTH A - FROM SURFACE TO 5,000'
DEPTH B - DEPTHS BELOW 5,000'

**TRACT 05**
T 17 S  R 28 E
SEC 28
40.000 ACS BEING THE SW/4 SW/4 OF SECTION 28
DEPTH A - DEPTHS BELOW 6,157'
DEPTH B - FROM SURFACE TO 6,157'

**TRACT 06**
T 17 S  R 28 E
SEC 19
40.000 ACS BEING THE NE/4 SW/4 OF SECTION 19
DEPTH A - FROM SURFACE TO 2,500'
DEPTH B - DEPTHS BELOW 2,500'

**TRACT 07**
T 17 S  R 28 E
SEC 33
40.000 ACS BEING THE NW/4 NW/4 OF SECTION 33
DEPTH A - DEPTHS BELOW 6,315'
DEPTH B - FROM 2,100' TO 6,315'  (SOLD PER MS-020)
DEPTH C - FROM SURFACE TO 2,100'

**TRACT 01**
T 17 S  R 27 E
SEC 36
40.000 ACS BEING THE NE/4 NE/4 OF SECTION 36
DEPTH A - DEPTHS BELOW 650'
DEPTH B - SURFACE TO 650'

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | NET ACRES | LSE DTE RECORDED | CO NET ACS | EXPIRE DTE | CORP WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**09NN002743/000** STATE OF NEW MEXICO B-11538 — RED LAKE EMPIRE FLD(TN#290138) — SOUTHERN UNION GAS — NM EDDY
TRACT 02
T 17 S R 27 E
SEC 36
40.000 ACS BEING THE NE/4 NW/4 OF SECTION 36
DEPTH A - DEPTHS BELOW 2,000'
DEPTH B - SURFACE TO 2,000'

GROSS ACRES 40.000 · NET ACRES 40.000 · V-052 P-484 · CO NET ACS 20.000 · .50000000 · .125000 · .000000

**09NN002743/000** STATE OF NEW MEXICO B-11538 — RED LAKE EMPIRE FLD(TN#290138) — SOUTHERN UNION GAS — NM EDDY
TRACT 03
T 17 S R 27 E
SEC 36
40.000 ACS BEING THE NW/4 SW/4 OF SECTION 36
DEPTH A - FROM 2,278' TO 3,000'
DEPTH B - FROM 3,000' TO 5,950'
DEPTH C - FROM SURFACE TO 2,278'
DEPTH D - FROM 5,950' TO 9,986' (CHALK BLUFF "36" #1)

GROSS ACRES 40.000 · 10/10/1944 10/10/2099 V-052 P-484 · CO NET ACS 20.000 · .50000000 · .125000 · .000000

**09NN002743/000** STATE OF NEW MEXICO B-11538 — RED LAKE EMPIRE FLD(TN#290138) — SOUTHERN UNION GAS — NM EDDY
TRACT 04
T 17 S R 28 E
SEC 30
40.000 ACS BEING THE SW/4 NE/4 OF SECTION 30
DEPTH A - DEPTHS BELOW 9,833'
DEPTH B - FROM 3,000' TO 9,833'
DEPTH C - SURFACE TO 9,833'

GROSS ACRES 40.000 · 10/10/1944 10/10/2099 V-052 P-484 · CO NET ACS .000 · .50000000 · .125000 · .000000

**09NN002743/000** STATE OF NEW MEXICO B-11538 — RED LAKE EMPIRE FLD(TN#290138) — SOUTHERN UNION GAS — NM EDDY
TRACT 05
T 17 S R 28 E
SEC 30
40.000 ACS BEING THE SE/4 NW/4 OF SECTION 30
DEPTH A - DEPTHS BELOW 9,833'
DEPTH B - SURFACE TO 650'
DEPTH C - FROM 650' TO 9,833'

GROSS ACRES 40.000 · 10/10/1944 10/10/2099 V-052 P-484 · CO NET ACS 20.000 · .50000000 · .125000 · .000000

**09NN002743/000** STATE OF NEW MEXICO B-11538 — RED LAKE EMPIRE FLD(TN#290138) — SOUTHERN UNION GAS — NM EDDY
TRACT 06
T 17 S R 28 E
SEC 30
40.000 ACS BEING THE NE/4 SW/4 OF SECTION 30
DEPTH A - DEPTHS BELOW 650'
DEPTH B - SURFACE TO 650'

GROSS ACRES 40.000 · CO NET ACS 20.000 · .50000000 · .125000 · .000000

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY GROSS ACRES | LSE DTE RECORDED NET ACRES CO | EXPIRE DTE NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|
| 09NMO02743/000 TRACT 07 | STATE OF NEW MEXICO T 17 S R 28 E SEC 29 | B-1153B RED LAKE EMPIRE FLD(TN#290138) | SOUTHERN UNION GAS NM EDDY | 80.000 | 10/10/1944 V-052 P-484 80.000 | 10/10/2099 .000 | .00000000 .00000000 | .125000 | .000000 |
| | 80.000 ACS BEING THE NE/4 NW/4 AND NW/4 NE/4 OF SEC-29 DEPTH B - DEPTHS BELOW 2,500' DEPTH B - SURFACE TO 2,500' | | | | | | | | |
| 09NMO02743/000 TRACT 10 | STATE OF NEW MEXICO T 17 S R 28 E SEC 34 | B-1153B RED LAKE EMPIRE FLD(TN#290138) | SOUTHERN UNION GAS NM EDDY | 80.000 | 10/10/1944 V-052 P-484 80.000 | 10/10/2099 40.000 | .50000000 | .125000 | .000000 |
| | 80.000 ACS BEING THE SW/4 SE/4 AND SE/4 SE/4 OF SEC-34 DEPTH A - DEPTHS BELOW 6,399' DEPTH B - FROM 2,500' TO 6,399' DEPTH C - SURFACE TO 2,500' | | | | | | | | |
| 09NMO02743/000 TRACT 10 | STATE OF NEW MEXICO T 17 S R 28 E SEC 32 | B-1153B RED LAKE EMPIRE FLD(TN#290138) | SOUTHERN UNION GAS NM EDDY | 40.000 | 10/10/1944 V-052 P-484 40.000 | 10/10/2099 5.000 | .12500000 .125000 | .125000 | .125000 |
| | 40.000 ACS BEING THE SW/4 SE/4 AND SE/4 SE/4 OF SECTION 32 DEPTH A - FROM 2,193' TO 6,315' DEPTH B - DEPTHS BELOW 6,315' (DANGER 32 STATE COM SOLD TO M. BRAD BENNETT, INC.) DEPTH C - SURFACE TO 2,193' | | | | | | | | |
| 09NMO02744/000 TRACT 10 | STATE OF NEW MEXICO T 17 S R 28 E SEC 22 | E-135-4 RED LAKE EMPIRE FLD(TN#290138) | SOUTHERN UNION GAS NM EDDY | 40.000 | 02/10/1945 V-052 P-489 40.000 | 02/10/2099 20.000 | .50000000 | .050000 | .000000 |
| | 40.000 ACS BEING THE SE/4 SW/4 OF SECTION 22 DEPTH A - DEPTHS BELOW 3,075' DEPTH B - FROM SURFACE TO 3,075' | | | | | | | | |
| 09NMO02744/000 TRACT 02 | STATE OF NEW MEXICO T 17 S R 27 E SEC 25 | E-135-4 RED LAKE EMPIRE FLD(TN#290138) | SOUTHERN UNION GAS CO. NM EDDY | 40.000 | 02/10/1945 V-052 P-489 40.000 | 02/10/2099 20.000 | .50000000 | .000000 | .000000 |
| | 40.000 ACS BEING THE NE/4 NE/4 OF SECTION 25 | | | | | | | | |

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

**09NM002744/000  TRACT 03** — STATE OF NEW MEXICO E-135-4 — RED LAKE EMPIRE FLD(TN#290138) — SOUTHERN UNION GAS CO. — NM EDDY
T 17 S  R 28 E
SEC 27

| GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|
| 40.000 | 02/10/1945  V-052 P-489  40.000 | 02/10/2099  20.000 | .50000000 | .000000 | .000000 |
| | | | .00000000 | .000000 | .000000 |

DEPTH A - BELOW A DEPTH OF 650'
DEPTH B - FROM SURFACE TO 650'

---

**09NM002744/000  TRACT 04** — STATE OF NEW MEXICO E-135-4 — RED LAKE EMPIRE FLD(TN#290138) — SOUTHERN UNION GAS CO. — NM EDDY
T 17 S  R 28 E
SEC 27

| GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|
| 40.000 | 02/10/1945  V-052 P-489  40.000 | 02/10/2099  20.000 | .50000000 | .000000 | .000000 |
| | | | .00000000 | .000000 | .000000 |

40.000 ACS BEING THE SE/4 SW/4 OF SECTION 27
DEPTH A - BELOW A DEPTH OF 6,373'
DEPTH B - FROM SURFACE TO 2,225'
DEPTH C - FROM 2,225' TO 3,154' (COCKATOO STATE #1 AND #2 SOLD TO WILLOWBROOK RESOURCES)
DEPTH D - FROM 3,154' TO 6,373'

---

**09NM002744/000  TRACT 04** — STATE OF NEW MEXICO E-135-4 — RED LAKE EMPIRE FLD(TN#290138) — SOUTHERN UNION GAS CO. — NM EDDY
T 17 S  R 28 E
SEC 28

| GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|
| 40.000 | 02/10/1945  V-052 P-489  40.000 | 02/10/2099  .000 | .00000000 | .000000 | .000000 |
| | | | .00000000 | .000000 | .000000 |

40.000 ACS BEING THE NE/4 SW/4 OF SECTION 28
DEPTH A - FROM SURFACE TO 5,000'
DEPTH B - BELOW A DEPTH OF 5,000'

---

**09NM002745/000  TRACT 02** — STATE OF NEW MEXICO B-4456-14 — RED LAKE EMPIRE FLD(TN#290138) — MANUEL A. SANCHEZ — NM EDDY
T 17 S  R 28 E
SEC 14

| GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|
| 80.000 | 06/10/1935  V-080 P-151  80.000 | 06/10/2099  .000 | .00000000 | .125000 | .000000 |
| | | | .00000000 | .000000 | .000000 |

80.000 ACS BEING THE S/2 NE/4 OF SECTION 14
DEPTH A - ALL DEPTHS

---

**09NM002745/000  TRACT 02** — STATE OF NEW MEXICO B-4456-14 — RED LAKE EMPIRE FLD(TN#290138) — MANUEL A. SANCHEZ — NM EDDY
T 17 S  R 28 E
SEC 24

| GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|
| 40.000 | 06/10/1935  V-080 P-151  40.000 | 06/10/2099  .000 | .00000000 | .125000 | .000000 |

