



01NM002356/000    EDITH
TRACT 01
T 22 S R 38
SEC 18
SECTION 1
DEPTH A:
DEPTH B:

01NM002409/000 NANCY
TRACT 01
T 20 S R 38
SEC 13
NW/4 NE/4
LMTD IN C

01NM002409/001 NANCY
TRACT 01
T 20 S R 38
SEC 13
NW/4 NE/4
LMTD IN C

01NM002409/002 FLOREN
TRACT 01
T 20 S R 38
SEC 13
NW/4 NE/4
LMTD IN C

01NM002409/003 CHARLE
TRACT 01
T 20 S R 38
SEC 13
NW/4 NE/4
LMTD IN D

01NM002409/004 HARVEY
TRACT 01
T 20 S R 38
SEC 13
NW/4 NE/4



| COMPANY | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STATE | | | | | | | | | | |
| LEASE NUMBER | LESSOR | | PROSPECT | | LESSEE | STATE/COUNTY | GROSS ACRES | LSE DTE   EXPIRE DTE   RECORDED   NET ACRES   CO NET   ACS | | |

001
NM

| 01NMOO2409/005 | CONSTANCE E. BYERS | BILLY J. MOORE | 40.000 | 02/10/1962   02/10/209 |
| TRACT 01 | HOWSE AREA | NM LEA | | BK 215 PG 312 |
| T 20 S R 38 E | | | | 2.920   .000 |
| SEC 13 | | | | |
| NW/4 NE/4 | | | | |

LMTD IN DEPTH BENEATH 7,176 FT

| 01NMOO2409/006 | ROBERT E. BYERS | BILLY J. MOORE | 40.000 | 02/10/1962   02/10/209 |
| TRACT 01 | HOWSE AREA | NM LEA | | BK 215 PG 315 |
| T 20 S R 38 E | | | | 2.920   .000 |
| SEC 13 | | | | |
| NW/4 NE/4 | | | | |

LMTD TO DEPTH BENEATH 7,176 FT

| 01NMOO2409/007 | ALLIED CHEMICAL AND SEAGRAM | BILLY J. MOORE | 40.000 | 12/17/1962   01/01/209 |
| TRACT 01 | HOWSE AREA | NM LEA | | BK 215 PG 501 |
| T 20 S R 38 E | | | | 6.670   .000 |
| SEC 13 | | | | |
| NW/4 NE/4 | | | | |

LMTD IN DEPTH BENEATH 7,176 FT

| 01NMOO2417/000 | STATE OF NEW MEXICO K-32 | GEORGE A. MOBERLY | 40.000 | 12/15/1959   12/15/205 |
| TRACT 01 | BAUM, SOUTHEAST | NM LEA | | (UNRECORDED) |
| T 14 S R 33 E | | | | 40.000   13.335   .000 |
| SEC 4 | | | | |
| NE/4SW/4 | | | | |
| DEPTH A: BELOW 10,140 FEET | | | | |
| DEPTH B: DOWN TO 10,140 FEET | | | | |

LMTD IN DEPTH BENEATH 7,176 FT

| 01NMOO2530/000 | USA LC-071-058408-B | FAIR OIL & R. L. RAY | 120.000 | 12/01/1969   12/01/205 |
| TRACT 01 | MALAMAR | NM LEA | | BK   PG |
| T 17 S R 32 E | | | | 120.000   80.000 |
| SEC 26 | | | | |

S/2 SE/4, NE/4 SE/4 -SEC 26

| 01NMOO2973/000 | STATE OF NEW MEXICO OG-379-1 | THE PURE OIL COMPANY | 160.000 | 11/20/1956   11/20/20 |
| TRACT 01 | KENNITZ | NM LEA | | NA |
| T 16 S R 34 E | (1N#294(19)) | | | 160.000   80.000 |