40.000 ACS BEING THE NW/4 NW/4 OF SECTION 24
DEPTH A - SURFACE TO 2,300'
DEPTH B - DEPTHS FROM 2,300' TO 10,896'
DEPTH C - ALL DEPTHS BELOW 10,896'

---

**09NM002745/000  TRACT 03** — STATE OF NEW MEXICO B-4456-14 — RED LAKE EMPIRE FLD(TN#290138) — MANUEL A. SANCHEZ — NM EDDY
T 17 S  R 28 E

| GROSS ACRES | LSE DTE / RECORDED / NET ACRES | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|
| 120.000 | 06/10/1935  V-080 P-151  120.000 | 06/10/2099  .000 | .00000000 | .125000 | .000000 |

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | NET ACRES | LSE DTE RECORDED | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|

SEC     19
120.000 ACS BEING THE N/2 SE/4 AND SW/4 SE/4 OF SEC-19
DEPTH A - SURFACE TO 2,500'
DEPTH B - BELOW 2,500'
.00000000

09NMO02745/000   STATE OF NEW MEXICO B-4456-14   MANUEL A. SANCHEZ   NM EDDY
TRACT 01
T 19 S R 28 E
SEC     35
120.000 ACS BEING THE S/2 SE/4 AND SE/4 SW/4 OF SEC-35
DEPTH A - SURFACE TO 2,700'
DEPTH B - BELOW 2,700'
GROSS 120.000   NET 120.000   LSE DTE 06/10/1935 V-080 P-151   EXPIRE DTE 06/10/2099   CO NET ACS .000   CORP-WRK .00000000   ROYALTY .125000   ORRI .000000

09NMO02746/000   STATE OF NEW MEXICO B-3627-38   TENNECO OIL CO. (TN#294166)   NM EDDY
TRACT 01
T 17 S R 31 E
SEC     30
65.730 ACS BEING LOT 1 (32.81 ACS), LOT 2 (32.92 ACS)
(A/K/A THE W/2 NW/4) OF SECTION 30
GROSS 65.730   NET 65.730   LSE DTE 12/10/1934   EXPIRE DTE 12/10/2099   CO NET ACS 32.865   CORP-WRK .50000000   ROYALTY .125000   ORRI .054688

09NMO02747/000   USA NM LC 071-029358-0 LUSK-EDDY   CHARLES E. JONES (TN#290130)   NM EDDY
TRACT 01
T 19 S R 31 E
SEC     24
40.000 ACS BEING THE SE/4 NE/4 OF SECTION 24
DEPTH A - DEPTHS BELOW 4,500'
DEPTH B - SURFACE TO 2,700'
DEPTH C - FROM 2,700' TO 4,500'
GROSS 40.000   NET 40.000   LSE DTE 01/01/1940   EXPIRE DTE 01/01/2099   CO NET ACS .000   CORP-WRK .00000000   ROYALTY .125000   ORRI .000000

09NMO02747/000   USA NM LC 071-029358-0 LUSK-EDDY   CHARLES E. JONES (TN#290130)   NM EDDY
TRACT 02
T 19 S R 31 E
SEC     24
200.000 ACS BEING THE NE/4 NE/4 AND SE/4 OF SECTION 24
DEPTH A - DEPTHS BELOW 4,500'
DEPTH B - SURFACE TO 4,500'
GROSS 200.000   NET 200.000   LSE DTE 01/01/1940   EXPIRE DTE 01/01/2099   CO NET ACS .000   CORP-WRK .00000000   ROYALTY .125000   ORRI .000000

09NMO02748/000   USA NM 029-0107697 LUSK-EDDY   CHARLES E. JONES (TN#290130)   NM EDDY
TRACT 01
T 19 S R 32 E
SEC     30
40.840 ACS BEING LOT 1 (NW/4 NW/4) OF SECTION 30
GROSS 40.840   NET 40.840   LSE DTE 01/01/1940   EXPIRE DTE 01/01/2099   CO NET ACS 40.840   CORP-WRK 1.00000000   ROYALTY .125000   ORRI .050000

COMPANY  OO9
STATE    NM

FDGC-TENNECO ACQUISITION
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | LSE DTE RECORDED | EXPIRE DTE | GROSS ACRES / NET ACRES / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

**O9NM002748/000** USA NM 029-O1O7697 — LUSK-EDDY — CHARLES E. JONES (TNM290130) NM EDDY
TRACT O1
T 19 S R 32 E
SEC 30
40.68 ACS BEING LOT 2 (SW/4 NW/4) OF SECTION 30
DEPTH A: ALL DEPTHS BELOW BASE OF BONE SPRINGS EXCEPT STRAWN
DEPTH B: STRAWN FORMATION
DEPTH C: SURFACE TO THE TOP OF THE BONE SPRINGS FORMATION (SOLD GECKO FEDERAL TO YATES PET.)
DEPTH A:  ALL DEPTHS EXCEPT STRAWN FORMATION
DEPTH B:  STRAWN FORMATION ONLY
01/01/1940   01/01/2099
GROSS 40.680   NET N/A   CO NET 40.680   1.00000000
.00000000   .125000   .050000

**O9NM002750/000** STATE OF NEW MEXICO B-2178-16 VAN THOMPSON — RED LAKE EMPIRE FLD(TNM290138) NM EDDY
TRACT O1
T 17 S R 28 E
SEC 2
198.480 ACS BEING THE N/2 NW/4, SW/4 NW/4 AND THE E/2 SW/4 OF SECTION 2
TCC AND CONOCO OWN OIL AND GAS RIGHTS AS TO LOT 4 (NW/4 NW/4) AND SE/4 SW/4
TCC AND CONOCO OWN GAS RIGHTS ONLY AS TO LOT 3 (NE/4 NW/4), NE/4 SW/4 AND SW/4 NW/4
SEC 4
119.540 ACS BEING LOT 3 (NE/4 NW/4) AND THE W/2 SW/4 OF SECTION 4
SEC B
240.000 ACS BEING THE SE/4 AND S/2 NE/4 OF SECTION B
10/10/1933   N/A   10/10/2000
GROSS 558.020   NET 558.020   CO NET 279.010
.50000000   .125000   .000000

**O9NM002750/000** STATE OF NEW MEXICO B-2178-16 VAN THOMPSON — RED LAKE EMPIRE FLD(TNM290138) NM EDDY
TRACT O2
T 17 S R 28 E
SEC 2
40.000 ACS BEING THE SE/4 NW/4 OF SECTION 2
DEPTH A - SURFACE TO 1,689' AS TO GAS RIGHTS ONLY
DEPTH B - BELOW 1,689' AS TO GAS RIGHTS ONLY
10/10/1933   N/A   10/10/2000
GROSS 40.000   NET 40.000   CO NET .000
.00000000   .125000   .000000

**O9NM002750/000** STATE OF NEW MEXICO B-2178-16 VAN THOMPSON — RED LAKE EMPIRE FLD(TNM290138) NM EDDY
TRACT O3
T 17 S R 28 E
SEC 20
160.000 ACS BEING THE SW/4 OF SECTION 20
10/10/1933   N/A   10/10/2000
GROSS 160.000   NET 160.000   CO NET .000
.00000000   .125000   .000000

COMPANY    OO9
STATE    NM

DATE  03 30 99    PAGE    21
FOCC-TENNECO ACQUISITION
SCHEDULE OF
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CD NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|

**O9NNO02751/000  STATE OF NEW MEXICO B-1969-25  VAN P. WELCH, JR.**
TRACT 01  RED LAKE EMPIRE FLD(TN#290138)  NM EDDY
T 17 S  R 28 E
SEC  21
DEPTH A - DEPTHS BELOW 10,120'
DEPTH B - FROM 2,500' TO 10,120'
DEPTH C - FROM SURFACE TO 2,500'

Gross Acres: 40.000  |  LSE DTE: 06/10/1933  Recorded: 06/10/1900  Net Acres: N/A 40.000  |  Expire: — CD NET ACS: .000  |  .00000000  |  .125000  |  .000000

**O9NNO02752/000  USA NM-LC-048479-A  DELHI TAYLOR OIL CORP.**
TRACT 01  RED LAKE EMPIRE FLD(TN#290138)  NM EDDY
T 17 S  R 28 E
SEC  20
DEPTH A - BELOW 2,500'
DEPTH B - SURFACE TO 2,500'

Gross Acres: 40.000  |  LSE DTE: 09/01/1969  Recorded: 09/01/1900  Net Acres: N/A 40.000  |  Expire: 09/01/1999  CD NET ACS: .000  |  .00000000  |  .125000  |  .075000

**O9NNO02752/000  USA NM-LC-048479-A  DELHI TAYLOR OIL CORP.**
TRACT 01  RED LAKE EMPIRE FLD(TN#290138)  NM EDDY
T 17 S  R 28 E
SEC  20
40.000 ACS BEING THE NW/4 NE/4 OF SECTION 20
DEPTH A - DEPTHS BELOW 2,500'
DEPTH B - FROM SURFACE TO 2,500'

Expire CD NET ACS: .0000000  |  .00000000  |  .125000  |  .075000

**O9NNO02752/000  USA NM-LC-048479-A  DELHI TAYLOR OIL CORP.**
TRACT 02  RED LAKE EMPIRE FLD(TN#290138)  NM EDDY
T 17 S  R 28 E
SEC  20
40.000 ACS BEING THE SE/4 NW/4 OF SECTION 20
DEPTH A - BELOW 10,120'
DEPTH B - FROM SURFACE TO 2,500'
DEPTH C - FROM 2,500' TO 10,120'

Gross Acres: 40.000  |  LSE DTE: 09/01/1969  Recorded: 09/01/1900  Net Acres: N/A 40.000  |  Expire: 09/01/1999  CD NET ACS: .000  |  .00000000  |  .125000  |  .075000

**O9NNO02753/000  USA NM-LC 071-028456-O  VAN P. WELCH, JR.**
TRACT 01  RED LAKE EMPIRE FLD(TN#290138)  NM EDDY
T 17 S  R 28 E
SEC  20
40.000 ACS BEING THE SE/4 SE/4 OF SECTION 19
DEPTH A - SURFACE TO 2,500'
DEPTH D - BELOW 2,500'
SEC  20
40.000 ACS BEING THE SE/4 NE/4 OF SECTION 20
DEPTH A - ALL DEPTHS AS TO GAS RIGHTS ONLY
DEPTH B - ALL DEPTHS AS TO OIL RIGHTS ONLY