COMPANY
STATE
LEASE NUMBER

09NM002709/000
TRACT 01

09NM002707/000
TRACT 03
T 16 S R
SEC 30

09NM002707/000
TRACT 01
T 16 S R
SEC 36

09NM002707/000
TRACT 02
T 16 S R
SEC 36

09NM002707/000
TRACT 01
T 16 S R
SEC 36

09NM002689/000
TRACT 01
T 14 S R
SEC

09NM002684/000
TRACT 01
T 12 S R
SEC 80.0

TRACT 01
T 24 S R
SEC 22
40.
DEP1
DEP1





O9NM002738/OOO
TRACT 02
T 20 S
SEC 28
OF

SEC
DE

4
DEI
DEI
4
DEI
DEI
4
DEI
DEI
2O
DEI
32

O9NM002740/OOO
TRACT 01
T 9 S
SEC

O9NM002764/OOO
TRACT 01
T 23 S
SEC
16C
DEF

O9NM002764/000
TRACT 02
T 23 S
SEC 1
120
DEP
DEP

O9NM002764/OOO

COMPANY
STATE
LEASE NUMBER
TRACT O
T 23
SEC

O9NMOO2765/Q
TRACT O
T 23
SEC

SEC

SEC

SEC

O9NMOO2766/C
TRACT C
T 2:
SEC

O9NMOO2767/C
TRACT C
T 2:
SEC



| COMPANY STATE | LEASE NUMBER | LESSO |
|---|---|---|

O9NMO02768/000 USA NM
TRACT 01
T 24 S R 37 E
SEC 22
40.000 AC

O9NMO02770/000 JOHN WIL
TRACT 01
T 24 S R 37 E
SEC 34
40.000 ACS

O9NMO02771/000 JOHN A E
TRACT 01
T 24 S R 37 E
SEC 21
80.000 ACS
SEC 22
80.000 ACS

O9NMO02772/000 LITTLE WO
TRACT 01
T 24 S R 37 E
SEC 28
160.000 ACS

O9NMO02773/001 CLAUDE B
TRACT 01
T 25 S R 37 E
SEC 3
40.000 ACS

O9NMO02773/001 CLAUDE B
TRACT 02
T 25 S R 37 E
SEC 3
280.000 ACS,
NE/4 SW/4 OF

O9NMO02773/002
TRACT 01
T 25 S R 37 E
SEC 3
E W ANGUI
LA



| LEASE NUMBER | |
| --- | --- |
| | TRACT 02 |
| | T 25 S R |
| | SEC 3 |
| | 280.00 |
| | NE/4 S |
| 09NM002774/001 | TRACT 01 W B |
| | T 9 S R : |
| | SEC 14 |
| | 120.00C |
| | SEC 23 |
| | 80.00C |
| 09NM002774/001 | TRACT 02 W B |
| | T 9 S R S |
| | SEC 14 |
| | 40.00C |
| 09NM002774/001 | TRACT 03 W B |
| | T 9 S R S |
| | SEC 23 |
| | 80.00C |
| 09NM002774/002 | TRACT 01 GEOR |
| | T 9 S R 3 |
| | SEC 14 |
| | 120.000 |
| | SEC 23 |
| | 80.000 |
| 09NM002774/002 | TRACT 02 GEOR |
| | T 9 S R 3 |
| | SEC 14 |
| | 40.000 |
| 09NM002774/002 | GEOR( |

TRACT 03
T 9 S R 33
SEC 23
80.000 A

09NMOO2774/003 JIMMY
TRACT 01
T 9 S R 33
SEC 23
80.000 A

09NMOO2774/003 JIMMY
TRACT 02
T 9 S R 33
SEC 14
40.000 A

09NMOO2774/003 JIMMY
TRACT 03
T 9 S R 33
SEC 23
80.000 A

09NMOO2774/004 FRANK
TRACT 01
T 9 S R 33
SEC 14
120.000 A

09NMOO2774/004 FRANK
TRACT 02
T 9 S R 33
SEC 14
40.000 A

09NMOO2774/004 FRANK

COMPANY
STATE
LEASE NUMBER

09NMOO2774/006
TRACT 03
T 9 S
SEC

09NMOO2774/006
TRACT 01
T 9 S
SEC

09NMOO2774/006
TRACT 02
T 9 S
SEC

09NMOO2774/006
TRACT 03
T 9 S
SEC

09NMOO2774/006
TRACT 01
T 9 S
SEC

09NMOO2774/006
TRACT 02
T 9 S
SEC 1

09NMOO2774/006

| COMPANY | 009 |
| STATE | NM |
| LEASE NUMBER | |
| LESSOR | |

O9NMO02774/008   DONALD G GOURL
TRACT 02
T 9 S R 33 E   LANE
SEC 14
40.000 ACS BEING

O9NMO02774/008   DONALD G GOURL
TRACT 01   LANE
T 9 S R 33 E
SEC 23
120.000 ACS BEING

O9NMO02774/008   DONALD G GOUR
TRACT 03
T 9 S R 33 E   LANE
SEC 23
80.000 ACS BEIN

O9NMO02774/007   JOHN L SHEA
TRACT 02
T 9 S R 33 E   LANE
SEC 14
40.000 ACS BEIN

O9NMO02774/007   JOHN L SHEA
TRACT 03
T 9 S R 33 E   LANE
SEC 23
80.000 ACS BEI.

O9NMO02774/007   JOHN L SHEA
TRACT 01
T 9 S R 33 E   LANE
SEC 14
120.000 ACS BEI.

TRACT 03
T 9 S R 33 E   LANE
SEC 23
80.000 ACS BEI

O9NMO02774/008   DONALD G GOURL