Gross Acres: 80.000  |  LSE DTE: 12/30/1938  Recorded: 12/30/1900  Net Acres: N/A 80.000  |  Expire: 12/30/2099  CD NET ACS: .000  |  .00000000  |  .125000  |  .090000

**O9NNO02754/000  USA NM-LC-048479-B  DELHI-TAYLOR OIL CORP.**
TRACT 01  RED LAKE EMPIRE FLD(TN#290138)  NM EDDY
T 17 S  R 28 E

Gross Acres: 80.000  |  LSE DTE: 11/01/1961  V-122  11/01/1900  P-563  Net Acres: 80.000  |  Expire: 11/01/2099  CD NET ACS: .000  |  .00000000  |  .125000  |  .000000

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES / NET ACRES | LSE DTE | RECORDED | EXPIRE DTE / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| O9NMO02755/000 | USA NM-048345 | RED LAKE EMPIRE FLD(TN#290138) | DELHI-TAYLOR OIL CORP. | NM EDDY | 40.000 / 40.000 | 11/01/1961 | N/A | 10/31/2011 / 20.000 | .50000000 | .125000 | .000000 |
| | | | | | 40.000 / 40.000 | | | / | .50000000 | .125000 | .000000 |
| O9NMO02756/000 | USA NEW MEXICO NM-048342 | RED LAKE EMPIRE FLD(TN#290138) | DELHI-TAYLOR OIL CORP. | NM EDDY | 399.740 / 399.740 | 12/01/1968 | V-104 P-215 | 12/01/2018 / 199.870 | .50000000 | .125000 | .000000 |
| O9NMO02757/000 | ST OF NM 647-386 | RED LAKE EMPIRE FLD(TN#290138) | MARTIN YATES, JR. | NM EDDY | 40.000 / 40.000 | 11/14/1922 | N/A | 11/14/2099 / .000 | .00000000 | .125000 | .000000 |
| O9NMO02758/000 | ST OF NM B-5084 | RED LAKE EMPIRE FLD(TN#290138) | CHARLES A PIATT | NM EDDY | 40.000 / 40.000 | 10/10/1935 | N/A | 10/10/2099 / .000 | .00000000 | .125000 | .000000 |
| O9NMO02759/000 | USA NM-LC 071-048491-A | DAUGHERTY (TN#290149) | EUGENE E. NEARBURG | NM EDDY | 120.000 / 120.000 | 04/01/1969 | N/A | 04/01/1999 / .000 | .00000000 | .125000 | .000000 |

**O9NMO02755/000 — TRACT 01, T 17 S R 28 E, SEC 20**
- 80.000 ACS BEING THE NE/4 AND SW/4 NW/4 OF SEC-20
  - DEPTH A - DEPTHS BELOW 10,120'
  - DEPTH B - FROM 2,500' TO 10,120'
  - DEPTH C - FROM SURFACE TO 2,500'
- 40.000 ACS BEING THE NW/4 NW/4 OF SECTION 20

**O9NMO02756/000 — TRACT 01, T 16 S R 28 E, SEC 33**
- 280.000 ACS BEING THE NE/4 NE/4, S/2 NE/4, SW/4 NW/4, W/2 SW/4 AND THE NE/4 SW/4 OF SECTION 33
  - DEPTH A - DEPTHS BELOW 2,500'
  - DEPTH B - FROM SURFACE TO 2,500'
- T 17 S R 28 E, SEC 4
  - 119.740 ACS BEING LOT 4 AND S/2 NW/4 OF SECTION 4

**O9NMO02757/000 — TRACT 01, T 17 S R 28 E, SEC 29**
- 40.000 ACS BEING THE NW/4 NW/4 OF SECTION 29
  - DEPTH A - DEPTHS BELOW 2,500'
  - DEPTH B - FROM SURFACE TO 2,500'

**O9NMO02758/000 — TRACT 01, T 17 S R 28 E, SEC 29**
- 40.000 ACS BEING THE NE/4 NE/4 OF SECTION 29
  - DEPTH A - SURFACE TO 2,500'
  - DEPTH B - DEPTHS BELOW 2,500'

**O9NMO02759/000 — TRACT 01, T 17 S R 27 E, SEC 13**
- 120.000 ACS BEING THE W/2 NE/4 AND SE/4 NE/4 OF SEC-13
  - DEPTH A - DEPTHS BELOW 3,000'
  - DEPTH B - FROM SURFACE TO 3,000'

| COMPANY | 009 | | | | | | | LSE DTE | EXPIRE DTE | | | |
| STATE | NM | | | | | | | RECORDED | | | | |
| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | NET ACRES | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**09NM002760/000**  USA NM 029-02931  R. D. COLLIER (TNM290149)  NM EDDY
TRACT 01
T 17 S  R 27 E
SEC 13
160.000 ACS BEING THE NW/4 OF SECTION 13

| GROSS ACRES | 160.000 |
| LSE DTE | 04/01/1959 |
| RECORDED | N/A |
| EXPIRE DTE | 04/01/2099 |
| NET ACRES | 160.000 |
| CO NET ACS | .000 |
| CORP-WRK INTEREST | .00000000 |
| ROYALTY INTEREST | .125000 |
| ORRI | .000000 |

**09NM002762/000**  USA NM-LC 071-0476339-A  BOB JOHNSON (TNM290137)  NM EDDY
TRACT 01
T 18 S  R 31 E
SEC 14
280.000 ACS BEING THE NE/4, SE/4 NW/4, NE/4 SE/4 AND THE NW/4 SE/4 OF SECTION 14

| GROSS ACRES | 280.000 |
| LSE DTE | 12/01/1958 |
| EXPIRE DTE | 12/01/2099 |
| RECORDED | V-092 P-370 |
| NET ACRES | 280.000 |
| CO NET ACS | .000 |
| CORP-WRK INTEREST | .00000000 |
| ROYALTY INTEREST | .125000 |
| ORRI | .000000 |

**09NM002783/000**  ST OF NM E-6947-7  SHUGART-EDDY  M. A. MACHRIS (TNM290137)  NM EDDY
TRACT 01
T 18 S  R 31 E
SEC 32
120.000 ACS BEING THE NW/4 NW/4, SE/4 NW/4 AND SE/4 SW/4

| GROSS ACRES | 160.000 |
| LSE DTE | 10/13/1970 |
| EXPIRE DTE | 02/10/2099 |
| RECORDED | V-100 P-396 |
| NET ACRES | 160.000 |
| CO NET ACS | 80.000 |
| CORP-WRK INTEREST | .50000000 |
| ROYALTY INTEREST | .125000 |
| ORRI | .062500 |

**09NM002783/000**  ST OF NM E-6947-7  SHUGART-EDDY  M. A. MACHRIS (TNM290137)  NM EDDY
TRACT 02
T 18 S  R 31 E
SEC 32
120.000 ACS BEING THE NE/4 NW/4 OF SECTION 32
DEPTH A - BELOW THE QUEEN FORMATION
DEPTH B - SURFACE TO THE QUEEN FORMATION
40.000 ACS BEING THE NE/4 NW/4 OF SECTION 32
DEPTH A - BELOW A DEPTH OF 3,676'
DEPTH B - SURFACE TO A DEPTH OF 3,676'

| GROSS ACRES | 120.000 |
| LSE DTE | 10/13/1970 |
| EXPIRE DTE | 02/10/2099 |
| RECORDED | V-100 P-396 |
| NET ACRES | 120.000 |
| CO NET ACS | 60.000 |
| CORP-WRK INTEREST | .50000000 |
| ROYALTY INTEREST | .125000 |
| ORRI | .062500 |

**09NM002785/000**  USA NEW MEXICO LC-061670  CEDAR LAKE  TENNECO OIL CO. ET AL (TNM294166)  NM EDDY
TRACT 01
T 17 S  R 30 E
SEC 25
120.000 ACS BEING THE SW/4 SE/4 AND THE E/2 SE/4 OF SECTION 25
DEPTH A:  BELOW 11,747'
DEPTH B:  SURFACE TO 11,747' (LAGUNA CEDRO ADM FED COM SOLD TO MOUNTAIN STATES PETROLEUM)

| GROSS ACRES | 120.000 |
| LSE DTE | 01/01/1958 |
| EXPIRE DTE | 01/01/2018 |
| RECORDED | V-144 P-117 |
| NET ACRES | 120.000 |
| CO NET ACS | 30.000 |
| CORP-WRK INTEREST | .25000000 |
| ROYALTY INTEREST | .125000 |
| ORRI | .000000 |

**09NM0027^^/000**  USA NM-LC O 28375 A  TENNECO OIL COMPA''
LSE DTE 04/01/1967   EXPIRE DTE 04/01/2017

| COMPANY STATE | LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OO9 NM | | | | | | | | | | | |
| | 09NMO02786/000 | USA NM-LC O 28375 A | DAUGHERITY | (TIN#290149) | NM EDDY | 280.580 | 04/01/1967 N/A 280.580 | 04/01/2017 84.174 | .30000000 | .125000 | .100000 |
| | TRACT 01 | | | | | | | | | | |
| | T 17 S  R 27 E | | | | | | | | | | |
| | SEC 3 | | | | | | | | | | |
| | 280.580 ACS BEING LOT 1, S/2 NE/4 AND THE SE/4 OF SECTION 3 AS TO ALL DEPTHS | | | | | | | | | | |
| | 09NMO02787/000 | USA NEW MEXICO LC-028375-B | DAUGHERITY | THREE STATES ET AL (TIN#290149) | NM EDDY | 603.240 | 02/01/1969 N/A 603.240 | 02/01/1999 301.620 | .50000000 | .125000 | .025000 |
| | TRACT 01 | | | | | | | | | | |
| | T 17 S  R 27 E | | | | | | | | | | |
| | SEC 4 | | | | | | | | | | |
| | 242.820 ACS BEING LOTS 2, 3, 4, SW/4 NE/4, S/2 NW/4, | | | | | | | | | | |
| | SEC 5 | | | | | | | | | | |
| | 240.000 ACS BEING THE SE/4 NE/4, S/2 SW/4, S/2 SE/4 AND THE NW/4 SE/4 OF SECTION 5 | | | | | | | | | | |
| | SEC 6 | | | | | | | | | | |
| | 80.420 ACS BEING LOT 1 AND THE SE/4 NE/4 OF SECTION 6 | | | | | | | | | | |
| | SEC 14 | | | | | | | | | | |
| | 40.000 ACS BEING THE NW/4 SE/4 OF SECTION 14 | | | | | | | | | | |
| | SURFACE TO THE BASE OF THE MORROW FORMATION | | | | | | | | | | |
| | 09NMO02787/000 | USA NEW MEXICO LC-028375-B | DAUGHERITY | THREE STATES ET AL (TIN#290149) | NM EDDY | 280.000 | 02/01/1969 N/A 280.000 | 02/01/1999 .000 | .00000000 | .125000 | |
| | TRACT 02 | | | | | | | | | | |
| | T 17 S  R 27 E | | | | | | | | | | |
| | SEC 4 | | | | | | | | | | |
| | S/2 SW/4 AND N/2 SE/4 | | | | | | | | | | |
| | SEC 9 | | | | | | | | | | |
| | BEING NE/4 NW/4 AND N/2 NE/4 | | | | | | | | | | |
| | 09NMO02787/000 | USA NEW MEXICO LC-028375-B | DAUGHERITY | THREE STATES ET AL (TIN#290149) | NM EDDY | 122.180 | 02/01/1969 N/A 122.180 | 02/01/1999 36.654 | .30000000 | .125000 | .100000 |
| | TRACT 03 | | | | | | | | | | |
| | T 17 S  R 27 E | | | | | | | | | | |
| | SEC 3 | | | | | | | | | | |
| | 122.18 ACS MOL BEING LOTS 2 3 & 4 | | | | | | | | | | |

FGCC-TENNECO ACQUISITION
NEW MEXICO

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|

SURFACE TO THE BASE OF THE MORROW FORMATION  .00000000

---

09NM002787/000   USA NEW MEXICO LC-028375-B   THREE STATES ET AL   NM EDDY   200.000
TRACT 04   DAUGHERTY   (TN#290149)
T 17 S R 27 E
SEC 10
40 ACS MOL BEING THE NE/4NE/4
SURFACE TO THE BASE OF THE MORROW FORMATION
SEC 11
160 ACS MOL BEING THE SE/4SW/4, NW/4NW/4 AND S/2SE/4
SURFACE TO THE BASE OF THE MORROW FORMATION

02/01/1969   02/01/1999
200.000   N/A
.000   .00000000   .125000

---

09NM002788/000   D S HARROUN ET AL   MALAGA   SKELLY OIL CO.   NM EDDY   1295.000
TRACT 01   (TN#290005)
T 24 S R 29 E
SEC 8
120.000 ACS BEING THE S/2 SE/4 AND NE/4 SE/4 OF SEC-8
DEPTH A - SURFACE TO 15,600'
DEPTH B - BELOW 15,600'
SEC 15
600.000 ACS BEING THE W/2, SE/4, S/2 NE/4 AND THE
NW/4 NE/4 OF SECTION 15
DEPTH A - SURFACE TO 15,600'
DEPTH B - BELOW 15,600'
SEC 17
415.000 ACS BEING THE E/2 SE/4 SE/4, W/2 SW/4 SE/4,
SE/4 SW/4 SE/4, S/2 NE/4 SW/4 SE/4, NE/4, SE/4 SE/4,
S/2 NW/4 AND THE N/2 SW/4 OF SECTION 17
DEPTH A - SURFACE TO 15,600'
DEPTH B - BELOW 15,600'
SEC 22
160.000 ACS BEING THE N/2 N/2 OF SECTION 22
DEPTH A - SURFACE TO 15,600'
DEPTH B - BELOW 15,600'

02/02/1972   02/02/2099
1295.000   V-084 P-753
.000   .00000000   .187500   .032500

---

09NM002789/000   USA NM-LC 071-065970-C   BETTIE H. REID   NM EDDY   80.000
TRACT 01   MALAGA   (TN#290005)
T 24 S R 29 E
SEC 8
80.000 ACS BEING THE S/2 SW/4 OF SECTION 8
DEPTH A - FROM SURFACE TO 15,600'
DEPTH B - BELOW 15,600'

03/01/1951   03/01/2099
80.000   N/A
.000   .00000000   .125000

---

09NM002796/000   USA NM-LC-066087-A   B. M. KEOHANE   NM EDDY
TRACT 01   TURKEY TRACK   (TN#290198)

01/01/1950   01/01/2099
V-037 P-079
.095000

# FDCC-TENNECO ACQUISITION
## NEW MEXICO

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED | NET ACRES | EXPIRE DTE | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORR1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09NM002796/000 | USA NM-LC-066087-A | TURKEY TRACK | B. M. KEOHANE (TN#290198) | NM EDDY | 38.440 | 01/01/1950 V-037 P-079 | 38.440 | 01/01/2099 | 19.220 | .50000000 | .125000 | .000000 |
| 09NM002803/000 | ST OF NM LG-4171 | TURKEY TRACK | LEO D. CATANACH (TN#290198) | NM EDDY | 275.170 |  | 275.170 | 01/01/2099 | 137.585 | .50000000 | .125000 | .100000 |
|  |  |  |  | NM EDDY | 40.000 | 05/01/1977 N/A | 40.000 | 05/01/2099 | .000 | 1.00000000 | .125000 | .125000 |
| 09NM002804/000 | HARRIET J HARRISON ET AL | MALAGA | (TN#290005) | NM EDDY | 160.000 | 07/24/1981 V-205 P-195 | 160.000 | 05/04/2099 | .000 | .00000000 | .125000 | .000000 |
| 09NM002808/000 | STATE OF NEW MEXICO V-482-2 | SQUARE LAKE | TENNECO OIL CO. (TN#290056) | NM EDDY | 160.000 | 03/01/1982 V-213 P-1006 | 160.000 | 03/01/2099 | 160.000 | 1.00000000 | .166667 | .000000 |
| 09NM002846/000 | HARRIET J HARRISON ET AL | MALAGA | A. N. ETZ ET AL (TN#290005) | NM EDDY | 25.890 | 11/01/1951 V-044 P-010 | 25.890 | 11/01/2099 | 12.945 | .50000000 | .125000 | .045000 |

**Legal descriptions:**

**09NM002796/000**
TRACT 02
T 19 S R 30 E
SEC 7
38.440 ACS BEING LOT 1 (NW/4 NW/4) OF SECTION 7
DEPTH A - DEPTHS BELOW 4,000'
DEPTH B - SURFACE TO 3,000'
DEPTH C - FROM 3,000' TO 4,000'

**09NM002803/000**
TRACT 01
T 19 S R 30 E
SEC 6
156.490 ACS BEING THE NE/4 NW/4 AND LOTS 3, 4 AND 5 OF SECTION 6
DEPTH A - DEPTHS BELOW 4,000'
DEPTH B - SURFACE TO 4,000'
SEC 7
118.680 ACS BEING THE E/2 NW/4 AND LOT 2 OF SECTION 7
DEPTH A - DEPTHS BELOW 4,000'
DEPTH B - SURFACE TO 4,000'

**(40.000 ACS tract)**
TRACT 01
T 18 S R 29 E
SEC 36
40.000 ACS BEING THE NE/4 SE/4 OF SECTION 36
DEPTH A - FROM 3,496' TO BASE OF MORROW OR 11,900'
DEPTH B - FROM SURFACE TO A DEPTH OF 3,496'
DEPTH C - DEPTHS BELOW BASE OF MORROW OR 11,900'

**09NM002804/000**
TRACT 01
T 24 S R 28 E
SEC 14
160.000 ACS BEING THE NW/4 OF SECTION 14

**09NM002808/000**
TRACT 01
T 17 S R 28 E
SEC 1
160.000 ACS BEING THE SE/4 OF SECTION 1

**09NM002846/000**
TRACT 01
T 24 S R 28 E
25.890

FGCC-TENNECO ACQUISITION
NEW MEXICO

COMPANY STATE: 009 NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE | EXPIRE DTE | RECORDED | NET ACRES | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09NN002964/000 USA NM 030-027282-0 | | PENINSULA | ROBERT HOLT (TN#290107) | NM EDDY | 40.000 | 11/01/1962 | 11/01/2099 | N/A | 40.000 | 40.000 | 1.00000000 | .125000 | .125000 |
| 09NN002966/000 USA NM 60632 | | SQUARE LAKE | GEORGE ETZ (TN#290056) | NM EDDY | 80.000 | 12/31/1938 | 12/31/2099 | N/A | 80.000 | 80.000 | 1.00000000 | .125000 | .122500 |
| 09NN002971/000 USA LC-063934 | | SQUARE LAKE | TENNECO OIL & CONOCO OIL (TN#290056) | NM EDDY | 80.000 | 12/01/1979 | 12/01/1999 | N/A | 80.000 | 40.000 | .50000000 | .125000 | .000000 |
| 09NN002981/000 USA NM LC-062407 | | EMPIRE | MABEL F. LEONARD | NM EDDY | 80.000 | 01/01/1944 | 01/01/2099 | VOL. 23, PG. 207 | 80.000 | .000 | .00000000 | .125000 | .250000 |
| 09RPNM0235/000 | R E WILLIAMS ET UX | HOPE, NORTHWEST | USSR&M (TN#294066) | NM EDDY | 2960.000 | 08/11/1947 | 08/11/2099 | V-99 P-217 | 370.000 | 370.000 | 1.00000000 | .000000 | .050000 |

**09NN002964/000** — TRACT 01 — T 18 S R 30 E — SEC 29
40.000 ACS BEING THE SW/4 SW/4 OF SECTION 29
DEPTH A: BELOW THE BASE OF THE BONE SPRINGS
DEPTH B: SURFACE TO THE BASE OF THE BONE SPRINGS

**09NN002966/000** — TRACT 01 — T 16 S R 30 E — SEC 26
80.000 ACS BEING THE N/2 NE/4 OF SECTION 26
(THIS SEGREGATED OUT OF LC-063926 / TOC NM-323-N00)

**09NN002971/000** — TRACT 01 — T 16 S R 30 E NMP PM — SEC 13 SECTION 13

**09NN002981/000** — TRACT 01 — T 17 S R 29 E — SEC 30
N/2 OF SE/4, SECTION 30, T17S, R29E, ONLY AS TO ALL
FORMATIONS LYING 4,000 FEET OR MORE BELOW THE SURFACE.
THIS IS TRACT 9 OF THE EMPIRE ABO UNIT.

**09RPNM0235/000** — TRACT 01 — T 16 S R 21 E
SEC 27
SEC 28
SEC S/2
SEC 33
SEC 34   N/2 N/2, SW/4 NW/4, SE/4 NE/4

SEC 14
25.89 ACS BEING LOT 1372 (S/2 SE/4 NE/4 SE/4) LOTS 1379
AND 1380 (NW/4 NE/4 SE/4) AND LOT 1383 (SE/4 NW/4 SE/4)
DEPTH A - BELOW BASE OF THE MORROW FORMATION
DEPTH B - FROM SURFACE TO BASE OF THE MORROW FORMATION

COMPANY 009
STATE NM

FDCC-TENNECO ACQUISITION
NEW MEXICO
SCHEDULE OF

DATE 03 30 99    PAGE 28

| LEASE NUMBER | LESSOR | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED / NET ACRES | EXPIRE DTE RECORDED / CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|

```
                        T 17 S R 21 E
                        SEC  3   ALL
                        SEC  4   E/2 & SW/4
                        SEC  9   SE/4, S/2 NE/4, SE/4 NW/4, E/2 SW/4
                        SEC 10   E/2, NE/4 NW/4
                        SEC 10   NW/4, W/2 NE/4
```

```
O9RPNMO239/000   R E WILLIAMS ET UX   UNKNOWN PROSPECT        USSR&M              NM EDDY    160.000    02/27/1948  02/27/2099
TRACT 01                                                                                                V-99 P-227
T 16 S R 26 E                                                                                           40.000       40.000      1.00000000   .000000   .050000
SEC 27   W/2 SE/4
SEC 34   N/2 NE/4
```

```
O9RPNMO240/000   R E WILLIAMS ET UX   UNKNOWN PROSPECT        USSR&M              NM EDDY    160.000    03/10/1948  03/10/2099
TRACT 01                                                                                                V-99 P-272
T 16 S R 26 E                                                                                           20.000       20.000      1.00000000   .000000   .050000
SEC 28   SE/4
```

```
O9RPNMO240/000   R E WILLIAMS ET UX   UNKNOWN PROSPECT        USSR&M              NM EDDY    240.000    03/10/1948  03/10/2099
TRACT 02                                                                                                V-99 P-272
T 16 S R 26 E                                                                                           60.000       60.000      1.00000000   .000000   .050000
SEC 27   N/2 SW/4
SEC 34   NW/4
```

```
O9RPNMO246/000   R E WILLIAMS ET UX   COTTONWOOD CREEK        USSR&M  (TN#294138)  NM EDDY   320.000    09/22/1947  09/22/2099
TRACT 01                                                                                                V-99 P-440
T 17 R 24 E                                                                                             80.000       80.000      1.00000000   .000000   .000000
SEC 11
A REVERSIONARY INTEREST ONLY IN:
320.000 ACS BEING THE W/2 OF SECTION 11
```

```
O9RPNMO247/000   BRUCE K MATLOCK ET UX   EAGLE CREEK          USSR&M  (TN#294008)  NM EDDY    80.000    10/29/1949  10/29/2099
TRACT 01                                                                                                V-152 P-184
T 17 S R 25 E                                                                                           30.000       30.000      1.00000000   .000000   .040000
```

COMPANY OO9
STATE   NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE NET ACRES | RECORDED CO NET ACS | EXPIRE DTE | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| O9RPNN0250/000 | BRUCE K MATLOCK ET UX | DAGGER DRAW (TN#294040) | USSRBM | NM EDDY | 760.000 | 11/19/1949 V-109 P-149 47.500 | 11/19/2099 47.500 | 1.00000000 | .000000 | .040000 | |

SEC 2   80.000 ACS BEING THE W/2 NE/4 OF SECTION 2

| O9RPNN0250/001 | FINA OIL & CHEMICAL CO | DAGGER DRAW (TN#294040) | SANTA FE ENERGY | NM EDDY | 40.000 | 07/05/1999 VOL PG 2.500 | 01/05/2099 VOL PAGE .000 | .00000000 | .250000 | .000000 | |

SEC 2   SE/4 SE/4 SECTION 2
SEC 2   SE/4 SE/4 SECTION 2
SEC 11
SEC 12
SEC 12  E/2 E/2;   S/2 SW/4 AND SW/4 SE/4 SECTION 11
SEC 13  W/2 SW/4 SECTION 12
SEC 13  NE/4;   N/2 NW/4;   SW/4 NW/4;
SE/4 SW/4AND E/2 SE/4 SECTION 13
SE/4 SW/4 SECTION 13

| O9RPNN0250/002 | FINA OIL AND CHEMICAL | DAGGER DRAW (TN#294040) | SANTA RE ENERGY OPERATING | NM EDDY | 80.000 | 08/17/1989 VOL PG 5.000 | 02/17/2099 .000 | .00000000 | .250000 | .000000 | |

SEC 2
SEC 2   SE/4 SECTION 2
SEC 11
SEC 11  (CACTI "AGB" STATE COM #1
CENIZA "AGZ" COM AND HUISACHE "AHI" COM SOLD TO YATES
PETROLEUM CORP)
SEC 11  E/2 NE/4 SECTION 11 (CONVEYED THE SAGUARD #6 AND #13
AND SARA #8 AND #8 TO YATES PETROLEUM)
LIMITED FROM THE SURFACE DOWN TO 9570' SUBSURFACE
(CANDELLIA "AKD" STATE COM #1

| O9RPNN0250/003 | FINA OIL AND CHEMICAL | DAGGER DRAW (TN#294040) | YATES PETROLEUM CORP | NM EDDY | 200.000 | 10/18/1989 VOL 55 PG 1104 12.500 | 04/18/2099 .000 | .00000000 | .250000 | .050000 | |

SEC 11
SEC 11  S/2 S/2 AND NE/4 SE/4 SECTION 11 (SOLD SAGUARO "AGS"
FEDERAL COM #1, SARA "AHA" FEDERAL COM #1,4,5,8 AND
CONOCO "AGK" FEDERAL COM #10)

| O9RPNN0250/004 | FINA OIL AND CHEMICAL COMPANY | DAGGER DRAW (TN#294040) | YATES PETROLEUM CORPORATION | NM EDDY | 80.000 | 09/24/1990 VOL 78, PG 997 5.000 | 03/24/2099 .000 | .00000000 | .300000 | .000000 | |

SEC 12
SEC 12  T 20 S  R 24 E

COMPANY    009
STATE      NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED | NET ACRES | EXPIRE DTE | CG NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09RPNM0250/005 FINA OIL AND CHEMICAL COMPANY<br>TRACT 01<br>T 20 S R 24 E<br>SEC 13<br>SECTION 13: W/2 SW/4 (SOLD CENIZA "AGZ" COM #2 AND #4<br>TO YATES PETROLEUM CORP) | | YATES PETROLEUM CORPORATION<br>DAGGER DRAW | (TN#294040) | NM EDDY | 360.000 | 01/14/1991 VOL 91, PG 742 | 22.500 | 07/14/2099 | .000 | .00000000 | .300000 | .000000 |
| 09RPNM0254/000 RALPH A SHUGART ET UX<br>TRACT 01<br>T 20 S R 25 E<br>SEC 1<br>SEC 2<br>SEC NW/4<br>SEC SE/4<br>SECTION 13: N/2 NW/4, SW/4 NW/4, N/2 SW/4,<br>SE/4 SW/4, E/2 SE/4, SE/4 NE/4<br>(SOLD HILLVIEW "AHE" FED COM #7 TO YATES PETROLEUM) | | CEMETERY | USSRBM<br>(TN#294009) | NM EDDY | 320.000 | 11/30/1951 V-122 P-254 | 160.000 | 11/30/2099 | 160.000 | 1.00000000 | .050000 | .000000 |
| 09RPNM0256/000 R E WILLIAMS ET UX<br>TRACT 01<br>T 22 S R 27 E<br>SEC 30<br>A REVERSIONARY INTEREST ONLY IN:<br>80.000 ACS BEING IN THE E/2 SE/4 OF SECTION 30 | | CARLSBAD | USSRBM<br>(TN#294005) | NM EDDY | 80.000 | 02/14/1955 V-139 P-280 | 40.000 | 02/14/2099 | 40.000 | 1.00000000 | .000000 | .000000 |
| 09RPNM1471/000 LEONARD OIL COMPANY<br>TRACT 01<br>T 24 S R 28 E<br>SEC 13<br>E/2 NE/4 SECTION 13 | | MALAGA | (TN#290005) | NM EDDY | 80.000 | 10/01/1965 V-160 P-067 | 16.000 | 10/01/2099 | 16.000 | 1.00000000 | .000000 | .000000 |
| 09RPNM1518/000 TENNECO OIL COMPANY<br>TRACT 01<br>T 23 S R 28 E<br>SEC 26<br>80.000 ACS BEING THE N/2 SE/4 OF SECTION 26 | | LOVING | (TN#290219) | NM EDDY | 80.000 | 10/01/1965 V-160 P-067 | 60.000 | 10/01/2099 | 60.000 | 1.00000000 | .000000 | .000000 |

* COUNTY TOTAL * LEASES          152          22457.720          11335.629

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 09RPNNMOB15/000 TRACT 01 T 25 S R 14 W SEC 31 160.000 ACS BEING THE NE/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#2904436) | NM GRANT | | 160.000 | 10/13/1970 160.000 | 08/30/2099 160.000 | 1.00000000 | .000000 | .000000 |
| 09RPNNMOB16/000 TRACT 01 T 25 S R 15 W SEC 27 240.000 ACS BEING THE SW/4, W/2 SE/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#2904436) | NM GRANT | | 240.000 | 10/13/1970 240.000 | 08/30/2099 240.000 | 1.00000000 | .000000 | .000000 |
| 09RPNNMOB17/000 TRACT 01 T 25 S R 15 W SEC 31 642.720 ACS BEING ALL | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#2904436) | NM GRANT | | 642.720 | 10/13/1970 642.720 | 08/30/2099 642.720 | 1.00000000 | .000000 | .000000 |
| 09RPNNMOB18/000 TRACT 01 T 25 S R 15 W SEC 34 240.000 ACS BEING THE E/2 NW/4, W/2 NE/4, NE/4 SW/4, NW/4 SE/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#2904436) | NM GRANT | | 240.000 | 10/13/1970 240.000 | 08/30/2099 240.000 | 1.00000000 | .000000 | .000000 |
| 09RPNNMOB19/000 TRACT 01 T 25 S R 16 W SEC 26 80.000 ACS BEING THE SW/4 NE/4, NW/4 SE/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#2904436) | NM GRANT | | 80.000 | 10/13/1970 80.000 | 08/30/2099 80.000 | 1.00000000 | .000000 | .000000 |
| 09RPNNMOB25/000 TRACT 01 T 27 S R 16 W SEC 10 160.000 ACS BEING THE SW/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#2904436) | NM GRANT | | 160.000 | 10/13/1970 160.000 | 08/30/2099 160.000 | 1.00000000 | .000000 | .000000 |
| 09RPNNMOB26/000 TRACT 01 T 27 S R 16 W SEC 15 240.000 ACS BEING THE SW/4, W/2 NW/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#2904436) | NM GRANT | | 240.000 | 10/13/1970 240.000 | 08/30/2099 240.000 | 1.00000000 | .000000 | .000000 |
| 09RPNNMOP ·/000 | KERN COUNTY LAND COMPANY | | | | | 10/13/1970 | 08/30/2099 | | | |

COMPANY 009
STATE NM

FDCC-TENNECO ACQUISITION
NEW MEXICO

DATE 03 30 99   PAGE 2
SCHEDULE OF

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 09RPNM0828/000 TRACT 01 T 27 S R 16 W SEC 4 639.200 ACS BEING ALL | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290436) | NM GRANT | | 639.200 | 10/13/1970 639.200 | 08/30/2099 639.200 | 1.00000000 | .000000 | .000000 |
| 09RPNM0829/000 TRACT 01 T 27 S R 16 W SEC 5 640.240 ACS BEING ALL | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290436) | NM GRANT | | 640.240 | 10/13/1970 640.240 | 08/30/2099 640.240 | 1.00000000 | .000000 | .000000 |
| 09RPNM0830/000 TRACT 01 T 27 S R 16 W SEC 7 575.030 ACS BEING THE N/2, SE/4, S/2 SW/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290436) | NM GRANT | | 575.030 | 10/13/1970 575.030 | 08/30/2099 575.030 | 1.00000000 | .000000 | .000000 |
| 09RPNM0831/000 TRACT 01 T 27 S R 16 W SEC 8 640.000 ACS BEING ALL | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290436) | NM GRANT | | 640.000 | 10/13/1970 640.000 | 08/30/2099 640.000 | 1.00000000 | .000000 | .000000 |
| 09RPNM0845/000 TRACT 01 T 28 S R 15 W SEC 11 320.000 ACS BEING THE E/2 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290436) | NM GRANT | | 320.000 | 10/13/1970 320.000 | 08/30/2099 320.000 | 1.00000000 | .000000 | .000000 |
| 09RPNM0846/000 TRACT 01 T 28 S R 15 W SEC 14 320.000 ACS BEING THE W/2 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290436) | NM GRANT | | 320.000 | 10/13/1970 320.000 | 08/30/2099 320.000 | 1.00000000 | .000000 | .000000 |
| 09RPNM0847/000 TRACT 01 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290436) | NM GRANT | | | 10/13/1970 | 08/30/2099 | | | .000000 |

COMPANY        009
STATE          NM

FDCC-TENNECO ACQUISITION
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| T  28  S  R  15  W | | | | 40.000 | 40.000 • | | | .000000 | .000000 |
| SEC  15 | | | | | | | | | |
| 40.000 ACS BEING THE SE/4 NE/4 | | | | | | | | | |
| | | | | | | | | | |
| O9RPNNOB51/000  KERN COUNTY LAND COMPANY | | | | | | | | | |
| TRACT  01        LOWER DIAMOND A, NO(1N#2904436)  NM GRANT | | | 160.450 | 10/13/1970 160.450 | 08/30/2099 160.450 1.00000000 | | .000000 | .000000 |
| T  28  S  R  15  W | | | | | | | | | |
| SEC   2 | | | | | | | | | |
| 160.450 ACS BEING THE NW/4 | | | | | | | | | |

• COUNTY TOTAL • LEASES                    16                              5737.640    5737.640

COMPANY  009
STATE    NM

| LEASE NUMBER | LESSOR / PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED | NET ACRES | EXPIRE DTE | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09NNM02961/000<br>TRACT 01<br>T 34 S R 18 W<br>SEC 4<br>149.240 ACS BEING LOTS 1, 2, 3, 4 | KERN COUNTY LAND COMPANY<br>LOWER DIAMOND A, WE(TN#290439) | NM HIDALGO | 149.240 | 10/13/1970 | 149.240 | 10/13/2099 | 149.240 | 1.00000000 | .000000 | .000000 |
| 09RPNMOB11/000<br>TRACT 01<br>T 24 S R 17 W<br>SEC 26<br>40.000 ACS BEING THE SE/4 SW/4 | KERN COUNTY LAND COMPANY<br>LOWER DIAMOND A, NO(TN#290437) | NM HIDALGO | 40.000 | 10/13/1970<br>N/A<br>40.000 | 10/13/2099 | 40.000 | 1.00000000 | .000000 | .000000 |
| 09RPNMOB12/000<br>TRACT 01<br>T 24 S R 17 W<br>SEC 27<br>40.000 ACS BEING THE SW/4 NW/4 OF SECTION 27 | KERN COUNTY LAND COMPANY<br>LOWER DIAMOND A, NO(TN#290437) | NM HIDALGO | 40.000 | 10/13/1970 | 40.000 | 10/13/2099 | 40.000 | 1.00000000 | .000000 | .000000 |
| 09RPNMOB13/000<br>TRACT 01<br>T 24 S R 17 W<br>SEC 28<br>40.000 ACS BEING THE SE/4 NE/4 | KERN COUNTY LAND COMPANY<br>LOWER DIAMOND A, NO(TN#290437) | NM HIDALGO | 40.000 | 10/13/1970 | 40.000 | 08/29/2099 | 40.000 | 1.00000000 | .000000 | .000000 |
| 09RPNMOB14/000<br>TRACT 01<br>T 24 S R 17 W<br>SEC 35<br>320.000 ACS BEING THE W/2 W/2, W/2 NE/4, SE/4 SW/4, SW/4 SE/4 | KERN COUNTY LAND COMPANY<br>LOWER DIAMOND A, NO(TN#290437) | NM HIDALGO | 320.000 | 10/13/1970 | 320.000 | 08/30/2099 | 320.000 | 1.00000000 | .000000 | .000000 |
| 09RPNMOB20/000<br>TRACT 01<br>T 26 S R 17 W<br>SEC 14<br>320.00 ACS BEING THE NW/4, W/2 NE/4, N/2 SE/4 | KERN COUNTY LAND COMPANY<br>LOWER DIAMOND A, NO(TN#290437) | NM HIDALGO | 320.000 | 10/13/1970 | 320.000 | 08/30/2099 | 320.000 | 1.00000000 | .000000 | .000000 |
| 09RPNMOB21/000<br>TRACT 01<br>T 26 S R 17 W<br>SEC 28<br>360.000 ACS BEING THE NE/4, E/2 NW/4, N/2 SE/4, NE/4 SW/4 | KERN COUNTY LAND COMPANY<br>LOWER DIAMOND A, NO(TN#290437) | NM HIDALGO | 360.000 | 10/13/1970 | 360.000 | 08/30/2099 | 360.000 | 1.00000000 | .000000 | .000000 |

COMPANY 009
STATE NM

DATE 03 30 99 PAGE 2
SCHEDULE OF

FOCC-TENNECO ACQUISITION
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED | NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| O9RPNMO822/000 TRACT 01 T 26 S R 17 W SEC 29 160.000 ACS BEING THE SE/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A. NO(TN#290437) | | NM HIDALGO | 160.000 | 10/13/1970 | 160.000 | 08/30/2099 160.000 | 1.00000000 | .000000 | .000000 |
| O9RPNMO823/000 TRACT 01 T 26 S R 17 W SEC 32 80.000 ACS BEING THE SE/4 NE/4, NE/4 SE/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A. NO(TN#290437) | | NM HIDALGO | 80.000 | 10/13/1970 | 80.000 | 08/30/2099 80.000 | 1.00000000 | .000000 | .000000 |
| O9RPNMO824/000 TRACT 01 T 26 S R 17 W SEC 33 80.000 ACS BEING THE SW/4 NW/4, NW/4 SW/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A. NO(TN#290437) | | NM HIDALGO | 80.000 | 10/13/1970 | 80.000 | 08/30/2099 80.000 | 1.00000000 | .000000 | .000000 |
| O9RPNMO832/000 TRACT 01 T 26 S R 17 W SEC 17 120.000 ACS BEING THE N/2 NW/4, NW/4 NE/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A. NO(TN#290437) | | NM HIDALGO | 120.000 | 10/13/1970 | 120.000 | 08/30/2099 120.000 | 1.00000000 | .000000 | .000000 |
| O9RPNMO833/000 TRACT 01 T 27 S R 17 W SEC 18 323.840 ACS BEING THE NE/4, N/2 SE/4 AND S/2 SW/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A. NO(TN#290437) | | NM HIDALGO | 323.840 | 10/13/1970 N/A 323.840 | | 08/30/2099 323.840 | 1.00000000 | .000000 | .000000 |
| O9RPNMO834/000 TRACT 01 T 27 S R 17 W SEC 19 323.910 ACS BEING THE SE/4, E/2 NE/4, N/2 NW/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A. NO(TN#290437) | | NM HIDALGO | 323.910 | 10/13/1970 | 323.910 | 08/30/2099 323.910 | 1.00000000 | .000000 | .000000 |
| O9RPNMO835/000 TRACT 01 T 27 S R 17 W SEC 20 80.000 ACS BEING THE W/2 NW/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A. NO(TN#290437) | | NM HIDALGO | 80.000 | 10/13/1970 | 80.000 | 08/30/2099 80.000 | 1.00000000 | .000000 | .000000 |
| O9RPNMO836/000 | KERN COUNTY LAND COMPANY | | | | | | | | | | |

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | NET ACRES | LSE DTE RECORDED | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09RPNN0837/000 KERN COUNTY LAND COMPANY TRACT 01 LOWER DIAMOND A, NQ(TN#2904037) T 27 S R 17 W SEC 21 80.000 ACS BEING THE S/2 SW/4 | | | NM HIDALGO | | 80.000 | 80.000 | 10/13/1970 08/30/2099 | | 1.00000000 | .000000 | .000000 |
| 09RPNN0838/000 KERN COUNTY LAND COMPANY TRACT 01 LOWER DIAMOND A, NQ(TN#2904037) T 27 S R 17 W SEC 28 80.000 ACS BEING THE N/2 NW/4 | | | NM HIDALGO | | 80.000 | 80.000 | 10/13/1970 08/30/2099 | | 1.00000000 | .000000 | .000000 |
| 09RPNN0839/000 KERN COUNTY LAND COMPANY TRACT 01 LOWER DIAMOND A, NQ(TN#2904037) T 27 S R 17 W SEC 30 328.390 ACS BEING THE N/2 | | | NM HIDALGO | | 328.390 | 328.390 | 10/13/1970 08/30/2099 | | 1.00000000 | .000000 | .000000 |
| 09RPNN0840/000 KERN COUNTY LAND COMPANY TRACT 01 LOWER DIAMOND A, NQ(TN#2904037) T 27 S R 17 W SEC 5 520.000 ACS BEING THE SW/4, NE/4, W/2 SE/4, S/2 NW/4, NE/4 NW/4 | | | NM HIDALGO | | 520.000 | 520.000 | 10/13/1970 08/30/2099 | | 1.00000000 | .000000 | .000000 |
| 09RPNN0841/000 KERN COUNTY LAND COMPANY TRACT 01 LOWER DIAMOND A, NQ(TN#2904037) T 27 S R 17 W SEC 6 327.000 ACS BEING THE SE/4, N/2 SW/4, SW/4, SE/4 NE/4 | | | NM HIDALGO | | 327.000 | 327.000 | 10/13/1970 08/30/2099 | | 1.00000000 | .000000 | .000000 |
| 09RPNN0842/000 KERN COUNTY LAND COMPANY TRACT 01 LOWER DIAMOND A, NQ(TN#2904037) T 27 S R 17 W SEC 7 80.000 ACS BEING THE E/2 NE/4 | | | NM HIDALGO | | 80.000 | 80.000 | 10/13/1970 08/30/2099 | | 1.00000000 | .000000 | .000000 |
| 09RPNN0843/000 KERN COUNTY LAND COMPANY TRACT 01 LOWER DIAMOND A, NQ(TN#2904037) T 27 S R 17 W SEC 8 480.000 ACS BEING THE W/2, N/2 SE/4, SW/4 SE/4 AND THE NW/4 NE/4 | | | NM HIDALGO | | 480.000 | 480.000 | 10/13/1970 08/30/2099 | | 1.00000000 | .000000 | .000000 |

COMPANY 009
STATE NM

FDCC-TENNECO ACQUISITION
NEW MEXICO

DATE 03 30 99 PAGE 4
SCHEDULE OF

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE | NET ACRES RECORDED | EXPIRE DTE | CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O9RPNM0843/000<br>TRACT 01<br>T 27 S R 17 W<br>SEC 9<br>320.000 ACS BEING THE S/2 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 320.000 | 10/13/1970 | 320.000 | 08/30/2099 | | | .000000 | .000000 |
| O9RPNM0844/000<br>TRACT 01<br>T 27 S R 18 W<br>SEC 13<br>320.000 ACS BEING THE N/2 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 320.000 | 10/13/1970 | 320.000 | 08/30/2099 | | | .000000 | .000000 |
| O9RPNM0848/000<br>TRACT 01<br>T 28 S R 15 W<br>SEC 21<br>480.000 ACS BEING THE N/2, SW/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 480.000 | 10/13/1970 | 480.000 | 08/30/2099 | 480.000 | 1.00000000 | .000000 | .000000 |
| O9RPNM0849/000<br>TRACT 01<br>T 28 S R 15 W<br>SEC 23<br>320.000 ACS BEING THE E/2 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 320.000 | 10/13/1970 | 320.000 | 08/30/2099 | 320.000 | 1.00000000 | .000000 | .000000 |
| O9RPNM0850/000<br>TRACT 01<br>T 28 S R 15 W<br>SEC 28<br>160.000 ACS BEING THE NW/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 160.000 | 10/13/1970 | 160.000 | 08/30/2099 | 160.000 | 1.00000000 | .000000 | .000000 |
| O9RPNM0852/000<br>TRACT 01<br>T 28 S R 17 W<br>SEC 17<br>320.000 ACS BEING THE E/2 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 320.000 | 10/13/1970 | 320.000 | 08/30/2099 | 320.000 | 1.00000000 | .000000 | .000000 |
| O9RPNM0853/000<br>TRACT 01<br>T 28 S R 17 W<br>SEC 20<br>320.000 ACS BEING THE E/2 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 320.000 | 10/13/1970 | 320.000 | 08/30/2099 | 320.000 | 1.00000000 | .000000 | .000000 |
| O9RPNM0854/000 | KERN COUNTY LAND COMPANY | | | | | 10/13/1970 | | 08/30/2099 | | | | |

COMPANY          009
STATE            NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED / NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK NET ACS INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| O9RPNM0855/000 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 160.000 | 160.000  10/13/1970 | 160.000  08/30/2099 | 1.00000000 | .000000 | .000000 |
| TRACT 01<br>T 28 S R 17 W<br>SEC 21<br>160.000 ACS BEING THE SW/4 | | | | | | | | | | |
| O9RPNM0856/000 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 240.000 | 240.000  10/13/1970 | 240.000  08/30/2099 | 1.00000000 | .000000 | .000000 |
| TRACT 01<br>T 28 S R 17 W<br>SEC 28<br>240.000 ACS BEING THE SW/4, W/2 NW/4 | | | | | | | | | | |
| O9RPNM0857/000 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 120.000 | 120.000  10/13/1970 | 120.000  08/30/2099 | 1.00000000 | .000000 | .000000 |
| TRACT 01<br>T 28 S R 17 W<br>SEC 33<br>120.000 ACS BEING THE S/2 NE/4, NW/4, NE/4 | | | | | | | | | | |
| O9RPNM0858/000 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 40.000 | 40.000  10/13/1970 | 40.000  08/30/2099 | 1.00000000 | .000000 | .000000 |
| TRACT 01<br>T 28 S R 17 W<br>SEC 34<br>40.000 ACS BEING THE SW/4 NW/4 | | | | | | | | | | |
| O9RPNM0859/000 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 160.000 | 160.000  10/13/1970 | 160.000  08/30/2099 | 1.00000000 | .000000 | .000000 |
| TRACT 01<br>T 28 S R 17 W<br>SEC 8<br>160.000 ACS BEING THE E/2 | | | | | | | | | | |
| O9RPNM0860/000 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 223.350 | 223.350  10/13/1970 | 223.350  08/30/2099 | 1.00000000 | .000000 | .000000 |
| TRACT 01<br>T 29 S R 15 W<br>SEC 4<br>223.350 ACS BEING LOTS 3, 4 - S/2 NN/4, E/2 SE/4.<br>SW/4 NE/4 | | | | | | | | | | |
| O9RPNM0861/000 | KERN COUNTY LAND COMPANY | | | NM HIDALGO | 51.730 | 51.730  10/13/1970 | 51.730  08/30/2099 | 1.00000000 | .000000 | .000000 |
| TRACT 01<br>T 29 S R 15 W<br>SEC 5<br>51.730 ACS BEING LOT 1 - SE/4 NE/4 | | | | | | | | | | |

FDCC-TENNECO ACQUISITION
NEW MEXICO

COMPANY 009
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 09RPNM0862/000 KERN COUNTY LAND COMPANY<br>TRACT 01 LOWER DIAMOND A, NO(TN#2904037) NM HIDALGO<br>T 29 S R 15 W<br>SEC 9<br>40.000 ACS BEING THE NE/4 NE/4 | | | | | 40.000 | 10/13/1970<br>40.000 | 08/30/2099<br>40.000 1.00000000 | .000000 | .000000 | .000000 |
| 09RPNM0863/000 KERN COUNTY LAND COMPANY<br>TRACT 01 LOWER DIAMOND A, NO(TN#2904037) NM HIDALGO<br>T 29 S R 16 W<br>SEC 30<br>240.710 ACS BEING THE SW/4, W/2 SE/4 | | | | | 240.710 | 10/13/1970<br>240.710 | 08/30/2099<br>240.710 1.00000000 | .000000 | .000000 | .000000 |
| 09RPNM0863/000 KERN COUNTY LAND COMPANY<br>TRACT 01 LOWER DIAMOND A, NO(TN#2904037) NM HIDALGO<br>T 29 S R 16 W<br>SEC 31<br>242.130 ACS BEING LOTS 1, 2, 3 - E/2 SW/4, SE/4 NW/4 | | | | | 242.130 | 10/13/1970<br>242.130 | 08/30/2099<br>242.130 1.00000000 | .000000 | .000000 | .000000 |
| 09RPNM0864/000 KERN COUNTY LAND COMPANY<br>TRACT 01 LOWER DIAMOND A, NO(TN#2904037) NM HIDALGO<br>T 29 S R 16 W<br>SEC 32<br>80.000 ACS BEING THE S/2 SE/4 | | | | | 80.000 | 10/13/1970<br>80.000 | 08/30/2099<br>80.000 1.00000000 | .000000 | .000000 | .000000 |
| 09RPNM0865/000 KERN COUNTY LAND COMPANY<br>TRACT 01 LOWER DIAMOND A, NO(TN#2904037) NM HIDALGO<br>T 29 S R 17 W<br>SEC 10<br>400.000 ACS BEING THE E/2 W/2, NE/4, W/2 SE/4 | | | | | 400.000 | 10/13/1970<br>400.000 | 08/30/2099<br>400.000 1.00000000 | .000000 | .000000 | .000000 |
| 09RPNM0866/000 KERN COUNTY LAND COMPANY<br>TRACT 01 LOWER DIAMOND A, NO(TN#2904037) NM HIDALGO<br>T 29 S R 17 W<br>SEC 11<br>400.000 ACS BEING E/2, N/2 NW/4 | | | | | 400.000 | 10/13/1970<br>400.000 | 08/30/2099<br>400.000 1.00000000 | .000000 | .000000 | .000000 |
| 09RPNM0867/000 KERN COUNTY LAND COMPANY<br>TRACT 01 LOWER DIAMOND A, NO(TN#2904037) NM HIDALGO<br>T 29 S R 17 W<br>SEC 14<br>400.000 ACS BEING THE SW/4, S/2 NE/4, N/2 SE/4,<br>SW/4 SE/4, SW/4 NW/4 | | | | | 400.000 | 10/13/1970<br>400.000 | 08/30/2099<br>400.000 1.00000000 | .000000 | .000000 | .000000 |
| 09RPNM0868/000 KERN COUNTY LAND COMPANY | | | | | | 10/13/1970 | 08/30/2099 | | | |

COMPANY 009
STATE NM

FDCC-TENNECO ACQUISITION
NEW MEXICO
SCHEDULE OF

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE NET ACRES | RECORDED DTE | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| O9RPNMO869/000 TRACT 01 T 29 S R 17 W SEC 23 320.000 ACS BEING THE SE/4, W/2 NE/4, E/2 NW/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | NM HIDALGO | | 320.000 | 320.000 | 10/13/1970 | 08/30/2099 | 1.00000000 | .000000 | .000000 |
| O9RPNMO870/000 TRACT 01 T 29 S R 17 W SEC 24 240.000 ACS BEING THE N/2 NW/4, SE/4 NW/4, S/2 SW/4, NE/4 SW/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | NM HIDALGO | | 240.000 | 240.000 | 10/13/1970 | 08/30/2099 | 1.00000000 | .000000 | .000000 |
| O9RPNMO871/000 TRACT 01 T 29 S R 17 W SEC 25 520.000 ACS BEING THE S/2, S/2 NE/4, N/2 NW/4, SE/4 NW/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | NM HIDALGO | | 520.000 | 520.000 | 10/13/1970 | 08/30/2099 | 1.00000000 | .000000 | .000000 |
| O9RPNMO872/000 TRACT 01 T 29 S R 17 W SEC 26 240.000 ACS BEING THE NE/4, E/2 SE/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | NM HIDALGO | | 240.000 | 240.000 | 10/13/1970 | 08/30/2099 | 1.00000000 | .000000 | .000000 |
| O9RPNMO873/000 TRACT 01 T 29 S R 17 W SEC 34 160.000 ACS BEING THE SE/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | NM HIDALGO | | 160.000 | 160.000 | 10/13/1970 | 08/30/2099 | 1.00000000 | .000000 | .000000 |
| O9RPNMO873/000 TRACT 01 T 29 S R 17 W SEC 3 155.430 ACS BEING LOT 3 - SE/4 NW/4, SW/4 NE/4, NW/4 SE/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | NM HIDALGO | | 155.430 | 155.430 | 10/13/1970 | 08/30/2099 | 1.00000000 | .000000 | .000000 |
| O9RPNMO874/000 TRACT 01 T 29 S R 18 W SEC 35 80.000 ACS BEING THE SE/4 NW/4, SW/4 SE/4 | KERN COUNTY LAND COMPANY | | NM HIDALGO | | 80.000 | 80.000 | 10/13/1970 | 08/30/2099 | 1.00000000 | .000000 | .000000 |
| O9RPNM*...E/000 | KERN COUNTY LAND COMPANY | | | | | | | | | | |

COMPANY OO9
STATE NM

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| O9RPNMO876/000 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 320.000 | 10/13/1970 320.000 | 08/30/2099 320.000 1.00000000 | .000000 | .000000 | .000000 |
| O9RPNMO877/000 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 440.000 | 10/13/1970 440.000 | 08/30/2099 440.000 1.00000000 | .000000 | .000000 | .000000 |
| O9RPNMO878/000 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 640.000 | 10/13/1970 640.000 | 08/30/2099 640.000 1.00000000 | .000000 | .000000 | .000000 |
| O9RPNMO879/000 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 200.000 | 10/13/1970 200.000 | 08/30/2099 200.000 1.00000000 | .000000 | .000000 | .000000 |
| O9RPNMO880/000 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 640.000 | 10/13/1970 640.000 | 08/30/2099 640.000 1.00000000 | .000000 | .000000 | .000000 |
| O9RPNMO881/000 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | 160.000 | 10/13/1970 160.000 | 08/30/2099 160.000 1.00000000 | .000000 | .000000 | .000000 |
| O9RPNMO882/000 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, NO(TN#290437) | | NM HIDALGO | | 10/13/1970 | 08/30/2099 | | | |

Tract / legal descriptions:

- **O9RPNMO876/000** — TRACT 01, T 30 S R 16 W, SEC 10 — 320.000 ACS BEING THE N/2
- **O9RPNMO877/000** — TRACT 01, T 30 S R 16 W, SEC 11 14 — 440.000 ACS BEING THE N/2 SE/4, N/2 S/2 SE/4
- **O9RPNMO878/000** — TRACT 01, T 30 S R 16 W, SEC 15 — 640.000 ACS BEING ALL
- **O9RPNMO879/000** — TRACT 01, T 30 S R 16 W, SEC 17 — 200.000 ACS BEING THE NW/4, SW/4 SE/4
- **O9RPNMO880/000** — TRACT 01, T 30 S R 16 W, SEC 22 — 640.000 ACS BEING ALL
- **O9RPNMO881/000** — TRACT 01, T 30 S R 16 W, SEC 23 — 160.000 ACS BEING THE NW/4
- **O9RPNMO882/000** — TRACT 01

COMPANY   OO9
STATE     NM

| LEASE NUMBER | LESSOR / PROSPECT / LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|
| O9RPNMO883/000 TRACT 01 T 30 S R 16 W SEC 4 467.830 ACS BEING LOTS 1, 2, 3, 4 - S/2, S/2 NW/4 | KERN COUNTY LAND COMPANY LOWER DIAMOND A. NO(TN#2904371) | NM HIDALGO | 467.830 | 10/13/1970 467.830 | 08/30/2099 467.830 | 1.00000000 | .000000 | .000000 |
| O9RPNMO884/000 TRACT 01 T 30 S R 16 W SEC 5 394.100 ACS BEING LOTS 1, 2 - S/2, SE/4 NE/4 | KERN COUNTY LAND COMPANY LOWER DIAMOND A. NO(TN#2904371) | NM HIDALGO | 394.100 | 10/13/1970 394.100 | 08/30/2099 394.100 | 1.00000000 | .000000 | .000000 |
| O9RPNMO885/000 TRACT 01 T 30 S R 16 W SEC 7 280.000 ACS BEING THE NE/4, S/2 SE/4, NW/4 SE/4 | KERN COUNTY LAND COMPANY LOWER DIAMOND A. NO(TN#2904371) | NM HIDALGO | 280.000 | 10/13/1970 280.000 | 08/30/2099 280.000 | 1.00000000 | .000000 | .000000 |
| O9RPNMO885/000 TRACT 01 T 30 S R 17 W SEC 19 159.440 ACS BEING THE NW/4, NW/4 SW/4 | KERN COUNTY LAND COMPANY LOWER DIAMOND A. NO(TN#2904371) | NM HIDALGO | 159.440 | 10/13/1970 159.440 | 08/30/2099 159.440 | 1.00000000 | .000000 | .000000 |
| O9RPNMO886/000 TRACT 01 T 30 S R 18 W SEC 334.200 ACS BEING THE W/2 | KERN COUNTY LAND COMPANY LOWER DIAMOND A. WE(TN#2904391) | NM HIDALGO | 334.200 | 10/13/1970 334.200 | 08/30/2099 334.200 | 1.00000000 | .000000 | .000000 |
| O9RPNMO887/000 TRACT 01 T 30 S R 18 W SEC 1 301.000 ACS BEING THE W/2 | KERN COUNTY LAND COMPANY LOWER DIAMOND A. NO(TN#2904371) | NM HIDALGO | 301.000 | 10/13/1970 301.000 | 08/30/2099 301.000 | 1.00000000 | .000000 | .000000 |
| O9RPNMO888/000 TRACT 01 T 30 S R 18 W SEC 29 40.000 ACS BEING THE NW/4 SE/4 | KERN COUNTY LAND COMPANY LOWER DIAMOND A. WE(TN#2904391) | NM HIDALGO | 40.000 | 10/13/1970 40.000 | 08/30/2099 40.000 | 1.00000000 | .000000 | .000000 |
| O9RPNMO889/000 TRACT 01 T 30 S R 19 W SEC 30 160.000 ACS BEING THE NW/4 SE/4 | KERN COUNTY LAND COMPANY LOWER DIAMOND A. WE(TN#2904391) | NM HIDALGO | 160.000 | 10/13/1970 160.000 | 08/30/2099 160.000 1.00000000 | | .000000 | .000000 |

COMPANY 009
STATE NM

FDCC-TENNECO ACQUISITION
SCHEDULE OF
NEW MEXICO

| LEASE NUMBER | LESSOR | PROSPECT | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE RECORDED NET ACRES | EXPIRE DTE CO NET ACS | CORP-WRK INTEREST | ROYALTY INTEREST | ORRI |
|---|---|---|---|---|---|---|---|---|---|---|
| 09RPNM0890/000 TRACT 01 T 30 S R 19 W SEC 21 160.000 ACS BEING THE SE/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, WE(TN#2904039) | | NM HIDALGO | 160.000 | 10/13/1970 160.000 | 08/30/2099 160.000 | 1.00000000 | .000000 | .000000 |
| 09RPNM0891/000 TRACT 01 T 30 S R 19 W SEC 23 160.000 ACS BEING THE SE/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, WE(TN#2904039) | | NM HIDALGO | 160.000 | 10/13/1970 160.000 | 08/30/2099 160.000 | 1.00000000 | .000000 | .000000 |
| 09RPNM0892/000 TRACT 01 T 30 S R 19 W SEC 24 360.000 ACS BEING THE S/2, SE/4 NE/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, WE(TN#2904039) | | NM HIDALGO | 360.000 | 10/13/1970 360.000 | 08/30/2099 360.000 | 1.00000000 | .000000 | .000000 |
| 09RPNM0893/000 TRACT 01 T 30 S R 19 W SEC 25 320.000 ACS NW/4, S/2 NE/4, W/2 SW/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, WE(TN#2904039) | | NM HIDALGO | 320.000 | 10/13/1970 320.000 | 08/30/2099 320.000 | 1.00000000 | .000000 | .000000 |
| 09RPNM0894/000 TRACT 01 T 30 S R 19 W SEC 26 320.000 ACS BEING THE E/2 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, WE(TN#2904039) | | NM HIDALGO | 320.000 | 10/13/1970 320.000 | 08/30/2099 320.000 | 1.00000000 | .000000 | .000000 |
| 09RPNM0895/000 TRACT 01 T 30 S R 19 W SEC 27 160.000 ACS BEING THE NW/4 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, WE(TN#2904039) | | NM HIDALGO | 160.000 | 10/13/1970 160.000 | 08/30/2099 160.000 | 1.00000000 | .000000 | .000000 |
| 09RPNM0896/000 TRACT 01 T 30 S R 20 W SEC 25 | KERN COUNTY LAND COMPANY | LOWER DIAMOND A, WE(TN#2904039) | | NM HIDALGO | 280.000 | 10/13/1970 280.000 | 08/30/2099 280.000 | 1.00000000 | .000000 | .000000 |